AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 AUG 11  PM 3:32

DEPUTY CLERK _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:20-MJ-488 |
| Eric Prescott Kay (01) | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Eric Prescott Kay,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to distribute or possesss with an intent to distribute a controlled substance

Date:  July 30, 2020

*Issuing officer's signature*

JEFFREY L. CURETON, U.S. Magistrate Judge
*Printed name and title*

City and state:   Fort Worth, Texas

### Return

This warrant was received on *(date)* 7/30/20, and the person was arrested on *(date)* 8/7/20
at *(city and state)* Ft Worth TX.

Date: 8/7/20

*Arresting officer's signature*

Brett Lindaberg Special Agent
*Printed name and title*