IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| ERIC PRESCOTT KAY | 4-20CR-269-Y |

### INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before 2017, the exact date being unknown to the Grand Jury and continuing until in or around July 2019, in the Northern District of Texas and elsewhere, the defendant, **Eric Prescott Kay**, and others, did knowingly and intentionally combine, conspire, confederate, and agree with others both known and unknown to the Grand Jury to commit the following offense against the United States: to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

<u>Count Two</u>
Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about June 30, 2019, in the Fort Worth Division of the Northern District of Texas, **Eric Prescott Kay**, the defendant, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and the use of said substance resulted in the death and serious bodily injury of T.S.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Eric Prescott Kay**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
LINDSEY BERAN
Assistant United States Attorney
Texas Bar No. 24051767
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8800
Email: lindsey.beran@usdoj.gov
Email: errin.martin@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ERIC PRESCOTT KAY

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury
(Count 2)

21 U.S.C. § 853(a)
Forfeiture Notice

2 Count

A true bill rendered

FORT WORTH                                                                                   FOREPERSON

Filed in open court this 15th day of October, 2020.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:
4:20-MJ-488-BJ