IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

<u>ORDER GRANTING JOINT MOTION TO CONTINUE</u>

Pending before the Court is the Joint Motion to Continue Trial and Extend Pretrial Deadlines (doc. 17). After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, the Joint Motion to Continue Trial is GRANTED. The trial of this cause is CONTINUED until **1:30 p.m.** on **Monday, April 19, 2021.** The pretrial conference is CONTINUED until **3:00 p.m.** on **Thursday, April 15, 2021.**

It is further ORDERED that the scheduling order previously issued in this cause is hereby MODIFIED as follows:

(1) the government's deadline for filing a written designation of its expert witnesses is EXTENDED until **January 15, 2021**;

(2) Defendants' deadline for filing a written designation of their expert witnesses is EXTENDED until **February 5, 2021**;

(3) the deadline for filing pretrial motions is EXTENDED until **March 1, 2021**;

 (4) the deadline for filing witness and exhibit lists is EXTENDED until **April 12, 2021**; and

 (5) the deadline for exchanging exhibit notebooks is EXTENDED until **April 15, 2021.**

SIGNED November 13, 2020.

            *Terry R. Means*
            TERRY R. MEANS
            UNITED STATES DISTRICT JUDGE