# EXHIBIT 1

**ASCLD/LAB-*International***
**Application for Accreditation**
**Attachment 2**

## Statement of Qualifications

| Name | Jonathan Bishop | | Date | 01/11/2021 |
|------|-----------------|---|------|------------|

| Forensic Service Provider | | Tarrant County Medical Examiner's Office |
|---|---|---|

| Job Title | Forensic Toxicologist II | |
|---|---|---|

**Indicate all disciplines in which you currently perform testing or calibration work:**

| ☒ | Drug Chemistry | ☐ | Biology |
|---|---|---|---|
| ☐ | Firearms/Toolmarks | ☐ | Questioned Documents |
| ☐ | Trace Evidence | ☐ | Crime Scene |
| ☐ | Latent Prints | ☒ | Toxicology - Testing |
| ☐ | Digital & Multimedia Evidence | ☐ | Toxicology - Calibration |

**For each discipline checked in the table above, list all category(ies) in which you perform work:**

| Drug Chemistry, Toxicology - Testing |
|---|

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| Arkansas State University Beebe | 8-2005 to 5-2005 | General Studies | A.A. |
| University of Central Arkansas | 8-2007 to 5-2012 | Chemistry | B.S. |
| University of North Texas | 8-2012 to 5-2017 | Analytical Chemistry | N/A |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|---|---|---|
| Analyzing Illicit Drugs from Start to Finish: Using state of the art techniques to outsmart the drug dealer | Southwestern Association of Forensic Science (SWAFS); Ethan McBride | 10/22-10/26/2017 |
| Courtroom Testimony | SWAFS; Glenn Roque-Jackson | 10/22-10/26/2017 |
| Applying ethical and moral theories to guide | SWAFS; Pat A. Wertheim | 10/22-10/26/2017 |
| | | |
| | | |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Drug Chemistry | 2018-Present | 3 |
| | | |
| | | |
| | | |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| SWAFS | 03/12/2018-Present | |
| | | |
| | | |
| | | |
| | | |

**Employment History:**  List all scientific or technical positions held, particularly those related to forensic science. **List current position first.** Add additional sections as necessary.

| Job Title | Research Assistant | Tenure | 8-2012 to 5-2017 |
|---|---|---|---|
| Employer | University of North Texas | | |
| Provide a brief description of principal duties: | | | |
| Conducted experiments, maintained instruments, and helped keep the lab stocked with supplies | | | |

| Job Title | Teaching Assistant | Tenure | 8-2012 to 5-2017 |
|---|---|---|---|
| Employer | University of North Texas | | |
| Provide a brief description of principal duties: | | | |
| Instructed labs, prepped daily experiments, and dealt with grades/students | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:**  List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

Texas Forensic Science Commission forensic analyst license ▮▮▮▮▮▮

https://doi.org/10.1016/j.scijus.2015.01.003; Hydrogen as a GC/MS carrier and buffer gas for use in forensic laboratories

ASCLD/LAB-*International* Application for Accreditation Attachment 2 Statement of Qualifications
Effective: July 14, 2016

Version 4.0
Page 2 of 2

Contact us at: QualityMatters@anab.org

# EXHIBIT 2

**Robert D. Johnson, Ph.D., F-ABFT**

## EDUCATION

Ph.D., Analytical Chemistry, 2000-2004
University of Oklahoma, with Dr. C. LeRoy Blank

M.S., Analytical Chemistry, 1997-2000
University of Oklahoma, with Dr. C. LeRoy Blank

B.S., Biochemistry, 1992-1997
University of Oklahoma

## WORK EXPERIENCE

<u>Chief Toxicologist</u>, 2011 to Present, Tarrant County Medical Examiner's Office, Fort Worth, TX.

Responsibilities include: Supervision of the day-to-day operation of the Toxicology Division including the Toxicology, Drug Chemistry, and Breath Alcohol Calibration laboratories. Assignment of work-related duties to the chemists within each laboratory. Administrative case review and final sign-off of all casework that has been completed by the laboratory. Optimization of analytical methods currently in use and validation of novel analytical methods once they have been developed. Analytical techniques used include: LC/MS/MS, GC/MS, LC/UV, GC/FID, GC/NPD, ELISA, and FTIR. Research activities in numerous areas including analytical methodology and epidemiological studies on the prevalence of drugs in the drinking driver population are ongoing.

<u>Senior Research Chemist</u>, 2006 to 2011, Bioaeronautical Sciences Research Laboratory, Civil Aerospace Medical Institute, Federal Aviation Administration, Oklahoma City, OK.

Responsibilities included: conducting research on pertinent cutting edge toxicological problems; identifying and quantifying drugs in human specimens from fatal aircraft accident victims and other land and sea accidents as directed by the NTSB; identifying unknown compounds in various biological specimens; equipment maintenance; preparation of drug standards; reviewing casework; developing new and more efficient analytical methods. Analytical techniques used include: LC/MS, GC/MS, LC/UV, GC/FID, GC/TCD, ELISA, FPIA, and IR.

Research activities included the development of an LC/MS general unknown screening procedure and the differentiation between consumed ethanol and ethanol formed postmortem. Following the development of a novel method for the analysis of serotonin metabolites in urine via LC/MS in 2004 we worked on the application of this methodology to forensic blood specimens. Other projects included: utilizing LC/MS for the identification of large, thermally labile compounds found in various herbal medications, and applying linear ion-trap technology to drug analysis to increase sensitivity and selectivity.

<u>Research Chemist</u>, December 2001 to 2006, Bioaeronautical Sciences Research Laboratory, Civil Aerospace Medical Institute, Federal Aviation Administration, Oklahoma City, OK.

Responsibilities included: conducting research on pertinent cutting edge toxicological problems; identifying and quantifying drugs in human specimens from fatal aircraft accident victims and other land and sea accidents as directed by the NTSB; identifying unknown compounds in various specimens;

equipment maintenance; preparation of drug standards; reviewing casework; developing new and more efficient analytical methods.

<u>Graduate Research Assistant</u>, 1997 to 2001, University of Oklahoma.  Research conducted in the laboratory of Dr. C. LeRoy Blank.

Research responsibilities included chemical and biological investigation of novel neurotoxins. Determination and identification of trace endogenous and exogenous biologically active molecules (pmol/fmol concentrations) in various biological media, HPLC/EC (design, method development, and utilization), mitochondrial interactions, kinetics, reactive $O_2$ species quantitation, electrochemistry, and laboratory animal techniques. Also designed and constructed a potentiostat for the control of a quartz crystal microbalance. This project involved electronics and computer design.

Laboratory responsibilities included safety training for all laboratory personnel, maintenance of safety and chemical waste documentation, chemical inventory, coordination and facilitation of group meetings, design and supervision of undergraduate research, normally involving two to six undergraduates, and composing and reviewing written materials for publication.

<u>Head Teaching Assistant for Honors General Chemistry</u>, 1999 to 2001, University of Oklahoma, Dept. of Chemistry and Biochemistry.

Responsibilities included coordination of laboratory activities, anticipation and solving of problems, equipment maintenance, preparation and grading of exams, experiment preparation, and normal duties such as teaching laboratory technique, sample analysis, and statistical treatment of data, as well as overseeing proper chemical waste and safety procedures.

<u>Teaching Assistant for General Chemistry</u>, 1997 to 1999, University of Oklahoma, Dept. of Chemistry and Biochemistry.

Responsibilities included teaching fundamental laboratory techniques, anticipation and solving of problems, equipment maintenance, and preparation and grading of laboratory reports and exams.

<u>Undergraduate Research Assistant</u>, 1993-97, University of Oklahoma, Dept. of Chemistry and Biochemistry.

Responsible for determining the effects of several novel neurotoxins on the mitochondria.  Involved isolation of viable mitochondria cells from the liver of a rat, and subsequent experimentation with those cells.

**TRAINING PROGRAMS**
- Cannabis Impaired Driving: Where are we in 2020?, 2020
- Recommended Specimens, Scope, Cutoffs, and Strategies for DUID Testing & the Impact of Stop Limit Tests, 2019
- Best Practices for Investigation of Overdose Deaths, 2019
- Ethanol in Forensic Casework: Strategies for Analysis and Interpretation, 2019
- Cannabis in DUID Investigations, 2018
- From the Street to the Lab, Updated Trends and Case Reports for NPSs, 2018
- General Principles of Drug Pharmacokinetics, 2017
- Opioids in DUID Investigations, 2016
- Alcohol Concentration Extrapolation, 2016

- Advanced Mass Spectrometry (MS) Techniques for Forensic Analysis: What Does the Future Hold?, 2016
- The Role of Benzodiazepines in DUID, 2015
- Laboratory Accreditation: A Look at Accrediting Bodies and the Top 10 Assessment Findings, 2014
- Implementing the DUID Laboratory Recommendations (SOFT/AAFS Drugs and Driving Committee Workshop), 2014
- Novel Psychoactive Substances, 2014
- Beyond the Numbers: An Objective Approach to Forensic Toxicological Interpretation, 2013
- Developments in Emerging and Designer Drug Markets, 2013
- The Robert F. Borkenstein Course on the Effects of Drugs on Human Performance, 2012
- Using Pharmacokinetics to Analyze Forensic Toxicology Cases, 2012
- Flawed Forensics: Recognizing and Challenging Misleading Forensic Evidence and Disingenuous Expert Testimony, 2012
- The Robert F. Borkenstein Course on Alcohol and Highway Safety: Testing, Research and Litigation, 2011
- Controlled Ethanol Dosing Study at the Breath Test Operator School, 2011
- Effective Courtroom Demeanor, 2011
- Federal Executive Board, Leadership and Management Training, 2010
- Testifying Skills and Report Writing, 2010
- The Tools for DIY Methods Validation, 2010
- Tips, Tricks and Methods from Current Practitioners of LC/MS in Toxicology, 2010
- Forensic Applications of Raman Spectroscopy, 2010
- Chemometrics for Forensic Scientists, 2010
- Good Measurement Practices in the Proper use and Calibration of Balances and Pipettes, 2010
- ABFT Certification Preparation Class, 2009
- Oxymorphone Pharmacology, 2009
- SOP Writing for ISO 17025 Accreditation, 2009
- "Newer" Prescription Drugs: Impairment Potential and Identified Polypharmacies, 2009
- The Phamacokinetics of Oxymorphone, 2009
- 4000 QTrap System Small Molecule Training with Compound Screening, 2009
- Gas Chromatography Tips and Tricks, 2009
- Overview of Biomarkers of Alcohol Testing: Emerging Trends and Forseen Applications, 2008
- TSQ Quantum Operations, 2008
- Opioids and Pain Management, 2008
- Fundamentals of LC/MS/MS, 2008
- Expert Testimony for the Prosecutor and Scientist, 2008
- Zolpidem — From Analysis to Interpretation, 2008
- Applications of LC-MS in Human and Veterinary Toxicology, 2008
- LTQ XL Operations. Linear Ion-trap Fundamentals, 2008
- HPLC Column Fundamentals and the Use of Alternate Selectivity in HPLC Analysis, 2007
- Beyond Herbals: The Toxicology of Plants, 2007
- New Antidepressants & Antiepileptics: Clinical Pharmacology, Pharmacogenomics, Gene Expression, and Neurobiology of Depression and Suicide, 2006
- Pharmacokinetics in Forensic Toxicology, 2006
- ISO RD&E Applications. Management of R&D Organizations, 2006
- EPA waste management training, 2006
- Research, Writing, and Reviewing: A Guide to Designing, Conducting, Writing, Publishing, and Analyzing Scientific Research, 2006
- Statistics for Analytical Chemists: Calibration, Detection, and Quantitation, 2005
- The Postmortem "Blood Drug Screen" Analytical and Managerial Approaches, 2005
- Anatomical, Pathological and Physiological Foundations of Toxicity, 2005
- Statistics and Method Validation, 2004
- Application of the Principles of Pharmacology and Pharmacokinetics to the Interpretation of Drug Blood Levels, 2004
- FBI Laboratory Symposium on Forensic Toxicology, 2004
- Tryptamines and Other Psychotropic Substances: Analysis, Toxicology, and Pharmacology, 2004
- Advanced Mass Spectrometry Theory and Interpretation, 2004
- American Heart Association Heartsaver CPR/AED training, 2004

- Medical Aspects of Aviation Accident Investigation, 2004
- Principles of Sample Preparation, 2003
- Techniques in Solid-Phase Extraction, 2003
- Techniques of Ion Trap GC/MS, 2002
- OSHA Bloodborne Pathogens Training, 2002-present, renewed annually
- Pharmacology and Toxicology of Brain Drugs, 2002
- CPR and Emergency Care, 2002
- Radioactive Waste Management, 1997
- Hazardous Waste Management, 1997
- Fire Safety and Chemical Waste Management, 1993-2001, renewed annually
- Research Animal Care and Usage, 1995
- Radiation Handling and Safety, 1993

**PUBLICATIONS**

1. Lewis, R.J., Kemp, P.M., Johnson, R.D. Paroxetine in Postmortem Fluids and Tissues from Nine Aviation Accident Victims. J. Anal. Toxicol., 39: 637-41 (2015).

2. Lewis, R.J., Angier, M.K., Johnson, R.D. False Carbamazepine Positives Due to 10,11-Dihydro-10-Hydroxycarbamazepine Breakdown in the GC-MS Injector Port. J. Anal. Toxicol., 38: 519-523 (2014).

3. Johnson, R.D., Botch-Jones, S.R., Lewis, C.A., Flowers, T. An Evaluation of 25B-, 25C-, 25D-, 25H-, 25I-, and 25T2-NBOMe via Lc-MS-MS: Method Validation and Analyte Stability. J. Anal. Toxicol., 38: 479-484 (2014).

4. Botch-Jones, S.R., Johnson, R.D., Kleinschmidt, K., Bashaw, S., Ordonez, J. Diphenhydramine's Role in Death Investigations: An Examination of Diphenhydramine Prevalence in 2 US Geographical Areas. Am J Forensic Med Pathol., 35: 181-85 (2014).

5. Lewis, R.J., Angier, M.A., Williamson, K.S., Johnson R.D., Analysis of Sertraline in Postmortem Fluids and Tissues in 11 Aviation Accident Victims *J. Anal. Toxicol.*, (2013). *J. Anal. Toxicol.*, 37: 208-216 (2013).

6. Johnson, R.D., Botch, S.R. The Stability of Four Designer Drugs: MDPV, Mephedrone, BZP, and TFMPP in Three Biological Matrices under Various Storage Conditions. *J. Anal. Toxicol.*, 37: 51-55 (2013).

7. Lewis, R.J., Angier, M.A., Williamson, K.S., Johnson R.D., Analysis of Sertraline in Postmortem Fluids and Tissues in 11 Aviation Accident Victims DOT/FAA/AM-12/17 (2012)

8. Johnson, R.D., Botch, S.R. The Screening of Forensic Blood, Urine, and Tissue Specimens for Xenobiotics Using Ion-Trap LC/MS/MS. *J. Anal. Toxicol.*, 35: 65-74 (2011).

9. Botch, S.R., Johnson, R.D., Ricuarte, E.M., Selensky, M. Benzodiazepine Use in Pilots of Civil Aviation Accidents: 1990-2008 Toxicology and Autopsy Findings. DOT/FAA/AM-11/2 (2011)

10. Lewis, R.J. Ritter, R.M., Johnson, R.D., Crump, R.W. Postmortem Concentrations of Tramadol and *o*-Desmethyltramadol in 11 Aviation Accident Fatalities. DOT/FAA/AM-10/19 (2010)

11. Johnson, R.D., General Unknown Screening by Ion Trap LC/MS/MS. DOT/FAA/AM-10/8 (2010)

12. Johnson, R.D., Lewis, R.J., Angier, M.K. False Carbamazepine Positives due to 10,11-Dihydro-10-hydroxycarbamazepine Breakdown in the GC/MS Injector Port. DOT/FAA/AM-10/4 (2010)

13. Botch, S.R., Johnson R.D., Chaturvedi, A.K., Lewis, R.J. Distribution of Oxycodone in Postmortem Fluids and Tissues. DOT/FAA/AM-10/11, (2010).

14. Botch, S.R., Johnson, R.D. Civilian Aviation Fatalities Involving Pilot Ethanol and a Previous Record of Substance Abuse. *Aviat. Space. And environ. Med.*, 80: 1-4 (2009)

4

15. Johnson, R.D., Lewis, R.J. Determination of Etomidate in Human Postmortem Fluids and Tissues. DOT/FAA/AM-09/03 (2009)

16. Botch, S.R., Johnson, R.D. Alcohol Related Aviation Accidents Involving Pilots with Previous Alcohol Offenses. DOT/FAA/AM-08/22 (2008)

17. Botch, S.R., Johnson, R.D. Drug Usage in Pilots Involved in Aviation Accidents Compared With Drug Usage in the General Population: From 1990 to 2005. DOT/FAA/AM-08/10 (2008)

18. Botch, S.R., Johnson, R.D. Antiemetic and Sedative Levels Found Together in 26 Civil Aviation Pilot Fatalities, 2000 to 2006. *Aviat. Space. And environ. Med.*, 79: 607-610 (2008)

19. Singer, P.P., Jones, G.R., Lewis, R.J., and Johnson, R.D., Loss of Vitreous Ethanol in Drowning Cases. *J. Anal. Toxicol.*, 31: 522-525 (2007).

20. Canfield, D.V., Brink, J.D., Betz, K.M., Johnson, R.D., Lewis, R.J., and Dubowski, K.M. Clarification of Ethanol Positive Case Using Urine Serotonin Metabolite Ratio. *J. Anal. Toxicol.*, 31: 592-595 (2007).

21. Botch, S.R., Johnson, R.D. Antiemetics with Concomitant Sedative use in Civil Aviation Pilot Fatalities from 2000 to 2006. DOT/FAA/AM-07/29, (2007).

22. Johnson, R.D., Lewis, R.J., Angier, M.A. The Distribution of Fluoxetine in Human Fluids and Tissues. *J. Anal. Toxicol.*, 31: 409-414 (2007).

23. Lewis, R.J., Johnson R.D., Angier, M.A. The Distribution of Fluoxetine and Norfluoxetine in Postmortem Fluids and Tissues. DOT/FAA/AM-07/15, (2007).

24. Canfield, D.V., Brink, J.D., Betz, K.M., Johnson, R.D., Lewis, R.J., and Dubowski, K.M. Postmortem Ethanol Testing Procedures Available to the Accident Investigator. DOT/FAA/AM-07/22, (2007).

25. Johnson, R.D., Lewis, R.J., Angier, M.A. The Postmortem Distribution of Vardenafil (Levitra®) in an Aviation Accident Victim with an Unusually High Blood Concentration. *J. Anal. Toxicol.*, 31: 328-333 (2007).

26. Canfield, D.V., Dubowski K.M., Lewis, R.J., Johnson, R.D.  "Distribution of Two Common Antisecretory Drugs in Biological Specimens Collected in Aviation Accidents," *ToxTalk*, 31: 6 (2007).

27. Lewis, R.J., Johnson, R.D., Whinnery, J.E., and Forster, E.M. Aircraft-Assisted Pilot Suicides in the United States, 1993-2002. *Arch. Suicide Res.*, 11: 149-161 (2007).

28. Caldwell, D.C., Lewis, R.J., Shaffstall, R.M., and Johnson, R.D. The Sublimation Rate of Dry Ice Packaged in Commonly Used Quantities by the Air Cargo Industry. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-06/19, (2006).

29. Johnson, R.D., Lewis, R.J., Angier, M.A. The LC/MS Quantitation of Vardenafil (Levitra®) in Postmortem Biological Specimens. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-06/17, (2006).

30. Lewis, R.J., Johnson R.D., Blank, C.L. Quantitative Determination of Sildenafil (Viagra®) and Its Metabolite (UK-103,320) in Fluid and Tissue Specimens Obtained from Six Aviation Fatalities. *J. Anal. Toxicol.*, 30: 14-20 (2006).

31. Johnson, R.D., Lewis, R.J., Whinnery, J.E., and Forster, E.M. Aeromedical Aspects of Findings from Aircraft-Assisted Pilot Suicides in the United States, 1993-2002. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-06/5, (2006).

32. Johnson, R.D. and Lewis, R.J. Simultaneous Quantitation of Atenolol, Metoprolol, and Propranolol in Biological Matrices Via LC/MS. <u>Extended Abstract</u>, *J. Anal. Toxicol.*, 30: 125 (2006).

5

33. Johnson, R.D. and Lewis, R.J. Quantitation of Atenolol, Metoprolol, and Propranolol in Postmortem Human Fluid and Tissue Specimens Via LC/APCI-MS. *Forensic Sci. Int.*, 156: 106-17 (2006).

34. Johnson R.D. and Lewis, R.J. Identification of Sildenafil (Viagra®) and Its Metabolite (UK-103,320) in Six Aviation Fatalities. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-06/2, (2006).

35. Johnson R.D., Lewis, R.J., Botch, S.R., and Canfield, D.V. The Prevalence of Illicit Drugs in US Aviation Accident Pilot Fatalities Between 1995 and 2004: Part I, Marijuana. Extended Abstract, *Aviat, Space Environ. Med.*, 77 226 (2006).

36. Lewis, R.J., Johnson R.D., Botch, S.R., and Canfield, D.V. The Prevalence of Illicit Drugs in US Aviation Accident Pilot Fatalities Between 1995 and 2004: Part II, Cocaine. Extended Abstract, *Aviat, Space Environ. Med.*, 77 226 (2006).

37. Botch, S.R., Lewis, R.J., Johnson R.D., and Canfield, D.V. The Prevalence of Illicit Drugs in US Aviation Accident Pilot Fatalities Between 1995 and 2004: Part III, Methamphetamine. Extended Abstract, *Aviat, Space Environ. Med.*, 77 226-7 (2006).

38. Lewis, R.J., Johnson, R.D., and Hattrup, R.A. Simultaneous Analysis of Thebaine, 6-MAM and 6 abused Opiates in Postmortem Fluids and Tissues using Zymark® Automated Solid-Phase Extraction and Gas Chromatography-Mass Spectrometry. *J. Chrom B.*, 822: 137-45 (2005).

39. Johnson, R.D., Lewis, R.J., and Hattrup, R.A. Poppy Seed Consumption or Opiate Use: The Determination of Thebaine and Opiates of Abuse in Postmortem Fluids and Tissues. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-05/11, (2005).

40. Johnson, R.D. and Lewis, R.J., Simultaneous Quantitation of Atenolol, Metoprolol, and Propranolol in Biological Matrices Via LC/MS. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-05/10, (2005).

41. Johnson, R.D., Lewis, R.J., Canfield, D.V., Dubowski, K.M., Blank, C.L. Utilizing the Urinary 5-HTOL/5-HIAA Ratio to Determine Ethanol Origin in Civil Aviation Accident Victims. *J. Forensic Sci.*, 50: 670-5 (2005).

42. Johnson, R.D., Lewis, R.J. Potentially Toxic Sertraline Levels in General Aviation Accidents: A Multi-Case Study. Extended Abstract, *Aviat, Space Environ. Med.*, 76 211 (2005).

43. Lewis, R.J., Johnson, R.D. Toxicological Findings from Aircraft-Assisted Pilot Suicides in the Unbited States, 1993-2002. Extended Abstract, *Aviat, Space Environ. Med.*, 76 211 (2005).

44. Lewis, R.J., Johnson, R.D., Angier, M.K., Vu, N.T. Ethanol Formation in Unadulterated Postmortem Tissues. *Forensic Sci. Int.*, 146: 17-24 (2004).

45. Brooks, B.W., C. Chambliss, C.K., Stanley, J.K., Ramirez, A., Banks, K.E. Johnson, R.D., Lewis, R.J. Determination of Select Antidepressants in Fish from an Effluent-dominated Stream. *Environ. Toxicol. Chem.*, 24: 124-9 (2004).

46. Johnson, R.D., Lewis, R.J., Canfield, D.V., Dubowski, K.M., Blank, C.L. Accurate Assignment of Ethanol Origin in Postmortem Urine: A Case Study. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-04/13, (2004).

47. Johnson, R.D., Lewis, R.J., Canfield, D.V., Blank, C.L. Accurate Assignment of Ethanol Origin in Postmortem Urine: The LC/MS Determination of Serotonin Metabolites. *J. Chrom B.*, 805: 223-34 (2004).

48. Johnson, R.D., Lewis, R.J., Canfield, D.V. Formation of Ethanol in Postmortem Tissues. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-04/04, (2004).

6

49. Lewis, R.J., Johnson R.D., Canfield, D.V. An Accurate Method for the Determination of Carbon Monoxide in Postmortem Blood Using GC/TCD. *J. Anal. Toxicol.*, 28: 59-62 (2004).

50. Lewis, R.J., Johnson, R.D., Angier, M.K., Ritter, R.M. Analysis of Cocaine, Its Metabolites, Pyrolysis Products, and Ethanol Adducts in Postmortem Fluids and Tissues using Zymark Automated Solid-Phase Extraction and Gas Chromatography-Mass Spectrometry. *J. Chrom B.*, 806: 141-50 (2004).

51. Johnson, R.D., Lewis, R.J., Canfield, D.V., Blank, C.L. Ethanol Origin in Postmortem Urine: The LC/MS Determination of Serotonin Metabolites. Extended Abstract, *J. Anal Tox.*, 28: 297 (2004).

52. Brooks B.W., Chambliss K.C., Stanley J.K., Ramirez A.J., Banks K., Johnson R.D., Lewis R.J. Determinatation of select antidepressants in organisms from a municipal effluent-dominated stream. Extended Abstract, ACS National Meeting, American Chemical Society, Division of Environmental Chemistry, 44: 1351-55 (2004).

53. Johnson, R.D., Lewis, R.J., Canfield, D.V., Blank, C.L. Ethanol Origin in Postmortem Urine: An LC/MS Determination of Serotonin Metabolites. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-03/18, (2003).

54. Lewis, R.J., Johnson, R.D., Canfield, D.V. An Accurate Method for the Determination of Carboxyhemoglobin in Postmortem Blood. Extended Abstract, *J. Anal Tox.*, 27: 182 (2003).

55. Lewis, R.J., Johnson, R.D., Southern, T.L., Canfield, D.V. Distribution of Butalbital in Biological Tissues and Fluids from Non-Overdose Cases. *J. Anal Toxicol.*, 27: 145-8 (2003).

56. Johnson, R.D., Lewis, R.J., Canfield, D.V. Ethanol origin in Postmortem Urine: The LC/MS Determination of Serotonin Metabolites. Human Factors Newsletter, #03-13, July/August, (2003).

57. Lewis, R.J., Johnson, R.D., Angier, M.K., Ritter, R.M. Analysis of Cocaine, Its Metabolites, Pyrolysis Products, and Ethanol Adducts in Postmortem Fluids and Tissues using Zymark Automated Solid-Phase Extraction and Gas Chromatography-Mass Spectrometry. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-03/23, (2003).

58. Brooks, B.W., Chambliss, C.K., Johnson, R.D., Lewis, R.J. Select Pharmaceutical Accumulation In Fish Liver, Brain And Muscle. Extended Abstract, *GSA Abstracts*, 35(6), (2003).

59. Lewis, R.J., Johnson, R.D., Canfield, D.V. An Accurate Method for the Determination of Carbon Monoxide in Postmortem Blood Using GC/TCD.  Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-02/17, (2002).

60. Lewis, R.J., Johnson, R.D., Blank, C.L. A Novel Method for the Determination of Sildenafil (Viagra) and Its Metabolite (UK-103,320) in Postmortem Specimens using LC/MS/MS and LC/MS/MS/MS. Department of Transportation, Federal Aviation Administration, DOT/FAA/AM-00/20, (2000).

**MEMBERSHIPS, HONORS, and AWARDS**
- Organization of Scientific Area Committees, Forensic Toxicology Subcommittee Chair, 2020-Present

- National Safety Council, Alcohol Drugs and Impairment Division Chair, 2019-present

- Society of Forensic Toxicologists Continuing Education Committee Chair, 2018-present

- Society of Forensic Toxicologists, ToxTalk Editor, 2018-present

- National Safety Council, Alcohol Drugs and Impairment Division Vice Chair, 2017

- SOFT/TIAFT Scientific Program Co-Chair, 2017

- Journal of Analytical Toxicology Editorial Board, 2016-present

- Journal of Analytical Toxicology, SOFT Special Issue Editor, 2016

- President - Southwestern Association of Toxicologists, 2015-2016
- Appointed to the NIST Organization for Scientific Area Committees (OSAC) Toxicology subcommittee, 2014
- National Safety Council. Alcohol Drugs and Impairment Division Executive Board, 2013-Present
- TCME Graduate Medical Education Committee, 2013-Present
- Current Trends in forensic Sciences annual meeting Program Chair, 2012
- Diplomate of the American Board of Forensic Toxicology, 2011-Present
- Society of Forensic Toxicology, Membership Committee Member, 2011-Present
- Office of Aviation Medicine — Superior Accomplishment Award, 2010
- Office of Aviation Medicine — Superior Accomplishment Award "Pipette Olympian, Gold Medalist", 2010
- Office of Aviation Medicine — Group Special Act Award, 2009
- Southwestern Association of Toxicologists Member, 2009
- Office of Aviation Medicine — Superior Accomplishment Award "Pipette Olympian, Gold Medalist", 2009
- Office of Aviation Medicine — Superior Accomplishment Award "Pipette Olympian, Gold Medalist", 2008
- National Safety Council. Alcohol Drugs and Impairment Division Member, 2008-Present
- Office of Aviation Medicine — Group Superior Accomplishment Award "Serotonin analysis for a high profile case, State of Ohio", 2007
- Office of Aviation Medicine — William E. Collins Publications Award, 2006
- Society of Forensic Toxicologists Member, 2005-Present
- Office of Aviation Medicine — Group Special Act Award "Accomplishment of research goals", 2005
- Life Sciences and Biomedical Engineering Branch, 2004-2011
- Office of Aviation Medicine — Group Special Act Award "Improvement of Toxicological Analysis", 2004
- The University of Oklahoma's, Lloyd Swearingen Outstanding Graduant Student Research Award, 2003
- Office of Aviation Medicine — Group Special Act Award "Carbon Monoxide Determination in Postmortem Blood", 2002
- Department of Chemistry and Biochemistry Outstanding Graduate Teaching Assistant, 1999
- Phi Lambda Upsilon, 1997-2001

**PRESENTATIONS**

1. "Best Practices for Investigation of Overdose Deaths", SOFT, San Antonio, TX, October 2019

2. "Drugs and Driving" Intoxication Manslaughter, Investigating the Crime Scene – The Crash & Beyond, Southlake, TX, January 2019

3. "The Opioid Impaired Driver" ACMT, Dallas, TX, December 2018

4. "Drugs and Driving" Intoxication Manslaughter, Investigating the Crime Scene – The Crash & Beyond, Southlake, TX, November 2018

5. "The Toxicological Investigation of Drug Impaired Driving Cases" SOFT, Minneapolis, MN, October 2018

6. "Casework in a Medical Examiner's Office" OSU, Tulsa, OK, July 2018

7. "Standard for the Scope and Sensitivity of Forensic Toxicological Testing" SOFT, Boca Raton, FL, January 2018

8. "The Designer Drug Challenge" SAT, San Antonio, TX, November 2017

9. "Opioid Pharmacology", SOFT Continuing Education Seminar, Fort Worth, TX, October 2017

10. "The Designer Drug Challenge" SWAFS, Fort Worth, TX, October 2017

11. "Forensic Toxicology Comparisons: FAA v Medical Examiner's Office, Oklahoma City OK, April 2017

12. "Problematic Alcohol Extrapolation Cases", SOFT, Dallas, TX, October 2016

13. "Opioids: Postmortem Considerations", SOFT, Dallas, TX, October 2016

14. "Emerging Analytes of Interest for Medicolegal Death Investigation", NIST, Gaithersburg, MD, September 2016

15. "Organization of Scientific Area Committees", Tarrant County Medical Examiner's Office, August 2016

16. "The Effects of Drugs on Driving", Traffic Safety Conference, College Station, TX, May 2016

17. "The Designer Drug Challenge", Tarrant County Medical Examiner's Office, May 2016

18. "The Effects of Drugs on Driving", Traffic Safety Conference, Dallas, TX, March 2016

19. "Toxicology of Drug Facilitated Sexual Assault Cases" Tarrant County Sexual Assault Response Team, October 2015

20. "Drugs and Driving" Texas Municipal Courts Education Center, September 2015

21. "Drugs and Driving" Today's Traffic Offender for Arkansas AOC, September 2015

22. "Drugs, Alcohol, and Driving: A Shift from Alcohol to Drug-Impaired Drivers" National Traffic Court Seminar, March 2015

23. "Implementing the DUID Laboratory Recommendations: Tier II Drugs" SOFT Annual Meeting, October 2014

24. "Forensic Toxicology Overview" Tarrant County Medical Examiner's Office, September 2014.

25. "Forensic Toxicology Overview" TCME Continuing Education Seminar, September 2013

26. "Toxicology-Related Child Deaths in Tarrant County Texas: 2010-Present, Southwestern Association of Toxicologists, September 2013

27. "The Science of Defending the Forensic Blood Draw" TDCAA, Train the Trainers Meeting, August 2013

28. "Challenges Faced by the Forensic Toxicologist" UT Southwestern Medical Center, Grand Rounds, May 2012.

29. "The Toxicology Laboratory" Tarrant County Medical Examiner's Office, November 2011.

30. "The Determination of Ethanol Origin in Aviation Accident Victims" Workshop on Current Topics in Forensic Science, October 2010.

31. "LC/MS Method Validation in the Forensic Laboratory" Tarrant County Medical Examiner's Office, September 2010.

32. "ISO 9001:2008 and the Forensic Laboratory" Southwestern Association of Toxicologists, annual meeting. Dallas, TX, April 2010.

33. "General Unknown Screening by LC/MS. Is This the Future?" Society of Forensic Toxicologists, annual meeting. Phoenix, AZ, October 2008.

34. "General Unknown Screening by LC/MS. Is This the Future?" Southwestern Association of Toxicologists, biannual meeting. Fort Worth, TX, March 2008.

35. The Distribution of Sertraline in Postmortem Fluids and Tissues" Society of Forensic Toxicologists, annual meeting. Durham, NC, October 2007.

36. "The Distribution of Fluoxetine in Postmortem Fluids and Tissues" Society of Forensic Toxicologists, annual meeting. Austin, TX, October 2006.

37. "The Prevalence of Illicit Drugs in US Aviation Accident Pilot Fatalities Between 1995 and 2004: Part I, Marijuana" Aerospace Medical Association, annual meeting. Orlando, FL, May 2006.

38. "The Prevalence of Illicit Drugs in US Aviation Accident Pilot Fatalities Between 1995 and 2004: Part II, Cocaine" Aerospace Medical Association, annual meeting. Orlando, FL, May 2006.

39. "The Prevalence of Illicit Drugs in US Aviation Accident Pilot Fatalities Between 1995 and 2004: Part III, Methamphetamine" Aerospace Medical Association, annual meeting. Orlando, FL, May 2006.

40. "Poppy Seed Consumption or Opiate Use: The Determination of Thebaine and Opiates of Abuse in Postmortem Fluids and Tissues" American Academy of Forensic Sciences, annual meeting. Seattle, WA, February 2006.

41. "Simultaneous Quantitation of Atenolol, Metoprolol, and Propranolol in Biological Matrices via LC/MS" Society of Forensic Toxicologists, annual meeting. Nashville, TN, October 2005.

42. "Potentially Toxic Sertraline Levels in General Aviation Accidents: A Multi-Case Study" Aerospace Medical Association, annual meeting. Kansas City, MO, May 2005.

43. "The Quantitation of Sildenafil (Viagra®) and its Metabolite (UK-103,320) in Postmortem Specimens Using LC/MS/MS/MS" American Academy of Forensic Sciences, annual meeting. New Orleans, LA, February 2005.

44. "The Determination of Ethanol Origin in Fatal Aviation Accident Victims: A Multi-Case Study" Society of Forensic Toxicologists, annual meeting. Washington D.C., September 2004.

45. "The Determination of Ethanol Origin in Fatal Aviation Accident Victims: A Case Study" Aerospace Medical Association, annual meeting. Anchorage, AK, May 2004.

46. "Verification of Microbial Ethanol Formation in Humans by Examination of Postmortem Indoleamine Metabolites" University of Oklahoma, Department of Chemistry and Biochemistry, April 2004.

47. "Accurate Assignment of Ethanol Origin in Postmortem Urine: The LC/MS Determination of Serotonin Metabolites" University of Oklahoma, Department of Chemistry and Biochemistry, January 2004.

48. "Ethanol Origin in Postmortem Urine: A LC/MS Determination of Serotonin Metabolites," Society of Forensic Toxicologists, annual meeting. Portland, OR, October 2003.

49. "An Accurate Method for the Determination of Carbon Monoxide in Postmortem Blood Using GC/TCD," Society of Forensic Toxicologists, annual meeting. Dearborn, MI, October 2002.

50. "Design and Utilization of a Potentiostat for the Control of an Automated Quartz Crystal Microbalance" University of Oklahoma, Department of Chemistry and Biochemistry, February 2001.

51. "Acetazolamide as an Antifoulant in Marine Paint Systems" University of Oklahoma, Department of Chemistry and Biochemistry, January 2000.

52. "Ion Trap LC/MS for the Determination of Serotonin Metabolites" University of Oklahoma, Department of Chemistry and Biochemistry, February 1999.

# EXHIBIT 3

**ASCLD/LAB-*International*
Application for Accreditation
Attachment 2**

## Statement of Qualifications

| Name | Katie Scott | | Date | 11/11/2019 |
|------|-------------|---|------|-----------|

| Forensic Service Provider | Tarrant County Medical Examiner's Office |
|---------------------------|------------------------------------------|

| Job Title | Forensic Toxicologist II |
|-----------|--------------------------|

**Indicate all disciplines in which you currently perform testing or calibration work:**

| ☐ | Drug Chemistry | ☐ | Biology |
|---|----------------|---|---------|
| ☐ | Firearms/Toolmarks | ☐ | Questioned Documents |
| ☐ | Trace Evidence | ☐ | Crime Scene |
| ☐ | Latent Prints | ☒ | Toxicology - Testing |
| ☐ | Digital & Multimedia Evidence | ☐ | Toxicology - Calibration |

**For each discipline checked in the table above, list all category(ies) in which you perform work:**

| Drugs and Alcohol |
|-------------------|

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|-------------|----------------|-------|------------------|
| Texas Tech University | 08/2003-05/2007 | Biology | B.S. |
| | | | |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|--------------|--------------------|--------------------|
| Society of Forensic Toxicologists Conference | Annual Meeting | Oct 13-18th, 2019 |
| Borkenstein Drug Course | Center for Forensic Science Research & Education | Sept 2019 |
| Society of Forensic Toxicologists Conference | Annual Meeting | Oct 7-9th, 2018 |
| Southwestern Association of Toxicologists | Bi-annual Meeting | Nov 7 – 9, 2018 |
| Southwestern Association of Toxicologists | Bi-annual Meeting | May 2018 |
| RTI / NIJ | Current Trends in Forensic Toxicology | May 2018 |
| Fundamental Topics in Forensic Toxicology: Present and Future | Society of Forensic Toxicologists | Oct 2017 |
| Southwestern Association of Forensic Scientists | Annual meeting workshop | Oct 23, 2017 |
| Society of Forensic Toxicologists Conference | Society of Forensic Toxicologists | Oct 2016 |
| Society of Forensic Toxicologists Conference | Society of Forensic Toxicologists | Oct 2015 |
| Toxicology in the Forensics Laboratory: How will it look in 2020? | Society of Forensic Toxicologists | Oct 2015 |
| Corrective Action Course | American Association of Laboratory Accreditation | 2013 |
| Forensic Alcohol Interpretation | DPS -Training Academy – Dr. Robert Forney | Aug 2013 |
| Borkenstein Alcohol Course | Indiana University Center for Studies of Law in Action | Dec 2011 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|-------------------------------------|---------------------------------------------|---------------------------------------|
| Alcohol Interpretation | 2011-present | >100 |
| | | |
| | | |
| | | |

**Professional Affiliations:**  List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| Texas Forensic Science Commision – Licensed Toxicolgist | 2018 - present | n/a |
| Society of Forensic Toxicologists | 2016 - present | n/a |
| Southwestern Association of Toxicologist | 2018 – Present | n/a |
| National Safety Council, Alcohol Drugs and Impairment Division | 2019 – Present | n/a |

**Employment History:**  List all scientific or technical positions held, particularly those related to forensic science. **List current position first.** Add additional sections as necessary.

| Job Title | Forensic Toxicologist II | Tenure | 1/2016-present |
|---|---|---|---|
| **Employer** | Tarrant County Medical Examiner | | |
| Provide a brief description of principal duties: | | | |
| Testing biological specimens for drugs and alcohol<br>Performing drug screening, confirmation, & quantitation<br>Performing method validations | | | |

| Job Title | Technical Supervisor/Blood Alcohol Analyst | Tenure | 9/2011 – 1/2016 |
|---|---|---|---|
| **Employer** | Fondren Forensics Inc | | |
| Provide a brief description of principal duties: | | | |
| Testing for alcohol in blood specimens for use in driving while intoxicated offenses. Instructed course for law enforcement on use of the breath alcohol instrumentation across the state of Texas. Supervised the breath alcohol program in a set area of Texas. Provided expert testimony and breath and blood alcohol dwi trials as needed. | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:**  List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

| Licensed as a Forensic Analyst in the discipline of Toxicology (Interpretive) by the Texas Forensic Science Commission |
|---|

ASCLD/LAB-*International* Application for Accreditation Attachment 2 Statement of Qualifications
Effective: July 14, 2016

Version 4.0
Page 2 of 2



Contact us at: QualityMatters@anab.org

# EXHIBIT 4

**ASCLD/LAB-*International***
**Application for Accreditation**
**Attachment 2**

## Statement of Qualifications

| Name | Leanne Hazard | | Date | 01-06-2020 |
|------|---------------|--|------|-----------|

| Forensic Service Provider | Tarrant County Medical Examiner's Office |
|---------------------------|------------------------------------------|

| Job Title | Forensic Toxicologist II |
|-----------|--------------------------|

**Indicate all disciplines in which you currently perform testing or calibration work:**

| ☐ | Drug Chemistry | ☐ | Biology |
|---|----------------|---|---------|
| ☐ | Firearms/Toolmarks | ☐ | Questioned Documents |
| ☐ | Trace Evidence | ☐ | Crime Scene |
| ☐ | Latent Prints | ☒ | Toxicology - Testing |
| ☐ | Digital & Multimedia Evidence | ☐ | Toxicology - Calibration |

**For each discipline checked in the table above, list all category(ies) in which you perform work:**

| Drugs |
|-------|

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|-------------|----------------|-------|------------------|
| University of FL | 08/2008-12/2009 & 01/2015-12/2016 | Forensic Toxicology | M.S. |
| University of ND | 08/2002-12/2007 | Forensic Science | B.S. |
| University of ND | 08/2002-05/2006 | Community Nutrition | B.S |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|--------------|--------------------|--------------------|
| The Next Wave: Applying Lessons Learned from Opioids & PolyDrug Critial Incidents | RTI & NIJ | 12/2019 |
| Collaboration in the Fight Against Fentanyl | RTI & NIJ | 12/2019 |
| Chromatography 2019 Lab Hacks Seminar Tour | Thermo Fisher Scientific | 10/2019 |
| Borkenstein Course: Effects of Drugs on Human Performance & Behavior | CFSRE | 09/2019 |
| Understanding the Impact of Drug Background Levels in Forensic Laboratories | RTI & NIJ | 09/2019 |
| Improving National Laboratory Capability & Capacity to Measure Human Exposure to Synthetic Opioids | RTI & NIJ | 09/2019 |
| Current Trends in Forensic Toxicology | RTI & NIJ | 05/2018 |
| Separation Superhero Seminar | Agilent | 09/2018 |
| SOFT Annual Meeting & Workshops | Society of Forensic Toxicology | 10/2018 |
| Fundamental Topics in Forensic Toxicology Workshop | Society of Forensic Toxicology | 10/2017 |
| Analytical Symposium: Liquid Chromatography | Thermo Fisher Scientific | 02/2017 |
| SOFT Annual meeting & workshops | Society of Forensic Toxicologists | 10/2016 |
| Perspectives in Expert Testimony | West Virginia University | 11/2016- 12/2016 |
| SOFT Annual meeting & workshops | Society of Forensic Toxicologists | 10/2013 |
| Forensic Drug Chemistry | West Virginia University | 01/2012- 05/2012 |
| The basics of tandem MS | AB Sciex | 01/2012- 02/2012 |
| Introduction to Liquid Chromatography | AB Sciex | 01/2012- 02/2012 |
| Analyst Software-Acquire | AB Sciex | 01/2012- 02/2012 |
| Analyst Software-HPLC pumps & mobile phase basics | AB Sciex | 01/2012- 02/2012 |
| Analyst Software-tune and calibrate | AB Sciex | 01/2012- 02/2012 |
| The fundamentals of LC/MS/MS | NIJ & RTI | 12/2011 |
| Sample Prep Seminar | Supelco | 12/2011 |

| SOFT-TIAFT Annual meeting & workshops | Society of Forensic Toxicologists & TIAFT | 09/2011 |
| Forensic Mass Spectrometry | West Virginia University | 01/2011- 05/2011 |
| K2 Symposium | AR Dept. of Health & UAMS | 09/2010 |
| Toxicology Short Course | UAMS | 07/2009 |
| Oxymorphone Web Talk | RTI & NIJ | 06/2009 |
| Opioids on Demand | RTI & NIJ | 03/2009 |
| Best Practices for Volumetric Measurement | RTI & NIJ | 03/2009 |
| The Ethics of Stewardship | RTI & NIJ | 11/2008 |
| SWAFS Annual Meeting | SWAFS | 09/2008 |
| Laboratory Orientation | President's DNA Initiative | 03/2008 |
| Testing of Body Fluids & Tissues for Forensic Analysts | President's DNA Initiative | 03/2008 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
| --- | --- | --- |
| Drugs | 2010-present | 30 |
| Alcohol | 2010-present | 10 |
| | | |
| | | |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
| --- | --- | --- |
| Society of Forensic Toxicologists | 03/2016-present | n/a |
| | | |
| | | |
| | | |
| | | |

**Employment History:** List all scientific or technical positions held, particularly those related to forensic science. **List current position first.** Add additional sections as necessary.

| **Job Title** | Forensic Toxicologist II | **Tenure** | 10/2014-present |
| --- | --- | --- | --- |
| **Employer** | Tarrant County Medical Examiner | | |
| Provide a brief description of principal duties: | | | |
| Testing biological specimens for drugs | | | |
| Performing drug screening, confirmation, & quantitation | | | |
| Performing method validations | | | |

| **Job Title** | Forensic Toxicologist | **Tenure** | 12/2008-10/2014 |
| --- | --- | --- | --- |
| **Employer** | Arkansas State Crime Lab | | |
| Provide a brief description of principal duties: | | | |
| Testing biological specimens for alcohol and drugs | | | |
| Performing drug screening, confirmation, & quantitation | | | |
| Carbon monoxide testing | | | |
| Method development and validation | | | |

| **Job Title** | Forensic Serologist | **Tenure** | 02/2008-12/2008 |
| --- | --- | --- | --- |
| **Employer** | Arkansas State Crime Lab | | |
| Provide a brief description of principal duties: | | | |
| Performing presumptive and confirmatory tests for biological fluids on evidence | | | |
| Collecting hairs and fibers for trace analysis | | | |
| Writing laboratory reports | | | |

| **Job Title** | | **Tenure** | |
| --- | --- | --- | --- |
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| **Job Title** | | **Tenure** | |
| --- | --- | --- | --- |

ASCLD/LAB-*International* Application for Accreditation Attachment 2 Statement of Qualifications
Effective: July 14, 2016

Version 4.0
Page 2 of 3



Contact us at: QualityMatters@anab.org

| Employer | |
|---|---|
| Provide a brief description of principal duties: | |
| | |

**Other Qualifications:**  List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

American Board of Criminalistics: Certified as a Fellow in Comprehensive Criminalistics  11/2010  -present
American Board of Criminalistics: Proficiency Review Committee 2018  -present
Texas Forensic Science Commission Forensic Analyst License  10/2018-present

ASCLD/LAB-*International* Application for Accreditation Attachment 2 Statement of Qualifications          Version 4.0
Effective: July 14, 2016                                                                                                                   Page 3 of 3

Contact us at: QualityMatters@anab.org

# EXHIBIT 5

# CURRICULUM VITAE
## Connie A. Lewis, M.S., D-ABFT-FT

<u>Contact Information</u>



<u>Education</u>
**M.S., Veterinary Medical Sciences with Concentration in Forensic Toxicology**, University of Florida, Gainesville, FL (May 2019)
**M.S. in Pharmacy, Pharmaceutical Sciences with Concentration in Forensic Science**, University of Florida, Gainesville, FL (May 2019)
**B.S., Toxicology**, N.E. Louisiana University, Monroe, LA (Dec. 1998)


<u>Professional Experience</u>
**2014 –**         Senior Forensic Toxicologist, Tarrant County Medical Examiner's Office, Ft. Worth, TX
**2005 – 2014**   Toxicologist II, Tarrant County Medical Examiner's Office, Ft. Worth, TX
**2002 – 2005**   Clinical Laboratory Specialist III, Blood Systems Laboratories, Bedford, TX
**1999 – 2002**   Gas Chromatography/Mass Spectrometry Technologist, PharmChem Labs
                (Work-Place Forensic Toxicology Drug Testing), Fort Worth, TX

<u>Professional Affiliations, Honors, and Awards</u>
- License, Texas Forensic Analyst – Toxicology (Interpretive) (2018)
- Secretary - Southwestern Association of Toxicologists (2016 – Present)
- Member, American Board of Forensic Toxicology (2014)
- UCT's Excellence in SPE Award recipient (2014)
- Southwestern Association of Toxicologists James C. Garriott Meeting Grant (2014)
- Southwestern Association of Toxicologists James C. Garriott Meeting Grant (2013)
- Member, Society of Forensic Toxicology (2012)
- Southwestern Association of Toxicologists James C. Garriott Meeting Grant (2010)
- Member, Southwestern Association of Toxicologists (2007)

<u>Continuing Education</u>
**2019** – Robert Borkenstein Course: Effects of Drugs on Human Performance and Behavior
**2018** – Southwestern Association of Toxicologist Fall Meeting
**2018** – Southwestern Association of Toxicologist Spring Meeting
**2017** – Society of Forensic Toxicologist Conference
**2016** – Society of Forensic Toxicologist Conference
**2016** – Society of Forensic Toxicologist Conference – "The Medical Toxicology Detectives: Case Files
        of  Parkland Memorial Hospital" workshop
**2016** – Southwestern Association of Toxicologist Spring Meeting
**2015** – Society of Forensic Toxicologist Conference
**2015** – Southwestern Association of Toxicologist Meeting

**2014** – Southwestern Association of Toxicologist Spring Meeting
**2013** – Society of Forensic Toxicologist Conference
**2013** – Southwestern Association of Toxicologist Spring Meeting
**2013** – New Developments in Clinical Research and Forensic Toxicology Using LC/MS/MS - AB Sciex workshop
**2013** – LC/MS/MS Validation of a Cannabinoid and Benzodiazepine Method with Comparison to the Proposed SWGTOX Method Valiadation Standards - Agilent/RTI workshop
**2012** – Society of Forensic Toxicologist Conference
**2011** – Society of Forensic Toxicologists Meeting
**2011** – Southwestern Association of Toxicologist Spring Meeting 2011
**2010** – Society of Forensic Toxicologists Meeting
**2010** – Society of Forensic Toxicologist Conference - The Tools for DIY Methods Validation
**2010** – Society of Forensic Toxicologist Conference - To Err is Human…To Identify it is Divine
**2010** – Southwestern Association of Toxicologists Meeting
**2009** – Society of Forensic Toxicologists Conference – Toxicology of Opiate Overdose
**2009** – Society of Forensic Toxicologists Conference – Bridging the Gap in Postmortem Laboratory Practices and Case Interpretations
**2008** – Southwestern Association of Toxicologists Meeting
**2006** – Thermo Electron Institute – Finnigan TSQ Quantum Operations


**Presentations**
**2018** – Forensic Toxicology Overview – Tarrant County Medical Examiner's Office In House Conference
**2015** – Poster: NBOMe – A Deadly LSD Look-A-Like – Society of Forensic Toxicologists Meeting – Atlanta, Georgia
**2015** – Touch Not the Unclean Thing (Youth Drug Awareness) – Refuge Temple Ministries, Inc.
**2014** – NBOMe – A Deadly LSD Look-A-Like – Southwestern Association of Toxicologists Meeting
**2013** – Be Careful What You Eat – Southwestern Association of Toxicologists Meeting
**2010** – Poster: Method Validation of the Combined Analysis of Liquid Biological Specimens and Matrix Effects: Tricyclics Antidepressants, SSRIs, Antipsychotics and Other Basic Drugs – Society of Forensic Toxicologists Meeting – Richmond, Virginia
**2010** – A Practical Guide to Suicide – Southwestern Association of Toxicologists Meeting
**2009** – A Practical Guide to Suicide – Tarrant County Medical's Office Current Trends Conference
**2009** – The Eyes Have It – Tarrant County Medical Examiner's Office In House Conference
**2006** – Drug Trends in Teens – Tarrant County Medical Examiner's Office In House Conference

**Publication**
Johnson, R.D., Botch-Jones, S.R., Lewis, C.A., Flowers, T. An Evaluation of 25B-, 25C-, 25D-, 25H-, 25I-, and 25T2-NBOMe via LC-MS-MS: Method Validation and Analyte Stability. *J. Anal. Toxicol.*, 38: 479-484 (2014).

# EXHIBIT 6

# *CURRICULUM VITAE*
# <u>D Michelle O'Neal</u>

### *Present Position:*

- Senior Forensic Chemist, Tarrant County Medical Examiner's Office,
  Fort Worth, Texas
  January, 2001

### *Former Positions:*

- Forensic Scientist, Fort Worth Police Department Forensic Science Laboratory, Fort Worth, Texas
  December, 1998-September, 2000

- Crime Scene Investigator, Arlington Police Department, Arlington, Texas
  August, 1998-December, 1998

- Criminalist, Forensic Consultant Services, Fort Worth, Texas
  May, 1989-August, 1998

### *Formal Education:*

- Texas Woman's University, Denton, Texas
    BS Biology, 1997
- Tarrant County Junior College, Fort Worth, Texas
    AA, 1991

### *Certifications Held:*

- Clandestine Laboratory Investigator, Hazmat Technician I, 1999
- Technical Supervisor, Texas Breath Alcohol Program, 2001-10
- ANAB-International, Certified Technical Assessor 2015-present
- Licensed Texas Forensic Analyst, 2018-present

### *Courtroom Experience:*

- Expert Testimony Rendered in Texas and Arkansas courts

### *Areas of Expertise:*

- Infrared and ultraviolet-visible spectroscopy, gas chromatography, GC/MS, thin-layer chromatography, microscopy
- Controlled substance drug analysis
- Intoxilyzer 5000 breath alcohol testing/ instrument maintenance

*Areas of Expertise (continued):*

- Fingerprint processing/classification
- Crime scene photography
- Crime scene evaluation and reconstruction, scale model construction
- Training and supervision of new employees and interns in areas of expertise
- Post mortem trace evidence collection
- Anthropological scene processing

*Professional Affiliations:*

- Clandestine Laboratory Investigating Chemists
- Southwestern Association of Forensic Scientists; Distinguished Member & Zotter Award Recipient

*Special Courses Attended:*

- *Clandestine Drug Lab Methods,* Forensic Consultant Services, 1989
- *Criminalistics,* Tarrant County Junior College, 1990
- *Polarized Light Microscopy,* Southwestern Assn. Of Forensic Scientists, 1991
- *Expert Testimony,* Southwestern Assn. Of Forensic Scientists, 1991
- *Analytical Gas Chromatography,* Dallas-Fort Worth Section of the American Chemical Society, 1992
- *Synthesis of Phenylethylamines Through the Leukart Reaction,* Clandestine Laboratory Investigating Chemists, 1992
- *Current Trafficking Patterns in LSD,* Clandestine Laboratory Investigating Chemists, 1992
- *Clandestine LSD Synthesis,* Clandestine Laboratory Investigating Chemists, 1992
- *Developments in the Texas Laws on Clandestine Labs,* Clandestine Laboratory Investigating Chemists, 1992
- *An Overview of the Processing and Analysis of Clandestine Labs,* Clandestine Laboratory Investigating Chemists, 1992
- *Courtroom Testimony in Clandestine Laboratory Cases,* Clandestine Laboratory Investigating Chemists, 1992
- *Forensic Pathology,* Southwestern Assn. Of Forensic Scientists, 1993
- *Forensic Anthropology,* Southwestern Assn. Of Forensic Scientists, 1993
- *Luminol Use,* Southwestern Assn. Of Forensic Scientists, 1993
- *Interpretation of Blood Spatter,* Southwestern Assn. Of Forensic Scientists, 1993
- *Crime Scene Photography,* Southwestern Assn. Of Forensic Scientists, 1993
- *Use of Lumalite,* Southwestern Assn. Of Forensic Scientists, 1993
- *Clandestine Mehtamphetamine Synthesis,* Clandestine Laboratory Investigating Chemists, 1993
- *Bombs and Booby Traps,* Clandestine Laboratory Investigating Chemists, 1993
- *Advanced Crime Scene Reconstruction,* North Louisiana State Crime Lab, 1994
- *Advanced Forensic Photography,* Southwestern Assn. Of Forensic Scientists, 1994
- *Homicide Investigations,* William C. Dear Seminars and Academy, 1996
- *Forensic Polymer Analysis,* FBI, Southwestern Assn. Of Forensic Scientists, 1998
- *Fingerprint Classification,* North Texas Council of Governments Police Academy, 1998
- *Practical Fire/Arson Scene Search and Evidence Recovery,* Public Agency Training Council, 1998
- *Sexual Assault Investigation,* Public Agency Training Council, 1998
- *Clandestine Drug Methods,* S.T.O.P. Narcotics Task Force/Forensic Consultant Services, 1999

**Special Courses Attended (continued):**

- *Safety Procedures in the Clandestine Laboratory Environment,* Drug Enforcement Administration, 1999
- *Microtechniques,* Drug Enforcement Administration, 1999
- *Expert Testimony,* Drug Enforcement Administration, 1999
- *Opium Synthesis,* Drug Enforcement Administration, 1999
- *Spectroscopy of Illicit Drugs,* Drug Enforcement Administration, 1999
- *Hallucinogens,* Drug Enforcement Agency, 1999
- *Quantitative and Qualitative Gas Chromatography,* Drug Enforcement Administration, 1999
- *Cocaine Synthesis,* Drug Enforcement Administration, 1999
- *Mass Spectrometry, Fundamental and Operational Concepts,* Drug Enforcement Administration, 1999
- *Authentication of Reference Drug Standards,* Drug Enforcement Administration, 1999
- *Use of the DEA Logo Index,* Drug Enforcement Administration, 1999
- *Source Determination of Heroin and Cocaine,* Drug Enforcement Administration, 1999
- *Forensic Computing,* Drug Enforcement Administration, 1999
- *Clandestine Labs,* Drug Enforcement Administration, 1999
- *Clandestine Laboratory Investigation/Safety Certification Program,* Drug Enforcement Administration, 1999
- *Intoxilyzer 5000 Instruction of Breath Alcohol Analysis Instrument Operation, Maintenance and Calibration,* CMI, 2001
- *Robert F. Borkenstien Course on Alcohol, Drugs and Highway Safety: Testing, Research and Litigation,* Indiana University, 2001
- *Intoxilyzer Operator Certification,* Tarrant County College, 2001
- *Microcrystalline Analysis and Discussion of Drugs,* Southwestern Association of Forensic Scientists, 2001
- *PCP Manufacturing,* Drug Enforcement Administration, 2003
- *Writing Analytical Methods for GCMS,* Drug Enforcement Administration, 2004
- *Exploring Reduction Methods-Ephedrine to Methamphetamine,* Drug Enforcement Administration, 2004
- *Pharmacology of Marihuana,* Southwestern Association of Forensic Scientists, 2004
- *GC Quantitation and Validation Methodology,* Southwestern Association of Forensic Scientists, 2005
- *Advanced Clan Lab Field Testing,* Southwestern Association of Forensic Scientists, 2005
- *Forensic Microspectroscopy,* Southwestern Association of Forensic Scientists, 2005
- *SWG Drug: IlluminatIR,* Southwestern Association of Forensic Scientists, 2005
- *Pharmacology and Toxicology of Alcohols,* TCME, Toxicology Training, 2006
- *Updates in FTIR,* ThermoNicolet Training Seminar, 2006
- *IR Interpretation and Forensic Application,* Southwestern Association of Forensic Scientists, 2006
- *Successful and Effective Courtroom Testimony,* Southwestern Association of Forensic Scientists, 2008
- *Ethics in Forensics,* Southwestern Association of Forensic Scientists, 2008
- *Clandestine Labs Update,* Southwestern Association of Forensic Scientists, 2008
- *At the Legal Limit +/- Uncertainty,* Southwestern Association of Forensic Scientists, 2008
- *Bode Pen/Enhanced Trace Analysis,* Southwestern Association of Forensic Scientists, 2008
- *The Ethics of Stewardship/The Stewardship of Ethics,* RTI International, 2009
- *Nuisance Plants for Forensic Chemists and Toxicologists,* Southwestern Association of Forensic Scientists, 2009
- *Cosmetic Chemistry,* Southwestern Association of Forensic Scientists, 2009
- *Valuable Signature Analysis,* Southwestern Association of Forensic Scientists, 2009
- *Polaris Q Operations,* Thermo Fisher Scientific, 2009
- *Introduction to Uncertainty in Drug Chemistry and Toxicology,* RTI & NIJ, 2010

**Special Courses Attended (continued):**

- *Blood Alcohol Trends, The Making of a Backlog,* Southwestern Association of Forensic Scientists, 2010
- *Law & Testimony,* Southwestern Association of Forensic Scientists, 2010
- *Drug Analysis Secrets You Wished You Learned in Kindergarten,* Southwestern Association of Forensic Scientists, 2010
- *Drug Drugs, Analogs and Controlled Substance Analogs Comparison of GC-MS and GC-IRD Methods for the Identification of Isomeric Substituted Phenethylamine and Related Drug Substances,* Southwestern Association of Forensic Scientists, 2010
- *Overview of Digital Evidence Recovery,* Southwestern Association of Forensic Scientists, 2010
- *Fibers and Textiles for Forensic Scientists in the Continuing & Professional Education Program,* West Virginia University Extended Learning, 2012
- *Post-Mortem Changes in the Colorado Plateau,* Southwestern Association of Forensic Scientists, 2013
- *Understanding ISO 17025,* Southwestern Association of Forensic Scientists, 2013
- *Measurement of Uncertainty,* Southwestern Association of Forensic Scientists, 2013
- *Synthetic Cannabinoids,* Southwestern Association of Forensic Scientists, 2014
- *NBomes and Other Interesting Trends,* Southwestern Association of Forensic Scientists, 2014
- *ASCLD/LAB-International Assessor Training Course,* 2014
- *Infrared Analysis Interpretation,* Southwestern Association of Forensic Scientists, 2014
- *Catching a Moving Target 'The Moiety Exchange',* Southwestern Association of Forensic Scientists, 2015
- *Cold Case Investigation,* Southwestern Association of Forensic Scientists, 2015
- *Current 'Drugs'* Southwestern Association of Forensic Scientists, 2015
- *Marihuana Edibles,* Southwestern Association of Forensic Scientists, 2015
- *Zombie Apocalypse: In Custody Deaths,* Southwestern Association of Forensic Scientists, 2016
- *HPLC Methods,* Southwestern Association of Forensic Scientists, 2016
- *Root Cause Analysis,* Southwestern Association of Forensic Scientists, 2016
- *Synthetic Cannabinoids; Where Are We Now?* Southwestern Association of Forensic  Scientists,      2016
- *Is It Human? Distinguishing Human from Non-Human Skeletal Remains* Southwestern  Association of Forensic Scientists, 2016
- *Fentanyl Analysis and Legal Updates,* DEA South Central Lecture Series, 2017
- *Instrument Applications* and *Leadership in Law Enforcement,* DEA South Central Lecture Series, 2018
- Misadventures in Marijuana: Lessons Learned in Legalization, Southwestern Association of Forensic Scientists, 2019
- Current Issues Facing Controlled Substances Labs, Southwestern Association of Forensic Scientists, 2019
- Metabolism and Toxicological Evaluation of Synthetic Cannabinoids, Southwestern Association of Forensic Scientists, 2019
- A New Approach to Statistical Sampling in Forensic Drug Analysis Using Risk Assessment, Southwestern Association of Forensic Scientists, 2019
- Shimadzu Solutions for THC Quantitation in Seized Materials, Southwestern Association of Forensic Scientists, 2019
- The Quantitation pf THC; Is it Hemp or Marijuana, Southwestern Association of Forensic Scientists, 2019
- *Instrumental Tips, Tricks and Troubleshooting,* DEA South Central Lecture Series, 2020
- *∆9 THC Semi-Quant Validation and Method Procedure,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020

**Special Courses Attended (continued):**

- *PCP Trends and Challenges in Houston/Case Studies,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *CODIS House Bill 1399-Challenges and Successes,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *The Impact of Heavy Metals on Cannabis Toxicity,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *Collaborative Research for Fundamental Insight into Cannabis Production,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *Quality Control: Blind Quality Control Cases,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *Drugs an Overview of Methamphetamine and Fentanyl Clandestine Laboratories,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *Transforming Crime Scene Investigation, Evidence handling and Management,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020
- *Quality: Maintaining Objectivity & Avoiding Cynicism,* Southwestern Association of Forensic Scientists, Virtual Conference, 2020

**Special Courses Instructed:**

- Chemical Drug Screening, Forensic Consultant Services, 1991 & 1998
- Basic Crime Scene Search, North Texas Council of Governments Police Academy, 1991
- Crime Scene Photography, Mansfield Police Department and NCTCOG Academy, 1995
- Drugs and Alcohol; Texas Wesleyan University 2004-2009
- Texas DPS Breath Alcohol Operator Recertification Education, 2001, 2003, 2005 & 2008
- Tarrant County District Attorney Alcohol Testing School, 2006
- Drugs and Alcohol; Texas DOEP & DWI Education Program Instructor In-Service, 2006
- Tarrant County District Attorney Alcohol Testing School, 2006
- Drugs and Alcohol; Texas DOEP & DWI Education Program Instructor In-Service, 2006

**Presentations:**

- *"High Resolution Digital Scanning of Cyanoacrylate-Developed Prints"*, Southwestern Assn. Of Forensic Scientists, April 1998 (Poster Presentation)
- *"Making Sense of Section 481.002(5), Texas Health and Safety Code, Methamphetamine Manufacturing",* Current Trends in Forensic Sciences Seminar, 2001
- *"Smartshops of Amsterdam",* Current Trends in Forensic Science, 2002 and Southwestern Association of Forensic Scientists Training Conference, 2003
- *"Global Drug Seizures",* Poster Presentation based on 2006 World Drug Summary Report, Current Trends in Forensic Science, 2008
- *Forensic Science Ethics—A Discussion (It's Not So Black and White),* Grand Rounds Tarrant County Medical Examiner's Office, 2009
- *Forensic Chemistry,* Forensic Investigation, Research and Education Club, UNT Health Science Center, 2010
- *Forensic Drug Chemistry,* Tarrant County Defense Bar Luncheon, 2011
- *"Food Product Tampering Cases",* Grand Rounds Tarrant County Medical Examiner's Office, 2012

**Presentations (continued):**

- *"Trends in Controlled Substances-in Tarrant County",* Grand Rounds Tarrant County Medical Examiner's Office, 2013
- *"Butane Honey Oil, Extracting THC",* Grand Rounds Tarrant County Medical Examiner's Office, 2014
- *"Forensic Science Through a Business Perspective: Using Project Foresight"* Southwestern Association of Forensic Science, 2014
- *"Anthropology Field Scene Processing"*, Grand Rounds Tarrant County Medical Examiners' Office, 2019

**Publications:**

- *"Luminol: The Next Generation"*, co-authored with Max Courtney, et al, SWAFS Journal, 18-1, Spring, 1996
- *"Clandestine Manufacturing of Methamphetamine",* Tarrant County Medical Examiner Newsletter, April/May 2002
- *"Testing, Testing",* MADDvocate Magazine, Winter, 2009

**Guest Lectures and Leadership:**

- Blue Haze Elementary School, Fort Worth, Texas
- C.F. Brewer High School, White Settlement, Texas
- Texas Wesleyan University, Chemistry Section, Fort Worth, Texas
- Circle T Girl Scouts, Whodunit? Fort Worth Museum of Science and History, Fort Worth, Texas
- Chairperson, 2003 *Southwestern Association of Forensic Scientists* Training Conference
- Board President, Samaritan House/Villages, 2004-2006
- Cowtown Crimesolvers, 2008, 2011
- Justin Women's Club, 2010
- Forensic Investigation, Research and Education Club, UNT Health Science Center, 2010
- Co-Chair, Current Trend in Forensic Science Annual Conference, 2009-2012
- Cowtown Crimesolvers, 2012
- Overview of Forensic Chemistry, Chemistry Club, TCU, 2014
- Committee Member, *DFW Writers' Workshop Conference*, 2014, Volunteer 2016-present
- Chairperson, 2003 & 2017 *Southwestern Association of Forensic Scientists* Training Conference

**Professional Offices Held:**

- Associate Editor, *Southwestern Association of Forensic Scientists Journal*, 1995-1997
- Board of Directors, *Southwestern Association of Forensic Scientists*, 1999-2000
- Board of Directors, *Southwestern Association of Forensic Scientists*, 2004-2006
- President Elect, *Southwestern Association of Forensic Scientists,* 2007-2008
- President, *Southwestern Association of Forensic Scientists,* 2008-2009
- Floyd E. McDonald Scholarship Chair, *Southwestern Association of Forensic Scientists,* 2008-2011/2015-present
- Chairman of the Board, *Southwestern Association of Forensic Scientists,* 2009-2010
- Nominating Committee Chairperson, 2010, *Southwestern Association of Forensic Scientists*
- Board of Directors, *Southwestern Association of Forensic Scientists*, 2013-2015

# EXHIBIT 7

## PERSONAL DETAILS

**Name**      JOHN HARRIS
**Address:**  

## EDUCATION

M.S. **Analytical Chemistry**, Texas A&M University, College Station, TX. December 1988

B.S. **Chemistry**, Xavier University, New Orleans, LA. May 1986

## WORK HISTORY

**April 1995 to present**. Senior Forensic Chemist Tarrant County Medical Examiner's Office
Involved in controlled substance analysis.

**February 1990 to April 1995**. Criminalist II Fort Worth Police Department Crime Lab. Involved in controlled substance analysis, latent fingerprint development and photography.

## MEMBERSHIPS

Southwestern Association of Forensic Scientists.(SWAFS)

## SPECIAL TRAINING AND PRESENTATIONS

"Instrumental Tips, Tricks, and Troubleshooting", DEA South Central Laboratory's Lecture Series, March 5, 2020.

"Marihuana or Hemp: From Farm Bill to Forensic Analysis", Forensic Technology Center of Excellence, January 15, 2020 (webinar).

"SWGDRUG Updates and Instrument Applications, DEA South Central Laboratory's Lecture Series, March 8, 2018.

"Root Cause Analysis for Forensic Service Providers", TCME web-based training, October 2-5, 2017.

"Fentanyl Analysis and Legal Updates", DEA South Central Laboratory's Lecture Series, Southlake Department of Public Safety, February 22, 2017.

"Forensic Leadership Academy", West Virginia University College of Business and Economics, Fort Worth, TX. February 2014.

1

"From Clan Lab to Court", DEA South Central Laboratory
November 19, 2009

Fire Safety in the Workplace class. Tarrant County Fire Marshal's Office. June 10, 2009

"Blood Borne Pathogens". Tarrant County Medical Examiner's Office. July 20, 2006.

Current Trends In Forensic Science
Poster presentation.  December 2003.

Current Trends In Forensic Science
Poster presentation.  December 2002.

MS Word XP class
Tarrant County Information Technology Training Center
May 30, 2002

Bio-Terrorism Training Course.
Tarrant County Medical Examiner's Office.  April, 2002

Current Trends In Forensic Chemistry
Invited speaker.  December 2000.

GCQ Basic Operations Training Course
Thermo Quest Institute. June 26-30, 2000

Basic Latent Fingerprint Comparison.
Saginaw Police Department. November, 1998

New Drugs / New Detection Methodologies.
Southwestern Association of Toxicologists. April 2-4, 1998

Fingerprint Recovery from Human Skin.
Arlington Community Center.  January, 1998

Tests for BAC in Highway Safety Programs: Supervision and Expert Testimony
Indiana University   May, 1995

Breath Test Operators School, Intoxylyzer 5000
Tarrant Co. Junior College, April, 1995

Intoxylyzer 5000 Breath Alcohol Analysis
Instrument Basic Maintenance, Repair, Operation and Calibration
Owensboro, KY.  April, 1995

FTIR of Fibers
Southwestern Association of Forensic Scientist
November, 1994

Advanced Latent Fingerprint Techniques
Federal Bureau of Investigation Law Enforcement Training School.
Fort Worth Police Training Academy

Fort Worth, TX.  November, 1993

Chromatographic Methods in Forensic Chemistry
Federal Bureau of Investigation
Quantico, VA.  March, 1993

Techniques of Developing Fingerprints
Texas Department of Public Safety
Austin, TX.  December, 1992

Courtroom Testimony and Advanced Chemical Processing for Latent Prints
Federal Bureau of Investigation Specialized Training
Southwestern Law Enforcement Institute
Richardson, TX.  August, 1992

Forensic Chemist Training Seminar
Drug Enforcement Administration
McLean, VA.  September, 1990

Clandestine Laboratory Synthesis
Drug Enforcement Administration South Central
Laboratory
Dallas, TX.  April, 1990

# EXHIBIT 8



**ASCLD/LAB-*International***
**Application for Accreditation**
**Attachment 2**

## Statement of Qualifications

| Name | Cheryl Rhea Wheeler | | Date | 01/11/2021 |
|------|---------------------|---|------|-----------|

| Forensic Service Provider | Tarrant County Medical Examiner |
|---------------------------|--------------------------------|

| Job Title | Senior Toxicologist |
|-----------|---------------------|

**Indicate all disciplines in which you currently perform testing or calibration work:**

| | | | | |
|---|------------------------------|---|--------------------------------|
| ☐ | Drug Chemistry | ☐ | Biology |
| ☐ | Firearms/Toolmarks | ☐ | Questioned Documents |
| ☐ | Trace Evidence | ☐ | Crime Scene |
| ☐ | Latent Prints | ☒ | Toxicology - Testing |
| ☐ | Digital & Multimedia Evidence | ☐ | Toxicology - Calibration |

**For each discipline checked in the table above, list all category(ies) in which you perform work:**

| |
|---|
| Human Performance Toxicology, Postmortem Toxicology, DFSA |

**Education:**  List all higher academic institutions attended (list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|-------------|----------------|-------|------------------|
| Texas Tech University | 08/1982- 08/1983 | Accounting | |
| Tarrant County Junior College | 06/1983- 07/1985 | PreVet | |
| Tarleton State University | 08/1985- 05/1987 | Animal Science | B.S. |
| University of Wyoming | 08/1987- 05/1989 | Animal Science | |

**Continuing Education:**  List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source of Training | Date(s) of Training |
|--------------|--------------------|--------------------|
| HP GC 5890 Training Maintenance and Troubleshooting | Hewlett Packard Company | 1994 |
| Narcotic and Drug Identification | West Sacramento, CA | 1994 |
| Interpretation of Mass Spectra: Forensic Application | California Association of Criminalist Workshop | 1995 |
| Cornerstone Excellence Management Training | Reno, NV | 2002 |
| TSQ Maintenance and Troubleshooting | Thermo Training Center | 2005 |
| Aeroset Advanced Maintenance and Troubleshooting | Abbott Training Center | 2005 |
| ASCLD/LAB – International Preparation Course | Portland, Oregon | 2008 |
| Introduction to ISO/IEC 17025:2005 | Fort Worth, TX | 2008 |
| ASCLD/LAB – International Assessor Training Course | Fort Worth, TX | 2008 |
| Axsym Training | Abbott Labs | 2008 |
| QTrap System Training for Quantitative and Qualitative Workflows | AB Sciex | 2012 |
| ASCLD/LAB Technical Assessor Refresher Training | ASCLD/LAB | 2013 |
| New Developments in Clinical Research & Forensic Toxicology using LC/MS/MS | AB Sciex | 2013 |
| Agilent Event: LC/MS/MS Validation of a Cannabinoid and Benzodiazepine Method with Comparison to the Proposed SWGTOX Method Validation Standards | RTI International | 2013 |
| Measurement Traceability – ASCLD/LAB Assessor Training | ASCLD/LAB | 2014 |
| Nov 2014 ASCLD/LAB Technical Assessor Refresher Training | ASCLD/LAB | 2015 |
| Nov 2014 ASCLD/LAB Technical Assessor Refresher Training | ASCLD/LAB | 2016 |
| Nov 2014 ASCLD/LAB Technical Assessor Refresher | ASCLD/LAB | 2017 |

| Training | | |
|---|---|---|
| Delta to AR 3028 – Assessors | ANAB | 2017 |
| ANAB Forensic – Auditing Principles May 2017 | ANAB | 2017 |
| Southwestern Association of Toxicology | SAT | May 2018 |
| ANAB ISO_IEC 17025_2017 and AR 3125 Assessor Training | ANAB | April 2019 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Toxicology | 1994-2021 | 39 |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Organization | Period of Membership | Offices or Positions Held/Dates |
|---|---|---|
| ASCLD-LAB Legacy Inspector | 2007-2014 | ASCLD/LAB inspector |
| ASCLD/LAB International Assessor | 2009-2017 | Certified Technical Assessor |
| ANAB | 2017 - Current | Certified Technical Assessor |

**Employment History:** List all scientific or technical positions held, particularly those related to forensic science. **List current position first.** Add additional sections as necessary.

| Job Title | Senior Toxicologist | Tenure | 15 years |
|---|---|---|---|
| **Employer** | Tarrant County Medical Examiner | | |
| Provide a brief description of principal duties: | | | |
| Determination and quantitation of drugs in urine, blood and other biological samples. Blood Alcohol, screen, receiving and releasing samples. Extraction, maintenance of instruments, preparation of solvents and buffers. Reviewing batches and reporting results, court testimony as needed. | | | |

| Job Title | Viral Marker Supervisor | Tenure | 3 years |
|---|---|---|---|
| **Employer** | Blood Systems Labs | | |
| Provide a brief description of principal duties: | | | |
| Provide testing by EIA for HIV 1/2, Hba, HBc, HCV and HTLV using SOP's and AABB guidelines. Receive reagents, preform maintenance, clinical chemistry for Alt and Cholesterol. Supervise staff on 2nd and 3rd shift. | | | |

| Job Title | Data Review Supervisor/Technical Specialist | Tenure | 6 years |
|---|---|---|---|
| **Employer** | Pharmchem Labs | | |
| Provide a brief description of principal duties: | | | |
| Review all data from EMIT, GC/MS, QC and SRD to ensure that all SOP's and NIDA protocols were preformed. Issue reports to clients and provide court testimony on results found. Supervise 1st, 2nd and 3rd shifts. | | | |

| Job Title | Toxicologist | Tenure | 2 years |
|---|---|---|---|
| **Employer** | Valley Toxicology Inc | | |
| Provide a brief description of principal duties: | | | |
| Preform urine screening and confirmation on samples for drugs. Preform blood confirmation for drugs. Maintenance of instruments, court testimony. Receive and release samples. | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

| Licensure as a Texas Analyst in the discipline of Toxicology from Texas Forensic Science Commission. License Number |
|---|

ASCLD/LAB-*International* Application for Accreditation Attachment 2 Statement of Qualifications
Effective: July 14, 2016

Version 4.0
Page 2 of 2



Contact us at: QualityMatters@anab.org

# EXHIBIT 9



**Angela Marie DeTulleo, B.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist



---

## AREA OF EXPERTISE

**Forensic Discipline**

**Drug Chemistry**

**Expert Testimony**

- 98 Federal Court Testimony

| | |
|---|---|
| Brownsville, TX -2 | New Orleans, LA- 2 |
| Dallas, TX- 14 | Baton Rouge, LA- 1 |
| Fort Worth, TX- 3 | Lake Charles, LA- 1 |
| San Antonio, TX- 6 | |
| Pecos, TX- 5 | Tulsa, OK- 1 |
| Midland, TX- 7 | Oklahoma City, OK- 1 |
| El Paso, TX- 13 | |
| Waco, TX- 2 | Las Cruces, NM- 1 |
| Galveston, TX- 1 | Albuquerque, NM- 4 |
| Corpus Christi, TX- 3 | Santa Fe, NM- 1 |
| Houston, TX- 7 | |
| Sherman, TX- 5 | Little Rock, AR- 1 |
| McAllen, TX- 2 | Gulfport, MS- 1 |
| Tyler, TX- 2 | |
| Amarillo, TX- 1 | Birmingham, AL- 4 |
| Del Rio, TX- 3 | Montgomery, AL- 1 |
| Laredo, TX- 3 | |

- 13 State and County Court Testimony

Okmulgee, OK
Pauls Valley, OK
Las Cruces, NM
Lovington, NM
Pine Bluff, AR
Fort Worth, TX
Marshall, AR
Little Rock, AR
McKinney, TX
Tyler, TX
Gilmer, TX
Kaufman, TX
Covington, LA

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist*
*December 1991-Present*

- Identify and quantitate controlled substances

- Testify in Federal, State, and Local Court
- Provide Technical Assistance and training courses to law enforcement officers and other forensic chemists
- Participate in clandestine laboratory and trace drug evidence collection cases
- Participate in laboratory oriented duties, such as research, quality assurance, instrument maintenance, and other ancillary duties

*Training*

- Forensic Chemist in house training  1991-1992 (7 months)
- Forensic Chemist basic training DEA/FBI Academy 1992 (3 weeks)
- Clandestine Laboratory Certification DEA/FBI Academy 1993 (2 weeks)
- High Hazard Clandestine Laboratory Certification DEA Academy 2011
- Advanced Forensic Chemist Technical Seminars
- Various scientific conferences
- Instructor Development Course DEA Academy
- Licensed Paramedic State of Texas (2000)

## EDUCATION AND CERTIFICATIONS

Ohio University, Athens, OH (1991)
Bachelor of Science Degree in Forensic Chemistry

Metrocrest Medical Services, Dallas, TX (2000)
Licensed Paramedic

## PROFESSIONAL AFFILIATIONS

- International Society for Ion Mobility Spectrometry (ISIMS)
- Southwestern Association of Forensic Scientists (SWAFS)
- Clandestine Laboratory Investigating Chemists (CLIC)
- Texas Narcotics Officers Association (TNOA)

## PRESENTATIONS AND LECTURES

- ISIMS Conferences
    - Jackson Hole, WY 1996
    - Dresden, Germany 1997
    - Hilton Head, SC 1998
    - Halifax, Nova Scotia 2000
    - Honolulu, HI 2006
- SWAFS Conference

    ○  El Paso, TX 1997

## DISTINCTIONS

- Quality Assurance Committee
- Environmental Management Committee
- Clandestine Laboratory Coordinator
- Trace Drug Evidence Collection Coordinator
- Class Counselor Basic Forensic Chemist School (2000 and 2013)
- Training Officer

# EXHIBIT 10



John William McIlroy                         Senior Forensic Chemist
Department of Justice                        South Central Laboratory
Drug Enforcement Administration              Dallas, TX
Office of Forensic Science

## AREA OF EXPERTISE

**Forensic Discipline**

      Seized Drugs

**Expert Testimony**

      Testified approximately 11 times

      Federal Court Testimony (9):

| | |
|---|---|
| Northern District of Texas (x2) | Northern District of Alabama |
| Southern District of Texas | Western District of Texas (x3) |
| Eastern District of Arkansas | Eastern District of Texas |

      State/County Court Testimony (2)

      State of Oklahoma, Oklahoma City, OK     Circuit court of Faulkner County, Conway, AR

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**

*Senior Forensic Chemist/ Forensic Chemist, South Central Laboratory, Dallas, TX, 2014-Present*

- Analyze evidence for the presence or absence of controlled and non-controlled substances
- Utilize and maintain a wide range of analytical instrumentation
- Testify in court on analytical findings, when necessary

*Training*

- ANAB Forensic Technical Assessor Training (ISO 17025), Little Rock, AR 03/2020

- Wipe Spray Wipe Decon Training, Strategic Response Solutions, West Valley, UT 07/2019

- DEA Emerging Leader Training (#1), Quantico, VA 08/2018

- Field Training Chemist School (FTC #1), Quantico, VA 05/2018

- Advanced Site Safety School #31, Quantico, VA 04/2018

- High Hazard Clandestine Laboratory Safety School #17, Castaic, CA 04/2017

- Instructor Development Course #63, Quantico, VA, 07/2016

- Basic Clandestine Laboratory Safety School, Quantico, VA 07/2015

- Basic Forensic Chemist Training Course #3, Quantico, VA, 09/2014 - 01/2015

**MICHIGAN STATE UNIVERSITY**

*Graduate Assistant, East Lansing, MI, 2007-2014*

- Utilized gas chromatography-mass spectrometry (GC-MS), infrared spectroscopy (IR), liquid chromatography-mass spectrometry (LC-MS), & high resolution-mass spectrometry (HR-MS).
- Performed independent research projects involving weathering of petroleum products, multivariate statistics, and ignitable liquids.
- Served as teaching assistant for chemistry, instrumental analysis, and quantitative courses.

**OCEAN CITY POLICE DEPARTMENT**

*Seasonal Police Officer, Ocean City, MD, 2006-2007*

- Served as a sworn officer; answered calls for service, assisted citizens, addressed traffic violations, arrested criminal violators, and testified in court.
- Conducted investigations of minor crimes and assisted in investigations of major crimes.
- Documented cases, collected and packaged evidence, and prepared written reports.

**U.S. ARMY CORPS OF ENGINEERS**

*Park Ranger (seasonal), Raystown Lake, Hesston, PA*

- Preserved public safety and assisted park visitors.

# EDUCATION AND CERTIFICATIONS

Michigan State University, East Lansing, MI

>Ph.D. Analytical Chemistry, 2007-2014
>MS, Forensic Chemistry, 2008-2014

Wor-Wic Community College, Salisbury, MD

>Certificate, Law Enforcement Technician, 2006

Mercyhurst University, Erie, PA

>BS, Biochemistry, 2001-2005
>BA, Forensic Science, 2001-2005
>BA, Application of Science and Law, 2001-2006
>Minors: Criminal Justice and Biology

# PROFESSIONAL AFFILIATIONS

American Academy of Forensic Sciences, Criminalistics Section, Associate Member, 2008-Present

American Chemical Society, Member, 2008-Present; Alternate Counselor DFW Section 2016-Present

## PRESENTATIONS AND LECTURES

DIY Field Testing: A Crook's Guide.  J.W. McIlroy.  DEA Lecture Series, Southlake, TX 2017.

Analysis of 'Synthetics'.  J.W. McIlroy.  DEA Lecture Series, Dallas, TX 2016.

Applications of Multivariate Statistics in Forensic Science (invited talk).  J.W. McIlroy, V. L. McGuffin, R.W. Smith. Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, Philadelphia, PA, 2013.

Foundations for a Kinetic Model of Weathering Complex Petroleum Products in Natural Waters.  J.W. McIlroy, A. D. Jones, V. L. McGuffin.  Gulf of Mexico Oil Spill and Ecosystem Conference, New Orleans, LA, 2013.

Objective Decision Making Tools for Modeling the Fate of Complex Petroleum Products in the Environment.  J.W. McIlroy, A.D. Jones, V.L. McGuffin.  Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, Orlando, FL 2012.

## PUBLICATIONS

Fixed- and Variable- Temperature Kinetic Models to Predict Evaporation of Petroleum Distillates for Fire Debris Applications.  J.W. McIlroy, R. Waddell Smith, V.L. McGuffin.  Separations (2018) 5(4), 47.

Presumptive Test for Methamphetamine Hydrochloride using Household Bleach.  J.W. McIlroy, C.M. Foreman, J.R. Cusick.  DEA Laboratory Notes, LN-17-06-02.  2017.00

Mathematically Modeling Chromatograms of Evaporated Ignitable Liquids for Fire Debris Applications.  R. Waddell Smith, R.J. Brehe, J.W. McIlroy, V.L. McGuffin.  Forensic Chemistry (2016) 2: 37-45.

Assessing the Effect of Data Pretreatment Procedures for Principal Components Analysis of Chromatographic Data.  J.W. McIlroy, R. Waddell Smith, V.L. McGuffin.  Forensic Science International (2015) 257: 1-12.

Gas Chromatographic Retention Index as a Basis for Predicting Evaporation Rates of Complex Mixtures.  J.W. McIlroy, A.D. Jones, V.L. McGuffin.  Analytica Chimica Acta (2014) 852: 257-266.

Association and Discrimination of Diesel Fuel Using Chemometric Procedures.  L. J. Marshall, J. W. McIlroy, V. L. McGuffin, R. W. Smith. Analytical and Bioanalytical Chemistry (2009) 394: 2049-2059.

## DISTINCTIONS

Quality Assurance Specialist, South Central Laboratory 10/2019 – Present.

Training Officer, South Central Laboratory 01/2017 – Present.

DEA Subject Matter Expert, GC, GC-MS, IR, High Hazard Clan Labs 2015-Present.

EPA STAR Fellowship, U.S. Environmental Protection Agency 2011-2014.

J. Edgar Hoover Scientific Scholarship, J. Edgar Hoover Foundation 2011, 2012.

Eagle Scout, Boy Scouts of America 1999.

# EXHIBIT 11



Logan Jamison,
B.S. Forensic Chemistry
B.S. General Chemistry          Forensic Chemist
Department of Justice           Mid Atlantic Laboratory
Drug Enforcement Administration Largo, Maryland
Office of Forensic Science

# AREA OF EXPERTISE

**Forensic Discipline**

    Drug Chemistry

# PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist, Mid Atlantic Laboratory, Largo, Maryland, 2020 - Present*

- Analyze evidence submitted to the laboratory for the presence or absence of controlled substances
- Prepare and submit reports based on conclusions reached in the analysis
- Testify in court to those findings when needed
- Assist law enforcement in the seizure of clandestine laboratories

*Forensic Chemist, South Central Laboratory, Dallas, Texas, 2017 - Present*

- Analyze evidence submitted to the laboratory for the presence or absence of controlled substances
- Prepare and submit reports based on conclusions reached in the analysis
- Testify in court to those findings when needed
- Assist law enforcement in the seizure of clandestine laboratories

*Training*

- Drug Enforcement Administration Academy for Forensic Chemists (Quantico, Virginia), 2017
- Fourier Transform Infrared Spectroscopy (FTIR), Gas Chromatography Flame Ionization Detection (GC-FID), Gas Chromatography Mass Spectrometry (GC-MS), Liquid Chromatography (LC), Gas Chromatography Infrared Detection (GC-IRD), Nuclear Magnetic Resonance (NMR), Liquid Chromatography Mass Spectrometry (LC-MS)
- Drug Enforcement Administration Clandestine Laboratory Basic Certification Training School (Quantico, Virginia), 2018
- Drug Enforcement Administration Clandestine Laboratory Level A Certification Training School (Valencia, California), 2018
- Field Training Chemist Course (Quantico, Virginia), 2019
- Forensic Chemist Structured Interview Assessor Training (Dallas, Texas), 2019
- Drug Enforcement Administration Leadership Workshop (Quantico, Virginia), 2019
- Drug Enforcement Administration Forensic Science Seminar: Professional Focus (Quantico, VA), 2020
- ANAB Forensic Technical Assessor Training (Little Rock, Arkansas), 2020

**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**
*Chemist, Beverage Alcohol Laboratory, Beltsville, Maryland, 2016 - 2017*

- Perform regulatory analyses on a wide range of complex alcohol beverages using chemical, physical, and instrumental techniques.

- Prepare and submit reports summarizing results on sample submissions and conclusions reached

- Identify the need for improved or new analytical methods to address regulatory issues or problems and/or conducts analyses to implement these needs

*Training*

- Pre-COLA Initiative for Turn-Around Efficiency Training (Beltsville, Maryland), 2016

- Co-Principal Analyst in Gas Chromatography Training (Beltsville, Maryland), 2016

**UNITED STATES ARMY PUBLIC HEALTH COMMAND**
*Contracted Physical Science Technician, Toxic Metals Section, Aberdeen, Maryland, 2015 - 2016*

- Responsible for the preparation of environmental samples for analysis of toxic metal exposure at the ppm and ppb level

- Responsible for creating samples at specific Method Detection Limits for newly edited methods

- Assist Method Development Section in projects with the purpose of providing data for Toxicology Section Research

*Training*

- Inductively Coupled Plasma Optical Emission Spectroscopy (ICP-OES), Inductively Coupled Plasma Mass Spectrometry (ICP-MS), Cold Vapor Atomic Absorption Spectroscopy (CVAAS)

**MARYLAND STATE POLICE FORENSIC SCIENCES DIVISION**
*Intern, Forensic Drug Laboratory, Hagerstown, Maryland, 2013*

- Observe and support forensic chemist in the qualitative and quantitative analysis of controlled substances

- Observe forensic chemist court room testimony

- Research American Society of Crime Laboratory Directors (ASCLD) Uncertainty requirements that would be implemented in the following year

# EDUCATION AND CERTIFICATIONS

Towson University, Towson, Maryland

Bachelor of Science in Forensic Chemistry, 2014

Bachelor of Science in General Chemistry, 2014

# DISTINCTIONS

- External Training Team (Dallas, Texas) 2017-2020
- Qualitative Method Validation Team (Dallas, Texas) 2017-2020
- Quality Assurance Committee (Dallas, Texas) 2017-2020
- Marijuana Method Pilot Team (Dallas, Texas) 2019
- Level A Clandestine Laboratory Training Instructor (Valencia, California) 2019
- Methamphetamine Pilot Project (Dallas, Texas) 2019
- Quality Assurance Team Representative (Dallas, Texas) 2019-2020

# EXHIBIT 12



**Michael Morley, B.S.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

**Supervisory Forensic Chemist**
**South Central Laboratory**
**Dallas, Texas**

## AREA OF EXPERTISE

**Forensic Discipline**

   **Drug Chemistry**

**Expert Testimony**
- Washington, DC District Court (1991-2001), 12 times
- Washington, DC Superior Court (1993-2001), 4 times
- Virginia District Court (1992-2001), 1 time
- Baltimore, MD (1992-2001),  2 times
- Newark, New Jersey (1993-2001), 1 time
- Greensboro, NC District Court (1997-2001), 1 time
- Winston Salem, NC District Court (1997-2001), 1 time
- Norfolk, VA District Court (1997-2001), 3 times
- Greenbelt, MD District Court (1997-2001), 1 time
- Brunswick, GA District Court (1998-2001), 1 time
- Alexandria, VA District Court (1998-2001), 1 time
- Buffalo, MO District Court (1999-2001), 1 time
- Newport News, VA District Court (1999-2001), 1 time
- Wilmington, NC District Court (2001), 1 time

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Supervisory Forensic Chemist, South Central Laboratory (Dallas, Texas)  August 2011-Present*
- Direct Supervision of 10 Forensic Chemists and 1 Program Assistant.
- Review analytical work and approve laboratory reports.
- Oversee the administration and general laboratory functions.
- Liaison with Special Agents, field offices, and other Federal Agencies.
- Ensure laboratory equipment and facilities are working properly.

*Training*
- 

*Drug Science Specialist (Arlington, VA) November 2003-August 2011*
- Administer the United States Quota System for DEA registered manufacturers of Schedule I and II controlled substances.
- Assess and establish the United States Aggregate Production Quotas for Schedule I and II controlled substances.
-

Assess individual manufacturer requirements to ensure an uninterrupted supply of medicine is available for the legitimate U.S. market, U.S. export, research and industrial requirements.

- Analyze and utilize multiple sources of data to ensure proper assessment of individual quotas.
- Provide expert testimony.
- Prepare Federal Registers.

*Training*
-

*Supervisory Forensic Chemist, Western Laboratory (San Francisco, CA) February 2000-November 2003*
- Supervise support staff including 3 Fingerprint Specialist, 1 Administrative Support Specialist, 1 Accounting Technician, 1 Scientific Intelligence Technician, 3 Evidence Technicians, 1 Safety and Security Specialist, 1 Receptionist and 1 Laboratory Worker.
- Provide support to effectively meet the day to day administrative and technical responsibilities of a forensic laboratory.
- Liaison with Special Agents, fields office, and other Federal Agencies.

*Training*

*Forensic Chemist, Mid-Atlantic Laboratory (Washington, DC) May 1996-February 2000 and July 1990-June 1993*
- Analyze evidence for the presence of controlled substances using a variety of analytical techniques.
- Provide expert testimony.
- Provide support to law enforcement personnel with clandestine laboratory raids and ion scans.
- Analyzed approximately  2,367 exhibits.

*Training*
- DEA Basic Chemist School.
- Clandestine Laboratory Investigation and Safety School, Quantico, VA 1992.
- The Practice of Modern HPLC, Chicago, IL 1997.

## EDUCATION AND CERTIFICATIONS

Michigan State University (East Lansing, Michigan)
- Bachelors of Science with High Honors (3.9 on a 4.0 scale) in Criminalistics 1989
- Post Graduate studies in Forensic Toxicology and Osteology

George Washington University (Washington, DC)
- Fellowship Award 1990, Forensic Toxicology

# EXHIBIT 13

# SUSANNAH HERKERT

███████████████

*Susannah Herkert, Senior Director at Guidepost Solutions, is a nationally recognized expert in pharmaceutical diversion and compliance.  Ms. Herkert began her investigative career with the Drug Enforcement Administration in 2005 where she was assigned to the Tactical Diversion Squad in Los Angeles, California for five years.  In 2010, she was transferred to the Dallas Field Division - Tactical Diversion Squad where she remained until 2017. After her success in the field, Ms. Herkert was transferred to the DEA Office of Training in Quantico, Virginia to "write the book" on how to successfully investigate violators of the Controlled Substances Act. Ms. Herkert was the first Unit Chief for the Diversion Specialized Training Unit. Throughout her career with DEA, Ms. Herkert was the lead investigator on numerous cases involving the illicit distribution of pharmaceutical controlled substances and specialized in doctor "pill mill" cases.  She holds a Master of Science in Aviation and Space Science and was an adjunct professor at Oklahoma State University.  Ms. Herkert has brought her vast experience to Guidepost Solutions where she consults on diversion cases and instructs courses on pharmaceutical drug diversion throughout the United States.*

**PRESENT
POSITION:**

September 2020 - Present      Senior Director, Guidepost Solutions, LLC
                             Washington, D.C.

**PAST
POSITIONS:**

**DRUG ENFORCEMENT ADMINISTRATION**

June 2018 – September 2020   GS 1801/14 Unit Chief, Diversion Specialized Training Unit, Drug Enforcement
                             Administration, Office of Training, Quantico, Virginia

March 2019- June 2019        Acting Unit Chief, Diversion Training Unit, Drug Enforcement Administration
                             Office of Training

Dec. 2017 – June 2018        GS 1801/13 Diversion Investigator/Instructor/Course Developer, Drug
                             Enforcement Administration
                             Office of Training

Apr. 2010 – Dec. 2017        GS-1801/13 Diversion Investigator, Drug Enforcement Administration
                             Tactical Diversion Squad
                             Dallas, Texas

Feb. 2005 – Apr. 2010        GS 1801/13 Diversion Investigator, Drug Enforcement Administration
                             Tactical Diversion Squad
                             Los Angeles, California

**TRAINING**:

2005                         Basic Diversion Investigator Training at Quantico, Virginia:

|  | Report writing, drug identification, controlled substances act, interviewing, drug pharmacology and identification, chemical records and reports, analysis of controlled substance records, auditing techniques, distributor and manufacturing operations, confidential sources/undercover operations, surveillance and operational plans, methods of diversion of controlled substances, evidence handling, pharmacy operations, writing/execution of search warrants, money laundering, courtroom testimony, conspiracy, asset forfeiture, narcotic treatment programs, pain management/addiction, internet pharmacies |
|---|---|
| 2007-2009 | California Narcotics Officers Association Conferences: Pharmaceutical narcotic enforcement, Oxycontin, pharmacology of drugs, emerging drug trends and drugs of abuse, surviving warrant service, walls and wire taps, undercover techniques, financial investigations |
| 2008-2009, 2019 | National Association of Drug Diversion Investigators Conferences: Diversion search warrants and aftermath, diversion prosecution, chemical investigations, counterfeit medications, doctor shoppers, pain management, community anti-diversion programs, intelligence resources, trends in drugs of abuse |
| 2012 | Advanced Diversion Investigator Training |
| 2018 | Advanced Diversion Investigator Training |
| 2019 | Instructor Development Course Certification |
| 2019 | Advanced Science Based Interview and Interrogation Course |

**COURSE DEVELOPER/INSTRUCTOR/SPEAKER:**

| 2010-2016 | North Texas Crime Commission "Drug Trends and Diversion Investigations" |
|---|---|
| 2010-2017 | Basic Narcotics Investigator's School "Drug Identification and Pharmacology, Diversion Investigations" |
| 2011 | Kentucky Drug Abuse Conference, "DEA Diversion Investigations" |
| 2014 | DEA National Federal Prosecutor's Diversion Investigation Training |
| 2016 | DEA Lecture Series Drug Trends and Synthetic Pharmacology |
| 2014, 2017-2020 | DEA – Tactical Diversion Squad Schools, Quantico, Virginia |
| 2015 | Texas Nurse Practitioner Conference "Controlled Substance Update" |
| 2015 | Tennessee Drug Professionals Conference, "DEA Diversion Investigations" |
| 2016 | DEA Diversion National Prosecutor and Investigator Training Presenter |
| 2016 | DEA Citizen's Academy "Drug Diversion Investigations" |
| 2017 | National Advocacy Center Federal Prosecutor Training in Pharmaceutical Investigations in South Carolina |
| 2017 | Western District of Arkansas Opioid/Heroin Symposium |
| 2018 | Regional Native American Law Enforcement Conference in Oklahoma |
| 2019 | NADDI Health Care Summit in Florida |
| 2019 | Regional NADDI Training in California |
| 2018-2019 | National Native American Law Enforcement Conference in Nevada |
| 2018-2020 | DEA Training Academy (Administrative Actions, Diversion Investigations and Trends, Search Warrants, Report Writing, Security, Charging Corporations, Data Analytics, BESTWAY for Diversion Investigations, Parallel Civil/Criminal Cases, Interviewing Medical Professionals, Case Studies) |

| 2019 | National Association of Drug Diversion Investigators National Conference |
| 2019 | National Attorney General Research Institute on Opioid Prescribing |

**SIGNIFICANT CASES**:

| 2005-2006 | U.S. v. LA Good Neighbor Pharmacy, Case Agent<br>Violations of Combat Methamphetamine Act of 2005<br>Civil Fine |
| 2006-2010 | U.S. v. Bassam Yassine, M.D., Case Agent<br>Unlawful distribution of controlled substances (hydrocodone, alprazolam)<br>Pled guilty |
| 2006-2009 | U.S. v. Vu Le, M.D., Case Agent<br>Unlawful distribution of controlled substances (oxycodone, hydrocodone)<br>Pled guilty |
| 2007-2010 | U.S. v. Masoud Bamdad, M.D., Case Agent, Expert Testimony<br>Unlawful distribution of controlled substances (oxycodone, hydrocodone)<br>Unlawful distribution of controlled substances resulting in death<br>Jury trial conviction |
| 2009-2010 | U.S. v. Daniel Healy, M.D., and Alvaro Rosales, Case Agent<br>Unlawful distribution of controlled substances (oxycodone, hydrocodone)<br>Pled guilty |
| 2009-2010 | U.S. v. Nathan Kuemmerle, M.D., Case Agent<br>Unlawful distribution of controlled substances (amphetamine salts)<br>Pled guilty |
| 2009-2010 | U.S. v. Nathaniel Newhouse, Case Agent<br>Unlawful distribution of controlled substances (oxycodone, hydrocodone)<br>Jury trial conviction |
| 2010-2016 | U.S. v. Habiboola Niamatali, M.D. et al, Case Agent<br>Conspiracy to unlawfully distribute controlled substances (hydrocodone)<br>Jury trial conviction |
| 2015-2016 | U.S. v. Christopher Espraza, Pharm.D., et al., Case Agent<br>Conspiracy to unlawfully distribute controlled substances (oxycodone)<br>Pharmacist-in-Charge pled guilty, Pharmacy owner paid civil fine |
| 2013-2017 | U.S. v. Tariq Campbell, et al., Case Agent<br>T-III Investigation<br>45 Defendants pled guilty, including two pharmacists and five practitioners |
| 2016-2017 | U.S. v. Randall Wade M.D., et al, Case Agent<br>Conspiracy to unlawfully distribute controlled substances (hydrocodone)<br>Unlawful distribution of controlled substances resulting in death<br>Pled guilty |
| 2016-2018 | U.S. v. Gregg Howard Diamond, M.D., Case Agent |

|        | Conspiracy to unlawfully distribute controlled substances (oxycodone, morphine, fentanyl, methadone, hydrocodone)<br>Health Care Fraud, Money Laundering<br>Unlawful distribution of controlled substance resulting in death<br>Pled guilty |
|--------|--------|
| 2018 | U.S. v. Theodore Taylor, M.D., et al., Case Agent, Expert Testimony<br>Conspiracy to unlawfully distribute controlled substances (oxycodone, hydrocodone, amphetamine salts)<br>Jury Trial Conviction |
| 2019 | U.S. v. Carlos Venegas, MD, et al., Case Agent<br>Conspiracy to unlawfully distribute a controlled substance (hydrocodone)<br>Jury Trial Conviction |

**TESTIMONY**:

| 2006-2008 | Four State of California Preliminary Hearings involving the following violations and controlled substances:  conspiracy to commit a crime, transportation of a controlled substance, possession for sale, counterfeiting a controlled substance form, and possessing a narcotic by a forged prescription; controlled substances: oxycodone/Oxycontin, methadone, acetaminophen with codeine, hydrocodone/Vicodin/Norco, diazepam/Valium, alprazolam/Xanax, Promethazine with Codeine, Ambien |
|--------|--------|
| 2006-2007 | Grand Jury testimony on two cases involving medical doctors involved in the unlawful distribution of controlled substances (primarily oxycodone/Oxycontin and hydrocodone/Vicodin/Norco) |
| 2009 | Expert and Fact Testimony, Federal Jury Trial, U.S. v. Masoud Bamdad |
| 2010 | Expert and Fact Testimony, Federal Jury Trial, U.S. v. Nathaniel Newhouse |
| 2013-2018 | Grand Jury testimony on three cases involving pharmacist and/or doctor involved in unlawful distribution |
| 2016 | Expert and Fact Testimony, Federal Jury Trial, U.S. v. Habiboola Niamatali |
| 2017 | Expert Testimony, Federal Jury Trial, U.S. v. Randall Cahoon, et al |
| 2010-2019 | Testimony in seven Detention Hearings in three different Federal Judicial Districts; six Physicians and a Pharmacist detained |
| 2018 | Expert Testimony, Federal Jury Trial, U.S. v. Snellgrove |
| 2018 | Expert Testimony, Federal Jury Trial, U.S. v. David Lague |
| 2018 | Expert and Fact Testimony, Federal Jury Trial, U.S. v. Theodore William Taylor, M.D., et al. |
| 2019 | Fact Testimony, Federal Jury Trial, U.S. v. Carlos Venegas, M.D., et al. |
| 2019 | Expert Testimony, Federal Jury Trial, U.S. v. Muhammed Nasher, M.D. |

**ADDITIONAL PAST POSITIONS:**

| | |
|---|---|
| 2003-2005 | Adjunct Professor<br>Aviation and Space Undergraduate/Graduate Program<br>NASA AESP/Oklahoma State University<br><br>Courses taught: air carrier industry, aviation law, international aviation and space, current trends and issues in aviation, aviation management |
| 2000-2001 | Aviation Instructor<br>Sooner Flight Academy<br>University of Oklahoma<br><br>Instructor of: physics of flight, aerodynamics, aviation safety, aviation communication, human factors/physiology, rocketry |

**EDUCATION:**

| | |
|---|---|
| 2002-2003 | Master of Science<br>Natural and Applied Sciences, Aviation and Space Science<br>Oklahoma State University |
| 1998-2002 | Bachelor of Arts<br>College of Arts and Sciences<br>University of Oklahoma |

**PERSONAL:**

| | |
|---|---|
| 2000 | Licensed pilot |
| 2005 | Licensed scuba diver |
| 1994-2015 | United States Air Force Auxiliary Civil Air Patrol |

**HONORS:**

| | |
|---|---|
| 2002 | GAT Wings to the Future Scholarship/Award |
| 2003 | Boeing Aerospace National Scholarship/Award |
| 2003 | Wiggins Leadership Award |
| 2005 | DEA On the Spot Award |
| 2006-2019 | 13 DEA Performance Awards |
| 2010 | Central District of California United States Attorney's Office Law Enforcement Award |
| 2015 | Dallas Field Division Diversion Investigator of the Year |
| 2018 | Northern District of Texas United States Attorney's Office Law Enforcement Award |
| 2019 | Eastern District of Texas United States Attorney's Office Law Enforcement Award |

# EXHIBIT 14

# CURRICULUM VITAE



**Mark W. Sedwick**
Special Agent, Federal Bureau of Investigation



---

## PROFESSIONAL EXPERIENCE

---

**Federal Bureau of Investigation** (August 1998– Present)
Special Agent
August 2014- Present: Dallas Division of the FBI, Cellular Analysis

January 2012- July 2014:  Dallas Division of the FBI, worked Public Corruption and Violent Crimes.

January 2001- Present:  Houston and Dallas Divisions SWAT team operator/breacher

December 1998 – December 2011:  Houston Division of the FBI, worked Illegal Narcotics, Gangs, Violent Crime, and Counter Terrorism.

August 1998 – December 1998:  New Agents Training.

Officer United States Marine Corps:  May 1993 – May 1998 Military Occupational Specialty Artillery.

## EDUCATION

---

BS – History United States Naval Academy:  1993

## PROFESSIONAL TRAINING AND INSTRUCTION

---

FBI Basic Instructor Development Course – 2006

Defensive Tactics Instructor Course – 2009

Project Pin Point/Cellular Survey Analysis and Geo-Location – 2007 –Basic cellular theory, mapping Historical Call Detail Records, and Geo-Location (24 Hours)

Advanced Project Pin Point/CAST – 2012 –advanced cellular theory and analysis of Historical Call Detail Records (40 Hours)

Emerging Technology Support (ETS)[1] 2012 - Learning basic GSM, CDMA, IDEN, UMTS, Radio Frequency Theory and Geo-Spatial Mapping (80 Hours)

FBI CAST training 2013 - Detailed program reviewing RF technology, GSM, iDEN, CDMA, UMTS and LTE cellular protocols as well as location based services. One week of the course is training in Agilent/JDSU drive test tools, followed by practical applications. Seven of the major cellular providers in the country participated and delivered approximately 30 hours of training. Those cellular providers are as follows: T-Mobile, Verizon Wireless, Sprint/Nextel, AT&T, Metro PCS, US Cellular and Cricket Communications. (100 hours)

Certified by JDSU in the use of their E6474A-X drive test equipment - August, 2013

Instructor in Cellular Survey Analysis and Geo Location for Federal, State and Local law enforcement approximatily 550 students – 2009-2019

---

[1]
*ETS is a private contractor that conducts RF theory and cellular technology training for various governmental*
*groups, including, but not limited to the FBI, DOJ, DOD (US Army, etc.)*

# EXHIBIT 15

Stefan Hare
United States Secret Service
Network Intrusion Forensic Analyst

## Professional Experience

Network Intrusion Forensic Analyst United States Secret Service March 2020-Present

El Paso County Sheriff's Office Cyber Crimes Detective/Digital Forensic Examiner October 2017- March 2020

El Paso County Sheriff's Office, Deputy: May 2013- February 2020

El Paso County Sheriff's Office, Specialist: January 2012-May 2013

El Paso County Sheriff's Office, Security Technician: March 2011 – 2012

Previous level 4 Colorado Gang Database operator through NCIC/CCIC.

Lead Deputy of the EPSO Gangnet team, Gang Intelligence liaison to state and local law enforcement partners

## Education

Bachelor of Science in Criminal Justice Administration- Colorado State University Global Campus

## Training

2017 National Center for Biomedical Research and training through Louisiana State university AWR315 Criminal Intelligence Analysis Essentials Awareness Level.

2016 Colorado Department of Corrections unified intelligence academy.

Hawk Analytics, Cell Hawk Training: October 2017

Fighting Child Exploitation with Digital Forensics: December 2017

## Certifications

August 2020 U.S Department of Homeland Security CID2101 Basic Network Intrusion Responder Training Course 120 credit hours

July 2020 U.S Department of Homeland Security CID3301 CompTIA Network+ Courses

May 2020 Magnet Certified Forensic Examiner

April 2020 National Computer Forensics Institute Business Email Compromise Curriculum 5 hours

May 2019 Cellebrite Certified Operator

May 2019 National Computer Forensics Institute Mobile Device Examiner 152 hours

April 2019 National Computer Forensics Institute Basic Computer Evidence Recovery Training 192 hours

December 2019 National Computer Forensics Institute Advanced Forensics Training 32 hours

May 2019 National Computer Forensics Institute Digital Currency Curriculum 32 hours

December 2018 National Computer Forensics Institute Macintosh Forensics Training 32 hours

December 2018 National Computer Forensics Institute Social Network Investigations 32 hours

November 2018, Cellebrite UFED cloud extraction and reporting certificate

2019 SANS Institute 585 Smartphone Analysis Forensics Analysis Training Completion

December 2018 National Computer Forensics Institute Basic Network Investigation Training 36 hours

July 2018 National White Collar Crime Center- CI 152 Search Warrants and Digital

Evidence

July 2018 National White Collar Crime Center- CI 156 Post-Seizure Evidentiary

Concerns

July 2018 National White Collar Crime Center- CI 157 Mobile Digital Devices and

GPS

July 2018 National White Collar Crime Center- CI 153 Searching Without A

Warrant

July 2018 National White Collar Crime Center- CI100 Identifying and Seizing

Electronic Evidence

July 2018 National White Collar Crime Center –CI 152 Search Warrants & Digital

Evidence

Colorado POST: May 2013

FBI Cyber investigator First responder course October 2017

National White-Collar Crime Center CI099- Basic Computer Skills for Law

Enforcement

1/18/2018 National White-Collar Crime Center CI103- Introduction to Cellphone

Investigations 1/19/2018 National White-Collar Crime Center CI091- Introduction to

previewing 1/18/2018

FBI certification for Digital Harassment Investigation 1- 6/13/2018

FBI certification for Child Enticement Investigation 3- 6/13/2018

National White Collar Crime Center- Unlocking and examining IOS phones: End to End
forensic examination  with grayshift and MSAB. May 2018


**Membership**

Regional Task Force Officer for the Electronic Crimes Task Force, United States

Secret Service: 2017-2020

January 2018 International association of cyber & economic crime professionals

November 2017 NDCAC, National Domestic Communications Assistance Center:

April 2014 NW3C National White Collar Crime Center:

# EXHIBIT 16

**CURRICULUM VITAE**

Daniel Ogden
Supervisory Digital Investigative Analyst

Education:
1. University of Central Florida; Masters of Science in Digital Forensics (MSDF), 2015.
2. University of Central Florida, Graduate Certificate in Computer Forensics, 2015.
3. Columbia College of Missouri; Bachelor of Arts in Criminal Justice Administration, 2006
4. SANS Advanced Smartphone Forensics 2019
5. Cellebrite Advanced Smartphone Analysis, 2018
6. In-System Programming (ISP), TeelTech, 2017
7. IACIS Mobile Device Forensics, IACIS, 2017
8. Cellebrite Advanced Smartphone Analysis; 2016
9. Advanced Flasher Box and Bootloader for Mobile Forensics; TeelTech; 2016
10. Sqlite Forensics; TeelTech; 2016
11. SANS Mac Forensic Analysis; 2015
12. SANS Hacker Techniques, Exploits & Incident Handling 2015
13. Mobile Device Examiner, Secret Service National Computer Forensic Institute, 2015
14. EnCase EnCE Prep Course, Guidance Software, 2015
15. EnCase Computer Forensics II, Guidance Software, 2015
16. EnCase Computer Forensics I, Guidance Software, 2015
17. SANS Advanced Smartphone Forensics 2015
18. Macintosh Forensics Training Program MFTP-403, FLETC, 2014
19. Mobile Device Investigations Program MDIP-404, FLTEC, 2014
20. SANS Security Essentials Bootcamp Style 2014
21. SANS Advanced Computer Forensic Analysis and Incident Response 2014
22. X-Ways Forensics 2014
23. NW3C Cybercop 215 – Macintosh Triage and Imaging 2014
24. SANS Computer Forensic Investigations – Windows In-Depth 2013
25. FBI DExT Technician/ CART Trained 2013
26. AccessData Windows Forensics 7 2013
27. AccessData Internet Forensics 2013
28. AccessData Windows Forensics 8 2013
29. AccessData Mobile Forensics Workshop 202 2012
30. AccessData Mobile Phone Examiner Analysis 2012
31. AccessData Mobile Forensics Workshop 101 2012
32. AccessData Windows Forensics Registry 2012
33. AccessData Windows Mobile Forensics 2012
34. AccessData Windows Forensics Core 2012
35. FBI Advanced Gigatribe Investigations 2011
36. Cellebrite Mobile Forensic Training 2010

37. Internet Crimes Against Children RoundUp Training 2010
38. Cyber-Investigations 250 - Identifying and Seizing Electronic Evidence – Train the Trainer
39. SCERS – Seized Computer Evidence Recovery Specialist, FLETC, 2010
40. Certified Forensic Computer Examiner Training Program, International Association of Computer Investigative Specialists, 2010
41. FBI Internet Investigations, 2010
42. Internet Crimes Against Children Unit Supervisor, 2009
43. Instructor Training Course, Child Protection System, 2009
44. FBI Advanced Undercover Training, 2007
45. Computer Crimes: Legal issues and Case Preparation, 2007
46. Internet Crimes Against Children Investigative Techniques, 2007
47. Forensic ToolKit AccessData Boot Camp, 2006
48. Computer Crime Boot Camp, High Tech Crime Institute, 2006
49. FBI-CART Image Scan Systems, Silicon Valley Regional Computer Forensic Laboratory, 2006
50. Internet Crimes Against Children Under Cover Chat Investigations, US Department of Justice, 2006
51. Basic Data Recovery and Acquisition, National White Collar Crime Center (NW3C), 2005
52. Cyber-Investigations, Secure Techniques for Onsite Previews, NW3C 2005
53. Protecting Children Online (PCO-1), 2005
54. Protecting Children Online (PCO-2), 2005

Certifications:
1. CFCE – Certified Forensic Computer Examiner; IACIS; 2013 – Current
2. CMDE- Certified Mobile Device Examiner; IACIS; 2017- Current
3. CCME – Cellebrite Certified Mobile Examiner; 2015 – Current
4. CBE – Certified Blacklight Examiner – 2014
5. GCIH – GIAC Certified Incident Handler; SANS; 2015
6. CCLO – Cellebrite Certified Logical Operator; 2015
7. GSEC- GIAC Security Essentials; SANS; █████
8. GCFA – GIAC Certified Forensic Analyst; SANS; █████
9. GCFE – GIAC Certified Forensic Examiner; SANS; █████
10. GISF – GIAC Information Security Fundamentals; SANS; █████
11. ACE – AccessData Certified Examiner, AccessData; 2013
12. EnCE – EnCase Certified Examiner, Guidance Software, 2015 ████████ .

Instructor
1. Cellebrite CCLO/ CCPA and CASA Senior Contract Instructor
2. ICAC Undercover Chat Investigations – ICAC
3. ICAC Investigative Techniques – ICAC
4. ICAC Online Ads – ICAC
5. NetClean – ICAC
6. CPS/ TLO Investigations

# EXHIBIT 17

## Stacey L. Hail, MD, FACMT

**Education**

Fellowship, University of Texas Southwestern, Medical Toxicology
    Dallas, Texas
    July 2002-June 2004
Residency, University of Texas Southwestern, Emergency Medicine
    Dallas, Texas
    July 2000-June 2002
Internship, University of Texas Southwestern, Emergency Medicine
    Dallas, Texas
    July 1999-June 2000
M.D., Medical College of Georgia
    Augusta, Georgia
    August 1995-May 1999
B.S. Chemistry, Southern Methodist University
    Dallas, Texas
    August 1991-May 1995

**Professional Work Experience**

Associate Professor, Emergency Medicine and Medical Toxicology
Department of Emergency Medicine
University of Texas Southwestern Medical Center at Dallas
July 2002 – present

Emergency Medicine Physician, Medical Center of Mesquite, Mesquite, Texas, 2002

Emergency Medicine Physician, Doctor's Hospital, Dallas, Texas, 2003

**Professional Certifications**

Board Certified by American Board of Emergency Medicine, 2003, 2013
Board Certified by American Board of Medical Toxicology, 2004, 2014

**Licensure**

Texas State Medical License, since 2001
Texas Controlled Substance Registration, since 2001
Drug Enforcement Administration Registration, since 2001
Concealed Handgun License, since 2008

**Honors/Awards**

Fellowship status, American College of Medical Toxicology, 2016
Runner up, Clinical Pathologic Case Conference, Society for Academic
Emergency Medicine, Phoenix, Arizona, June 2, 2010
Magna Cum Laude, 1995
Phi Beta Kappa, 1995
Undergraduate Award in Analytical Chemistry, 1994
Mortar Board Senior National Honor Society, 1994
Phi Lambda Upsilon, Chemistry National Honor Society, 1994
National Collegiate Natural Sciences Award, 1994
Who's Who Among Students in American Universities and Colleges, 1994
Golden Key National Honor Society, 1993
Charles B. Peterson Premedical Scholarship for Chemistry Majors, 1993, 1994
All-American Scholar, 1993, 1994
Southern Methodist University Scholar, 1991-1995
Lazenby Chemistry Scholarship, 1991-1995
Alpha Epsilon Delta—Premedical Honor Society, 1993-1995
Alpha Lambda Delta—SMU 3.5 Honor Society, 1991-1995
National Dean's List, 1991, 1992, 1993
Semifinalist, Westinghouse Science Talent Search, 1991
Sigma Xi Research Award, 42nd International Science and Engineering Fair, 1991
Sigma Delta Epsilon—Honor for Women in Science, 1991
Grand Prize Winner, Georgia State Science Fair, 1991
Army, Navy, Air Force, Marine Corps Science Awards, 1988-1991
United States Science Camp, representing the State of Georgia, 1991

**Medical Expert Witness**

*United States of America v. Juan Manuel Morales Rodriguez, Juan Samudio Castro, Austin Chase Sneed.*  United States Attorney's Office Middle District of Tennessee.  Trial testimony, AUSA Juliet Aldridge; Nashville, Tennessee, October 21, 2020.

*United States of America v. Leonus Stevenson Peterson, et al.* United States Attorney's Office Eastern District of Virginia. (Prosecution). Evidentiary hearing for sentencing testimony, AUSA Olivia Emerson; Richmond, Virginia, October 19, 2020.

*United States of America vs. Jawayne Watkins.* United States Attorney's Office Western District of New York. (Prosecution).  Trial testimony, AUSA Michael Adler; Buffalo, New York, October 15, 2020.

*United States of America vs. Michael Pitts*; United States Attorney's Office, Northern District of Illinois. (Prosecution).  Trial testimony, AUSA Christine O'Neill; Chicago, Illinois, February 19, 2020.

Kootenai County District Attorney's Office; Grand Jury Testimony regarding Laurcene Isenberg (Prosecution); Coeur d'Alene, ID; January 29, 2020.

*United States of America vs. Charles Burton Ritchie and Benjamin Galecki.* United States Attorney's Office, District of Nevada.  (Prosecution).  Sentencing hearing testimony, AUSA James Keller; Las Vegas, Nevada, January 10, 2020 and January 31, 2020.

*United States of America vs. Michael Jones.*  United States Attorney's Office, Southern District of New York.  (Prosecution).  Trial testimony, AUSA Daniel Wolf; New York, New York, October 17-18, 2019.

*United States of America vs. Gas Pipe, Inc.*  United States Attorney's Office, Northern District of Texas.  (Prosecution).  Sentencing hearing testimony, AUSA Chad Meacham: Dallas, Texas, August 28, 2019.

*United States of America vs. Aaron Michael Shamo*.  United States Attorney's Office, District of Utah. (Prosecution). Trial testimony, AUSA Michael Gadd: Salt Lake City, Utah, August 21, 2019.

*United States of America vs. Christopher Tyler.*  United States Attorney's Office, Southern District of West Virginia. (Prosecution).  Sentencing hearing testimony,

AUSA Monica Coleman: Charleston, West Virginia, August 6, 2019.

*United States of America vs. Bernard Shelton.* United States Attorney's Office, Eastern District of Michigan. (Prosecution). Trial testimony, AUSA Michael Heesters; Detroit, Michigan, July 15, 2019; March 10, 2020.

*United States of America vs. Max Gaffney.* United States Attorney's Office, Southern District of California. (Prosecution). Trial testimony, AUSA Lawrence Casper; San Diego, California, June 21, 2019.

*GULSTAN E. SILVA, JR., as Personal Representative of the Estate of Sheldon Paul Haleck; JESSICA Y. HALECK, Individually As Guardian Ad Litem of DEPARTMENT RECORDS; ORDERJEREMIAH M.V. HALECK; WILLAM E. HALECK; and VERDELL B. HALECK, Plaintiffs, Vs. CITY AND COUNTY OF HONOLULU; DONNA Y.L. LEONG, Individually and in her Official Capacity; LOUIS M. KEALOHA, Individually and in his Official Capacity; CHRISTOPHER CHUNG; SAMANTHA CRITCHLOW; STEPHEN KARDASH; CHAD SANO; REYNWOOD MAKISHI; FRANK POJSL; and JOHN and/or JANE DOES 1-10, Defendants. CIVIL NO. 15-00436 HG-KJM;* Honolulu, Hawaii (Defense). Trial testimony, Corporate Counsel Traci Morita; Honolulu, Hawaii, May 30, 2019.

*United States of America vs. Dr. Joel Smithers.* United States Attorney's Office, Western District of Virginia. (Prosecution). Trial testimony, AUSA Cagle Juhan; Abingdon, Virginia, May 3, 2019.

*United States of America vs. Dr. Muhammed Samer Nasher-Alneam.* United States Attorney's Office, District of West Virginia. (Prosecution) Trial testimony, AUSA Haley Bunn; Charleston, West Virginia, April 26, 2019.

*United States of America vs. James H. Blume, Jr. DO; Mark T. Radcliffe; Joshua Radcliffe; Michael T. Moran, MD; Sanjay Mehta, DO; Brian Gullett, DO; Vernon Stanley, MD; Mark Clarkson, DO; William Earley, DO; Paul W. Burke, Jr., MD; Roswell Tempest Lowry, MD.* United States Attorney's Office, Southern District of West Virginia. (Prosecution).

LUKE SMITH, Deceased, through his Successor in Interest, IAN SMITH, individually and as successor in interest for LUKE SMITH, Deceased, Plaintiff, vs. COUNTY OF SANTA CRUZ, a public entity, SANTA CRUZ COUNTY SHERIFF JAMES HART, SANTA CRUZ COUNTY SHERIFF'S SERGEANT JACOB AINSWORTH, DEPUTY CHRIS VIGIL, DEPUTY JEFFREY EISNER,

and DEPUTY EMMA RAMPONI; CITY OF CAPITOLA, a public entity, CAPITOLA POLICE OFFICER PEDRO ZAMORA; CITY OF WATSONVILLE, a public entity, WATSONVILLE POLICE OFFICER NOE HERNANDEZ, and LUKE SMITH, Deceased, through his Successor in Interest, IAN SMITH, individually and as successor in interest for LUKE SMITH, Deceased, No: 5:17-cv-05095-LHK. (Defense). Deposition, Oakland, California; February 27, 2019.

*United States of America vs. Sergio Martinez et al. 18-cr-00033-JL.* United States Attorney's Office, District of New Hampshire.  (Prosecution)

*United States v. Anthony Marion and Lauren Martinez, case number 4:17 CR 549 JAR (EDMO).*  United States Attorney's Office, Eastern District of Missouri. (Prosecution)

*United States of America vs. Dr. Pamwar Jain.*  United States Attorney's Office, District of New Mexico.  Sentencing hearing, Las Cruces, New Mexico; November 20, 2018. (Prosecution)

*United States of America vs. Curry.*  United States Attorney's Office, Eastern District of Virginia.  (Prosecution)

DEANA JO BRIESCH, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF TIMOTHY JOHN BRIESCH, DECEASED, AND AS NEXT FRIEND FOR AUSTIN JORDAN BRIESCH, A MINOR, AND ALLYSON MEAGON BRIESCH VS. AIR EVAC EMS, INC. DBA AIR EVAC LIFETEAM AND/OR TEXAS LIFESTAR, LAURA A. AINSWORTH, RN, JOHN D. PLUSNICK, EMT-P, BRIAN S. PRICE, MD AND EMERGENCY SERVICES PARTNERS, LP. (Plaintiffs)

Rebecca Potter, Individually and as Next Friend of Austyn Vasquez, a minor, and Richard Potter, Plaintiffs v. HP Texas1 LLC d/b/a HPA TX LLC, OPVHHJV LLC d/b/a Pathlight Property Management, and SER Texas LLC d/b/a Hyperion Homes Texas LLC, Defendants. In the District Court of Rockwall County, Texas, 382nd Judicial District. (Defense)

*United States of America vs. Dr. Shouping Li.*  FBI Nevada, Las Vegas Division.

*United States of America vs. Bryan Byrd.*  United States Attorney's Office, District of Alabama. (Prosecution)

*United States of America vs. Cole Gipson*.  United States Attorney's Office, Western District of Missouri. (Prosecution)

*United States of America vs. Jawayne Watkins*.  United States Attorney's Office, Western District of New York. (Prosecution)

*United States of America vs. Dr. David Morgan*.  United States Attorney's Office, District of West Virginia. (Prosecution)

Cause No. C2017133; Tina L. Johnson v. Jeffrey Scott Smith, MD; in the 355th District Court, Hood County, Texas. (Defense)

*United States of America vs. Jenny Letson*.  United States Attorney's Office, District of Alabama. (Prosecution)

*Richard M. Ogburn vs Rameshwaram, LLC d/b/a Best Western Burleson Inn and Suites;* In the District Court 18th Judicial District, Johnson County, Texas. Deposition, November 30, 2018. (Defense)

Kootenai County District Attorney's Office; Grand Jury Testimony regarding Varsel Jarnagin (Prosecution); Coeur d'Alene, ID; November 7, 2018.

*United States of America vs. Holly Kaszuba.*  United States Attorney's Office, Middle District of Pennsylvania. (Prosecution) Trial testimony, AUSA Michelle Olshefski; Scranton, PA; November 5, 2018.

*Hector Alvarado v. Independent Bar Austin, LLC, d/b/a Barbarella; and Elizabeth Elliot;* In the 126th Judicial District, Travis County, Texas.  (Defense)

SHELLY D. PARHAM, individually, and VICTOR HINES III, as independent administrator of, and on behalf of, the ESTATE OF MARCUS JOHNSON, Plaintiffs, vs. CITY OF BURKBURNETT; DANIEL C. ELBAUM; MATTHEW C. MCDONALD; and ZACHARY D. LEONARD, Defendants. CIVIL ACTION NO. 7:17-CV-00036-M. (Defense)

Rosemary Iberra, Individually, and as Representative of the Estate of Jessica Morales Leija, and as Next Friend to CS, ES, LS, and NS, Minor Children, and Raul Leija, Individually vs. Toyota Motor Corporation. (Plaintiff)

*United States of America vs. Jubentino Soto, et. al*.  United States Attorney's Office, Eastern District of Washington. (Prosecution)

*United States of America vs. Corey Bernard Green*.  United States Attorney's Office, Southern District of California. (Prosecution)

*United States of America vs. Jonathan Barrett; Joedon Bradley; and Johnny Williams*. United States Attorney's Office, Middle District of Tennessee. (Prosecution) Trial testimony, AUSA Amanda Klopf; Nashville, TN; March 21, 2018.

*United States of America vs. Woodyard et. al*.  United States Attorney's Office, District of Kansas.  (Prosecution)

*State of Texas vs. Christopher Davis*.  Dallas County District Attorney's Office; (Prosecution); Trial Testimony, Assistant District Attorney Leighton D'Antoni; Dallas, TX; January 11, 2018

*Penny Herzog, Individually and as Representative of the Estate of David Lynn Herzog, Deceased vs. Jerome Lee Sang, MD, PA, Jerome Lee Sang, MD, Mathew T. Alexander, MD, South Texas Brain and Spine Institute, PA, Bret Todd, DO, Christopher Luis Reyes Fernandez, MD, Gulf Shore Anesthesia Christus Spohn Health System Corporation.* (Defense)
       Deposition; Burford Ryburn; July 19, 2017
       Trial testimony; Sinton, TX; December 11, 2017

Clark County District Attorney's Office; Grand Jury Testimony regarding Gregory Brent Dennis (Prosecution); Las Vegas, NV; September 13, 2017.

*United States of America vs. Brian Wimsatt.*  United States Attorney's Office, Middle District of Tennessee.  (Prosecution)

*United States of America vs. Tatiana Johnson; Damien Anderson; and Leon Anderson.*  United States Attorney's Office, Middle District of Tennessee. (Prosecution)

*State of Wisconsin vs. Mark Jensen* (Defense)

*United States of America vs. Eugene Gosy, MD*; United States Attorney's Office, Western District of New York (Prosecution)

*United States of America vs. Edward Lee Poorman,* Case No. 2:17cr00222-DB; District of Utah (Prosecution)

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO.: 0:15-cv-62116-FAM; CALVIN REID and MAMIE REID, co-Personal Representatives of the ESTATE OF CALVON ANDRE REID, Plaintiffs, vs. CITY OF COCONUT CREEK, SGT. DAVID FREEMAN, SGT. DARREN KARP, OFC. THOMAS EISENRING, and OFC. DANIEL RUSH, Defendant. (Defense)

Case No. 15-cv-02241-L-WVG   *THE ESTATE OF FRANCISCO MANUEL CESENA, by and through its successor-in-interest, JONATHAN JOSE TRINIDAD CESENA; MANUEL SALVADOR CESENA; TRINIDAD CESENA; FRANCISCO ARMANDO CESENA by and through his guardian ad litem CORINA AVILA; JONATHAN JOSE TRINIDAD CESENA; and LUCITANIA JULIANA, Plaintiffs, v. STEPHEN HUDSON; CLARENCE LABAK; BRADLEY MARTIN; MICHAEL KUPIEC; NINA SIGNORELLO; JEFF SAVAGE; CARY RODRIGUEZ; JAMES CARRAWAY; DELLANIRA MONROY; UNITED STATES OF AMERICA and DOES 2-20, Defendants.* UNITED STATES DISTRICT COURT, THE SOUTHERN DISTRICT OF CALIFORNIA. (Defense)

*Sandra Mata, as Heirs of the Estate of Rudy Ricardo Mata v. Pioneer Pawn;Robert Furr, and Pamela Furr.*  In the District Court of Tarrant County, Texas, 17th Judicial District. (Defense)
     Deposition, Thompson Coe Cousins and Irons; November 28, 2017

*United States of America vs. Michael Kostenko, DO;* Southern District of West Virginia. (Prosecution)

*United States of America vs. Kevin Campbell;* United States Attorney's Office, Western District of Washington. (Prosecution)

*United States of America vs. Darius Jermaine Blakemore,* Case No.  1:16-cr-23; United States Attorney's Office, District of Eastern Tennessee. (Prosecution) Trial testimony, AUSA Michael Porter and Scott Winne; Chattanooga, TN; June 27, 2017

*United States v. Robert G. Rand, et al.,* 3:16-CR-00029-MMD-WGC; United States Attorney's Office, District of Nevada. (Prosecution) Testimony, Sentencing Hearing, AUSA James Keller; Reno, NV; November 20,2017

*United States of America vs. Yeffry Reynoso.* United States Attorney's Office, District of Massachusetts. (Prosecution)

*United States of America vs. Cassie Verastegui.*  United States Attorney's Office,

8

Eastern District of Washington. (Prosecution)

*United States of America vs. Dr. Bernard Shelton.*  United States Attorney's Office, District of Michigan. (Prosecution)

*United States of America vs. Dr. Shakeel Kahn*.  United States Attorney's Office, District of Wyoming. (Prosecution)

*Sok Kong, Trustee for the Next-of-Kin of Map Kong, Decedent vs. City of Burnsville, Minnesota and Maksim Yakovlev, in his individual and official capacity, John Mott, in his individual and official capacity, and Taylor Jacobs, in his individual and official capacity.* Court File No: 16-CV-03634

*Vicky Waggoner vs. General Motors.* Civil Action No. 7:16-cv-00021-O.

*Cheri Hanson, as trustee of next of kin of Andrew Derek Layton v. Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their individual capacities as City of Mankato Department of Public Safety Police Officers; The City of Mankato; Gold Cross Ambulance, Michael Jason Burt, and Thomas John Drews. File:  39416 (872).* (Defense)

*David Antis and Donna Antis v. Atmos Energy Corporation;* Cause No. 38587 in the 82nd Judicial District Court of Falls County, Texas. (Defense)

*Lisamarie Antonicelli, Plaintiff v. Trinity Industries, Inc.; Trinity Highway Products, LLC, Defendants*. (Defense)

*Bonny Edward Taylor, as the Personal Representative and Administrator of the Estate of Almus Reed Taylor, Plaintiff v. Henry P. Hughes, et al., Defendants*. Civil Action No. 2:14-cv-1163-WKW-WC; In the United States District Court for the Middle District of Alabama, Northern Division. (Defense)

*United States of America vs. Rodrigus L. Pearson;* Case No. 2:16-cr-00239-MHH-HGD; United States Attorney's Office, Northern District of Alabama. (Prosecution)

*Cleo Patricia Shelby v. Joe Conway and Patrick White;* In the District Court of Bowie County, Texas; Cause No. 15C0583-202. (Defense)

*United States of America vs. Zachery Scott Kerns,* United States Attorney's Office, Eastern District of Oklahoma. (Prosecution)

*United States of America vs. Rosendo Flores Angulo and Curtis Hutchinson*, United States Attorney's Office, District of New Mexico. (Prosecution)

*United States of America vs. Trey Rath*, case number 3:16-cr-40, United States Attorney's Office, Eastern District of Tennessee. (Prosecution)

*United States of America vs. David Bollinger*, 4:16 CR 0030 CEJ (EDMO), United States Attorney's Office, Eastern District of Missouri. (Prosecution)
    Testimony, Sentencing Hearing, AUSA Sirena Wissler; March 21, 2017;
    St. Louis, Missouri.

*GLADIS CALLWOOD, as Administratrix of the Estate of KHARI NEVILLE ILLIDGE, Plaintiff, v. PHENIX CITY, ALABAMA a municipal corporation; JAY JONES, individually, CHARLES W. JENKINS, JR., individually; STEVEN M. MILLS, individually; RAY SMITH, individually; JOEY WILLIAMS, individually; DAVID BUTLER, individually; SHAWN SHEELY, individually; and RAYMOND J. SMITH, individually, Defendants. CIVIL ACTION No. 2:15-CV-182-WHA*. (Defense)

*Leslie Urso, et al vs. Robertson County Veterinary Services, P.C., et al.* (Defense) Testimony against expert witness, Daubert Hearing; July 17, 2017

*Richard A. Dotterer v. Thomas Pinto, Rebecca Saborsky, Douglas F. Kish, Kim Moyer, Bourough of Catasauqua, Borough of North Catasauqua* (Defense)

American College of Medical Toxicology Forensic Opioid Interpretation Guideline Panel, 2012-2013

Toxicology expert designation for TASER International pertaining to the Mr. Jordan Begley Inquest, Her Majesty's Senior Coroner, Manchester, United Kingdom.

*United State of America vs. Robert C. Osborne, MD*, United States Attorney's Office, District of New Mexico. (Prosecution)

*Sara Hollandsworth v. James F. Lilly, MD, Naina Wasan, PA, Amy Davis RN, Linda Gosselin, RN, Hospital Corporation of America d/b/a Medical Center of Lewisville, HCA Holdings, Inc., d/b/a Medical Center of Lewisville, and Healthrust, Inc.—The Hospital Company d/b/a Medical Center of Lewisville.* Cause No. DC-14-02803; 192nd District Court, Dallas County, Texas. (Defense)
    Deposition
    Firm:  Schell Cooley LLP

No. 9:14-CV-150-KFG*; John DiSalvatore, et al. v. Foretravel, Inc. d/b/a Foretravel Motorcoach*; In the United States District Court for the Eastern District of Texas, Lufkin Division. (Defense)

*C.S. Slade, Sr., Individually, Dorothy Slade, Individually, Kim Spearman, as next friend of M.S., a Minor, Coren Slade-Bell, as next friend of C.K., J., a Minor, Coren Slade-Bell, Individually, Tanisha Slde, Individually and Heirs of Marcus Dewayne Slade vs. City of Marshall, Texas, Former Police Chief Stanley Spence; John Johnston; Cortney Wells, and Stacey Roach.* (Defense)
    Deposition
    Firm:  Boon, Shaver, Echols, Coleman & Goolsby

*Betty Madewell, vs. Gregg County.*  Civil Action No. 2:13CV581-RSP; In the United States District Court for the Eastern District of Texas, Marshall Division.

*Shirley L. Miller, Individually and as Administrator of the Estate of Eugene Allen, Plaintiff v. Taser International, Inc., and State of Delaware, Defendants* (Defense)

*State of Texas vs. Dr. Ana Gonzalez-Angulo* (Prosecution)
    Trial:  Harris County Criminal Justice Center

*Kathleen Minneman vs. John's Place* in the 80th District Court, Harris County, Texas. (Defense)
    Deposition
    Firm:  Sheiness, Glover, and Grossman

Case 5:13-cv-00735-R. *Charlotte Tsosie vs. United States of America*; In the United States District Court for the Western District of Oklahoma (Defense)

No. 2014-03-0215*; Paul Lewis Belyeu vs. James E. Campbell and Billy Jo Davis*; In the District Court of Cherokee County, Texas, 2nd Judicial District. (Defense)

No. 2013C-0794; *Robert Magee, et al v. Farmer's Texas Country Mutual Insurance Company;* In the 3rd District Court of Henderson County, Texas. (Defense)
>    Trial testimony
>    Firm:  Farmer's Texas Country Mutual Insurance Company

*Cause No. 2013-33309; Ingrid Bender and Tim Bender, Individually and as Next Friend of Andrew Bender vs. Houston Northwest Medical Center, Houston Northwest Medical Center, Inc., Houston Northwest Medical Operating Partners, Ltd., Houston Northwest Operating Partners, LLC, Cesario A. Castillo, M.D., Woodrow V. Dolino, M.D., Renee Madden, N.P. and Summerwood Family Clinic;* In the 125th Judicial District Court of Harris County, Texas. (Plaintiff)
>    Deposition
>    Firm:  Davis and Davis

*Darla Plunkett Riley vs. Isaac Grate, Jr., MD* In the 269th District Court of Harris County, Texas, 269th Judicial District.  (Plaintiff)
>    Deposition
>    Firm:  Davis and Davis

*Tammie Chapman v. DCR Beverages, LLC, Doing Business As Smashburger, DC Rightside, LLC, DCR Concessions, LLC and DCR Hospitality, LLC* In the 101st Judicial District of Dallas County, Texas. (Defense)

*Cause No. 2012-502124; Gary Williams, Individually and on Behalf of the Estate of Justin Kurt Williams, Deceased v. Vicki Buxkemper, CFNP;* In the 237th District Court of Lubbock County, Texas.  (Defense)

*Guillermo Hurtado, As Next Friend to Jesus Hurtado-Garcia, An Incapacitated Adult vs. CVS Pharmacy Inc., et al.* (Plaintiff)

*Darron Q. Watson and Kenyatta Sapp, Individually as the natural Parents of Darron Z. Watson, deceased, and Kenyatta Sapp as the Administratrix of the Estate of Darron Watson, deceased, v. Northlake Pediatric Associates, P.C. and Raymond Rosenberg, M.D.* (Plaintiff)
>    Deposition
>    Firm:  Cochran, Cherry, Givens, Smith, Sistrunk and Sams

*Debora Cherry v. Efficient Attic Systems, L.P; Cause No. 11-09147;* In the 101st Judicial District Court of Dallas County, Texas.  (Defense)

*Cause No. 2012-33100; Samuel C. Fischer v. Coaches Sports Bar and Grill Katy, Inc. and Coaches Sports Bar and Grill Humble; 215th District Court; Harris County, Texas.* (Defense)
      Deposition
      Firm:  Hermes Sargent Bates; Indemnity Insurance

*Bianca Elliott Colgin, Individually and as Next Friend of Arden Louise Colgin, a Minor vs. Remington Arms Company, LLC, Sporting Goods Properties, Inc., Robert M. Farrell, Robert M. Farrell, LLC, Robert M. Farrell Development, LTD., Robert M. Farrell Family Partnership #1, LTD., Robert M. Farrell Family Partnership #2, LTD., and North Rio Vista, LTD.* (Plaintiff)

Cause No. CC-12-04068-A.  *Emilia Hernandez vs. Tam and Tam International d/b/a Tam's Chinese Restaurant*; In the County Court at Law No. 1 of Dallas County, Texas.  Your File No. 1132001 (Defense)

*Jeffrey Herron, Amy Herron, Individually and as Next Friend of Jeffrey Herron (His Guardian), William Herron, a Minor and Abigail Herron, a Minor v. BRC Aledo Properties, LLC d/b/a Railhead Smokehouse, Aledo Bearcat Properties, LLC, Burton Parnell, Randy Myers, and Michelle Terry; and Todd Jarvis, Third Party Defendant* (Defense)

*Janie Edwards, individually and as heir to and representative of the estate of Vernell Edwards, deceased v. CVS Pharmacy, Individually and d/b/a CVS Pharmacy, Store #7664, CVS Rx Services, Inc. CaremarkPCS Health, LLC d/b/a CVSCaremark and General Peay, Pharmacist* (Plaintiff)

*Alisa McClure, Individually and as Representative of the Estate of Brian McClure; Betty Jean Grubbs; and Sherry Lynn Barr McClure as Next Friend of Hunter Lee McClure and Morgan Leann McClure, minors, vs. Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc, a Nevada Corporation; Watson Laboratories, Inc., a Delaware Corporation; Watson Pharma, Inc.; Alza Corporation; Johnson & Johnson; Novaris Pharmaceutical Corporation; Novartis AG; Sandoz, Inc.; Sandoz Pharmaceuticals Corporation; Mylan, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Technologies, Inc.; Columbia Medical Center of McKinney Subsidiary d/b/a Medical Center of McKinney; Columbia North Texas Subsidiary, GP, L.L.C.; Scott DeVilleneuve, MD; E. Ragnar Peterson, MD; Sant, P.L.L.C., d/b/a Surgical Associates of North Texas, and Jolene L. Hammons* (Defense)

Cause No. CC-11-02914-D in Dallas Co. Court at Law No. 4; *Lynanne Rannebarger v. Gilardo Gonzalez, Southwestern Motor Transport, Inc. and Derrick Percell Britt v. Virginia Adkins, Individually, on behalf of the Estate of Ladarius Adkins, and on behalf of all wrongful death beneficiaries of the Estate of Ladarius Adkins* (Defense)
> Deposition
> Firm:  Strasburger & Price; Mark Scudder

Cause No. 2011-CO-07975; in the 57th Judicial District Court, Bexar County; *Maria Garza, Individually and on behalf of the Estate of Leoncio Antonio Garza v. Sea Island-I10, Ltd.* (Defense)

Cause No. 09-15340 *David Dawson v. Fluor Intercontinental, Inc. and Watkinson, LLC Managing Contractors a/k/a Watkinson LLC;* in the District Court Dallas, County, Texas 134th Judicial District (Plaintiff)

*United States of America v. Dewey Mackay;* United States District Court for the District of Utah (Prosecution); Trial testimony

*United States of America v. Jaret Bush* (Prosecution)

Cause No. 2010-80-C; *Kathy Mangum Jones, For and on behalf of the wrongful death beneficiaries of Joseph W. Jones, deceased vs. Brandon HMA., Inc. D/B/A Rankin Medical Center, Brandon HMA, Inc. D/B/A Rankin Medical n/k/a Brandon HMA, LLC, Dr. James Jefferson, Dr. Kurt Johnson, Dr. Michael Albert, and John Does 1-10* (Plaintiff)

Cause No. 17004*; Dana Running as next friend of Jeffrey Peck and Jonathan Peck, Minors v. Joshua Shane Murphy and Nash Builders, Limited* in the 424th Judicial District Court of Llano County, Texas (Plaintiff)
> Deposition and Trial testimony
> Firm:  The Law Offices of Price Ainsworth; Price Ainsworth

Cause No. 366-00795-2010; *John Michael Mock, et al. v. Presbyterian Hospital of Plano, et al.; in the 366th District Court, Collin County, Texas* (Defense)
> Trial testimony
> Firm:  McCue Pauley

*Tom McEnnis and Patti Plymate-McEnnis vs. State Farm County Mutual Insurance Company of Texas*; In the District Court Williamson County, Texas, 26th Judicial District (Defense)

No. 2009-48-4. *Stephen Mark Hurley vs. Freeman Center;* In the District Court McLennan County, Texas 170th Judicial District (Defense)

Cause No. 09-15795; *Julie Schwartz v. Michael H. Brophy, MD* (Defense)

JWA No. 589-A-2010*; Ricky Guzman, Claimant v. Forged Components, Inc., Respondent* (Defense)

*Cause No: 2247; In Re: Estate of Frank O'Neil, Deceased; In the Constitutional County Court of Kimble County, Texas* (Defense)
Deposition
Firm:  Gordon Reese; Bob Bragalone

*Jamarcus Edwards vs. Progressive casualty Insurance Company, et al.  Parish of DeSoto, 42nd JDC No. 66,954.* (Plaintiff)
Deposition
Firm:  Silbert and Garon (New Orleans, LA); Scott Silbert

*Boyce Gainey, as Guardian and Representative of the Estate of Justin Gainey, Non Compos Mentos, vs. Lift-All Company, Inc., Rigging Supply Company and Industrial Mill and Maintenance Supply, Inc*. (Plaintiff)
Deposition:  Montes Law Group; Rachel Montes
Trial:  The Tracy Firm; Todd Tracy

*Bonnylen Catlett v. Duncanville Independent School District*; Civil Action No. 3:09-CV-01245-K pending in the U.S. District Court for the Northern District of Texas, Dallas Division (Defense)

*John Kirtley, III, Individually and as Independent Administrator of the Estate of John Kirtley, Jr. Deceased vs. Gulf States LTAC of Dallas, etc.  Cause No. 09-08471-F; Client/Matter No.: 0100-00042* (Defense)

*Manual Marquez, on behalf of the Estate of Terry Bailey, Manual Marquez father, Mary Lous Williams mother and Damian Bailey and Macy Bailey and Tia Bailey individually and Lana Martinez individually and as next friend of Macy Bailey, a minor vs. S.C. Johnson and Son, Inc., and John Forte* (Defense)

*State of Texas vs. Robert Willard Lenox* (Defense)
      Trial: Public Defender Sherman, Texas

No. 23,265- Becky *Vanden Bosch, Individually and as Next Friend of Justin Maurice Evans, a Minor Child vs. Wilbarger General Hospital, et al.*-in the 46th Judicial District of Wilbarger County, Texas (Defense)
      Trial:  Schell Cooley; Tim Ryan

*Kenneth Washington and Betty Washington, Individually and on Behalf of the Estate of Everett Washington vs. Methodist Health System, Dung Ngoc Huynh, and Demetria Carwile* (Plaintiff)

*Brenda F. Bowers vs. Gayle D. Bounds, D.O., Sheridan Express Pharmacy of Lawton; Case 5:08-cv-00476-m* (Defense)

*United States of America vs. Patricia Green;* United States District Court for the District of New Mexico (Prosecution)
      Trial

*United States of America vs. Tiofila Santanilla* United States District Court for the Western District of Texas *(Prosecution)*
      Trial

*Adcock vs. Baylor Medical Center at Trophy Club, et al.  Cause No. 141-224238-07.*(Defense)

*Patricia Walters, Individually and as Next Friend of Austin Walters vs. Stephen Biondo, CVS Pharmacy Store #3200 and CVS Pharmacy Inc.  Cause No. 296-01896-07* (Defense)

*Brian Hurd et al. vs. Michael Preston Speight; Harold Speight; Hand Dallas Restaurant Inc. d/b/a Have a Nice Day Café and BNY Dallas, INC. d/b/a Tiki Bob's Cantina* (Defense)

*Leehah Fischer Cain vs. CVS Pharmacy et al.*; In the District Court of Harris count, Texas, 80th Judicial District.  (Defense)

Cause No. 06-07111-A; *Joseph Zheng vs. Wal-Mart Stores, Inc. and April Johnson* (Defense)

Deposition; Cowles and Thompson; Bevan Rhine

*Mary Garcia, Individually and as Personal Representative of the Estate of Melany Avila, Deceased v. Golden Triangle Living Center, Inc., et al.;* 58th Judicial District Court; Jefferson County, Texas; Cause No. A-175, 506 (Defense)

*Craig and Susan Waltjer v. Holiday World of Houston, L.P. and Keystone RV Company*; In the 189th District Court of Harris County, Texas; Cause No. 2004-47571 (Defense)

*Cabrera v. Johnson et al.; In the 162nd Judicial District Court*; Dallas County, Texas; Cause No. DC 0600223 (Defense)
Deposition and Trial; McCue Pauley; David McCue and Bruce Pauley

*Mario Perea, Individually, and as Representative of the Estate of Jacob Perea, Deceased, et al. vs. Michael Rice, M.D.*, et al.; Cause No. 2005-533,287 (Defense)
Deposition and Trial; Schell Cooley; Tim Ryan

*Norberto Ortiz, et al. vs. Columbia Medical Center of Las Colinas, Inc., et al*. Cause No.: 05-10908-M; 298th Judicial District (Defense)
Deposition; McCue Pauley; David McCue and Bruce Pauley

*Michael Martin et al. vs. KV Trucking, Inc*., et al. Civil Action No. 4:04cv369. (Defense*)*

I have served as a consultant on numerous other cases.

## Research Experience

SMU Undergraduate Research: "The Phenylation of Poly(methylphenylphosphazene)"Dr. Patty Wisian-Nielson, 1994
SMU Undergraduate Research: "The Preparation of S-Hexahydropyrene and 4-Bromopyrene", Dr. Edward Biehl and Dr. Daniel Swartling, 1993

Pohl Cancer Research Laboratory, Georgia College, Milledgeville, GA: "Cellular Spin Resonance", Dr. Douglas G. Pohl, 1987-1991

**Presentations**

Speaker, "Stories from the 'Front Line' of Medicine and Medical Toxicology"; Highland Park High School Science Festival, Dallas, TX, February 1, 2020

Organizer and speaker, ACMT Seminar in Forensic Toxicology; Criminal Poisoning and Drug-Facilitated Sexual Assault: Forensic, Legal and Medical Aspects, Washington DC, December 9-10, 2019

Speaker, Opioid Multidistrict Litigation Conference, Dallas, TX, June 6, 2019

Speaker, "The Emergency Department, Poisons, Drugs, and Murder Mysteries"; Highland Park High School Science Festival, Dallas, TX, January 31, 2019

Organizer and speaker, ACMT Seminar in Forensic Toxicology; Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic, Dallas, TX, December 13-14, 2018

Speaker, "Perspective on Drug Users' Death and Dealer Culpability"; ACMT Seminar in Forensic Toxicology; Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic, Dallas, TX, December 14, 2018

Billington ME, **Hail S**.  Crushing Counterfeits:  Deaths Due to Illicit and Inadvertent Use of Potent Opioid Analogues. North American Congress of Clinical Toxicology, Chicago, IL. November 26-29, 2018.

Meadors KB, Hail S, Kleinschmidt K, Cao J.  Chasing the Dragon with Fentanyl Patch Gel. North American Congress of Clinical Toxicology, Chicago, IL. November 26, 29, 2018,

Speaker, "The Opioid Epidemic:  Stories from the "Other" Front Line."  EMC of TEAMHealth 10th Annual Women in Emergency Medicine Conference; September 21, 2018.

Testimony, State of Texas, House of Representatives, Select Committee on Opioids and Substance Abuse; May 15, 2018.

Sciano NM, Green WL, **Hail S**. Left Neck Mass: Virchow Node. SAEM Photo Competition, Indianapolis, IN. 16 May 2018.

Speaker, "Drug Overdose Causation:  How Did They Die, How Do You Prove It, and Why Your Civil Case is A Crime Scene"; State Bar of Texas, Advanced Medical Torts Course; San Antonio, Texas; March 9, 2018.

Keynote Speaker, "The Opioid Epidemic: Stories from the Front Line"; The Opioid Epidemic:  A Wicked Problem of the Worst Kind Conference by Avera Healthcare, United States Attorney's Office, District of South Dakota; Sioux Falls, South Dakota; October 18, 2017.

Speaker, Police Use of Force in Today's World, Miami-Dade Police Department; Miami, Florida; June 26, 2017.

Speaker, 2017 New Orleans Field Division (NOFD) Management Training; Kessler Air Force Base; Biloxi, Mississippi; June 20, 2017

Adjunct Instructor, Advanced Diversion Investigator Training, Drug Enforcement Administration Academy, Quantico, Virginia; June 14, 2017,

Speaker, 2017 Annual Conference of the Colorado Law Enforcement Coordinating Committee.  "Opioid Epidemic:  Medical Issues in Prosecutions."  Keystone, Colorado; April 18, 2017.

Speaker, North Carolina Opioid Reduction Alliance, Strategic Initiative, Heroin Overdose Conference; Charlotte, North Carolina; April 13, 2017.

Speaker, Alternative Careers in Medicine, Washington University via Skype, St. Louis, Missouri; February 7, 2017

Workshop Chair, Society of Forensic Toxicologists National Meeting; "The Medical Toxicology Detectives:  From the Case Files of Parkland Hospital", Dallas, Texas, October 17, 2016.

Southwest Association of Forensic Scientists, "The Zombie Apocalypse:  Excited Delirium Syndrome, Designer Drugs, and TASERS"; Galveston, Texas, September 29, 2016.

Drug Enforcement Administration, New Orleans Field Division Management Conference; "Demystifying Toxicology"; Biloxi, Mississippi, September 21, 2016.

Drug Enforcement Administration and Hazelden Betty Ford Foundation. "Saving Lives—Innovative Solutions to the Opioid Crisis"; Minneapolis, Minnesota, September 8, 2016.

Drug Enforcement Administration, Office of Diversion Control, Federal Pharmaceutical Drug Investigations and Prosecutions Training, "Demystifying Toxicology: What the Dead Can and Cannot Tell us"; Dallas, Texas, August 24, 2016.

Drug Enforcement Administration, Ft. Worth Tactical Diversion Squad, "Demystifying Toxicology: What the Dead Can and Cannot Tell Us", Ft. Worth, Texas, June 15, 2016.

Department of Homeland Security, Law Enforcement Coordinating Committee, "Demystifying Toxicology: What the Dead Can and Cannot Tell Us"; Cheyenne, Wyoming, June 2, 2016.

Department of Homeland Security, Law Enforcement Coordinating Committee, "The Zombie Apocalypse: Excited Delirium Syndrome, TASERs, and Designer Drugs"; Cheyenne, Wyoming, June 2, 2016.

Dallas Drug Enforcement Administration, United States Department of Justice, "Demystifying Toxicology"; Dallas, Texas, May 9, 2016.

American Medical Association, Panelist, Physician Entrepreneurship: Transform the Future of Health Care; Austin, Texas, April 28, 2016.

University of Texas Southwestern Joint Conference on Agitation, Department of Emergency Medicine and Department of Psychiatry, "Excited Delirium Syndrome"; Dallas, Texas, January 28, 2016.

Organized Crime Drug Enforcement Task Forces, United States Department of Justice,"Demystifying Toxicology and 'But For' Causation; Atlanta, Georgia, November 19, 2015.

Southwest Association of Forensic Scientists, "Pick Your Poison"; Oklahoma City, Oklahoma, October 22, 2015.

Southwest Association of Forensic Scientists, "State of Texas vs. Ana Gonzalez-Angulo"; Oklahoma City, Oklahoma, October 22, 2015.

Southwest Association of Forensic Scientists, "Forensic Files of Dr. Hail", Oklahoma City, Oklahoma, October 22, 2015.

Parkland Health and Hospital System Police Department, "Poisons and Police", Summer 2015

"TASER Tox", TASER International Scientific Advisory Board; Scottsdale, Arizona, April 10, 2015.

"So You Think You Are An Expert", Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 12, 2013.

Mock Deposition, Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 12, 2013

"Criminal Potpourri", Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 13, 2013

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Continuous Intravenous Infusion of Physostigmine in Anticholinergic Delirium", North Texas Poison Center, Dallas, Texas, August 7, 2012

"Toxicology", University of Texas Southwestern School of Medicine, Sophomore Pharmacology, April 13, 2012

"Witches:  Heretics or Early Drug Users", Tarrant County Medical Examiner's Office, Ft. Worth, Texas, October 2011

"Continuous Intravenous Infusion of Physostigmine in Anticholinergic Delirium", Utah Poison Control Center, Salt Lake City, Utah, October 2011

"Forensic Files of Dr. Stacey Hail", Georgia Poison Control Center, Atlanta, Georgia, October 2011

"Syndrome of Antidiuretic Hormone Complicating Pediatric Ingestion of Fluoxetine", North American Congress of Clinical Toxicology, Washington D.C., September 2011

Keynote Speaker at the Southwest Association of Toxicologists, "Legal Highs—and Lows",Austin, Texas, April 2011

Testimony; Texas House of Representatives, Committee on Criminal Jurisprudence, House Bill 1548 to add Methylenedioxypyrovalerone and Mephedrone to Penalty Group 2 of the Texas Controlled Substances Act, Austin, Texas, March 15, 2011

Southwest Association of Forensic Scientists, "The Case Files of Dr. Stacey Hail", Grapevine, Texas, September 2010

Society for Academic Emergency Medicine, Clinical Pathologic Case Conference competition, Phoenix, Arizona, June 2010

University of Texas Southwestern Medical Center, Emergency Medicine Resident Conference, "Takotsubo Cardiomyopathy", 2009

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Xocolatl:  A Treasure from Ancient Civilizations", 2007-2010

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Witches: Heretics or Early Drug Users", 2005-2010

University of Texas Southwestern Medical Center, Emergency Medicine Resident Conference, Toxicology In-Service Review, 2005-2017

Toxicology Grand Rounds, "Mycotoxins and the Black Mold Controversy," 2003 Instructor, Terrorism Response and Emergency Care Course, Texas Department of Health and Parkland Hospital, 2003

Children's Medical Center Noon Conference, "Management of Acetaminophen and Salicylate Toxicity in Pediatric Patients", May 2003

Certified Specialist of Poison Information Review Course, "Natural Toxins", April 2003, 2004

Instructor, Advanced Disaster Life Support course, Secret Service Headquarters, "Chemical Agents II", January 2003

American Association of University Women and Brookhaven College, "Expanding Your Horizons in Math and Science", Keynote Speaker, October 2001

Toxicology, "Paraquat Poisoning", October 2001

Emergency Medicine Resident's Conference, "Keeping Pace with Cardiac Pacing in the Emergency Department", June 2002

Emergency Medicine Resident's Conference, "A Right Common Iliac Artery Mycotic Aneurysm", May 2001

Emergency Medicine Resident's Conference, "Petechiae and Purpura", September 2000

Emergency Medicine Resident's Conference, "Heat Stroke", June 2000

Emergency Medicine Resident's Conference, "A Pediatric Case of Abdominal Pain and Altered Mental Status", January 2000

207th Annual American Chemical Society meeting, San Diego, CA, March 13-17, 1994

42nd International Science and Engineering Fair, Orlando, FL, "The Cellular Spin Resonance of Human Lung Fibroblasts: Cancerous vs. Benign", May 1991


**Publications**

Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC.  Electrical weapons and excited delirium: shocks, stress, and serum serotonin.  Forensic Sci Med Pathol; 2018 Aug 11. doi: 10.1007/s12024-018-0005-8. [Epub ahead of print]

National Association of Medical Examiners Position Paper:  Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. *Academic Forensic Pathology;* 2013; 3(1): 77-83.

Hail S, Obafemi A, Kleinschmidt K.  Successful management of olanzapine-induced anticholinergtic agitation and delirium with a continuous intravenous infusion of physostigmine in a pediatric patient.  *Clinical Toxicology*; March 2013; 51(3): 162-166.

"Vesicating Agents Including Mustard and Lewisite", *Medical Response to Terrorism,* Lippincott, Williams, and Wilkins, 1st ed. 2004

Basic Disaster Life Support (BDLS) Provider Manual, "Chemical Events" chapter, National Disaster Life Support Education Consortium (NDLSEC), 2003

*" 'It Doesn't Get Any Better Than This': It Better Not Get Any Worse"*; Southern Methodist University's Criteria: A Journal of Rhetoric; 1992-1993.

**Media Appearances** (link may be archived differently after initial broadcast)

"Vengeance: Killer Coworkers--Poisonous Affair." An HLN Original Series; original air date January 19, 2020.
https://cnncreativemarketing.com/project/vengeance/#open-overlay

Avera, US Attorney Talk Opioid Abuse in South Dakota, Press Conference and TV Interview; Keloland in Sioux Falls, SD.
http://www.keloland.com/news/article/news/avera-u-s-attorney-talk-opioid-abuse-in-south-dakota

"Doctor Discusses the Dangers of Caffeine", live interview with Fox 4 News Heather Hayes, May 16, 2017.  http://www.fox4news.com/news/255248346-videoI

"Toxicologists Warn Against Extreme Danger of Fentanyl", interview with NBC 5 DFW Bianca Castro, October 27, 2016.
http://www.nbcdfw.com/news/health/Toxicologists-Warn-Against-Extreme-Danger-of-Fentanyl-398979141.html

"Snapped"; Season 16, Episode 12: 'Ana Gonzalez-Angulo'; original air date January 24, 2016, Oxygen channel.
http://www.oxygen.com/snapped/season-16/episode-12/videos/snapped-sneak-peek-1612-ana-gonzalez-angulo-part-1

"Doctors warn of dangerous new street drug, 'flakka', Fox 4 News, April 8, 2015.
http://www.fox4news.com/story/28755020/doctors-warn-of-dangerous-new-drug-flakka

"Prescription heroin in Vancouver clinic", live interview Al Jazeera America, February 3, 2015.
https://ajam.boxcn.net/s/mrooktr0y80xshf3jlyy5hzf7e713op7


"Science Day at Trial of Doctor Accused of Poisoning Lover", My Fox Houston, September 18, 2014.
http://www.myfoxhouston.com/story/26573332/science-day-at-trial-of-doctor-accused-of-poisoning-lover

"Toxicologists testify in trial of doctor accused of poisoning lover", Click2Houston, September 18, 2014.
http://www.click2houston.com/news/testimony-continues-in-trial-of-doctor-accused-of-poisoning-lover/28124198

"Protecting yourself from West Nile", live interview WFAA Daybreak, June 24, 2014.
http://www.wfaa.com/news/health/bfont-color000000VIDEOfontb-Protecting-yourself-from-West-Nile-264378691.html

"Teen overdoses on K2, ends up in hospital", Fox 4 News, June 8, 2014.
http://www.myfoxdfw.com/story/25724360/teen-overdoses-on-k2-ends-up-in-hospital

"Synthetic Marijuana:  Outbreak of Overdoses in Texas", live interview Al Jazeera America, May 5, 2014.
https://ajam.app.box.com/s/e2y3dcrmqrv9c3s4kcmp

"Gold buillion coins buying peace of mind", interview with Dallas Morning News financial columnist, Will Deener, May 4, 2014.
http://www.dallasnews.com/business/columnists/will-deener/20140504-gold-bullion-coins-buying-peace-of-mind.ece

"Dallas police investigating rash of suspected K2 overdoses, Fox 4 News, May 2, 2014.
http://www.myfoxdfw.com/story/25416692/dallas-police-investigating-rash-of-k2-overdoses

"Outbreak of overdoses", CBS Dallas/Fort Worth, May 2, 2014.
http://dfw.cbslocal.com/video/10120684-outbreak-of-overdoses/

"Debunking Beezin'Buzz Hype", live interview Fox 4 News, April 30, 2014.
http://www.myfoxdfw.com/video?clipId=10111288&topVideoCatNo=237008&autoStart=true

"FDA Questions Safety of Antibacterial Soaps", live interview Fox 4 News, December 16, 2013.
http://www.myfoxdfw.com/video?clipId=9640947&topVideoCatNo=237008&autoStart=true

Commercial for Dallas Gold and Silver Exchange:  Investing in Bullion and Rare Coins, 2013.
http://www.youtube.com/watch?v=Y1DkQ9Cv_WI

"FDA Investigates Energy Shots".
http://www.myfoxdfw.com/video?clipId=7965995&autostart=true, November 15, 2012.

"The Toxic Truth Behind Halloween Monsters";
http://www.wfaa.com/news/local/The-Toxic-Truth-behind-Halloween-Monsters-175682071.html, October 24, 2012.

"Small button batteries an be huge health danger for kids, experts warn."
http://www.wfaa.com/news/health/Lynch-Syndrome-172716251.html, October 4, 2012.

"High on Hand Sanitizer", live interview Fox 4 New, April 25, 2012
http://www.myfoxdfw.com/video?clipId=7032720&autostart=true

"State of Forensic Toxicology"; Letter to the Editor; *Texas Bar Journal*, September 2011.
http://www.texasbar.com/AM/Template.cfm?Section=Texas_Bar_Journal&Template=/CM/ContentDisplay.cfm&ContentID=15395

"Legal 'Bath Salts' Drug Alarms Doctors; Fox 4 News, January 14, 2011
http://www.myfoxdfw.com/dpp/news/011411-legal-%E2%80%98bath-salts%E2%80%99-drug-alarms-doctors

National Geographic and BBC documentary:  *Drugged: High on Cocaine*;
        January 16, 2011

National Geographic and BBC documentary:  *Drugged: High on Ecstasy*;
        January 17, 2011

"Toxic Metals in Children's Products", February 24, 2011
http://dfw.cbslocal.com/2011/02/24/cbs-11-tests-for-toxic-metals-in-childrens-products/

"US Supreme Court Blocks Execution of Texan Using New Drug Mix",
http://www.myfoxdfw.com/dpp/news/texas-inmate-set-to-die-with-new-lethal-drug-tuesday, April 5, 2011

"Feds move to Ban 'Four Loko' Alcholic Energy Drink; live interview Fox 4
        News, November 16, 2010
http://www.myfoxdfw.com/dpp/news/national/111610-feds-move-to-ban-%27four-loko%27-alcoholic-energy-drink

"FDA issues warning makers of alcoholic energy drinks.  *Dallas Morning News*;
November 18, 2010

# EXHIBIT 18

## CURRICULUM VITAE

Marc Andrew Krouse

**PRESENT POSITION AND ADDRESS:**

Deputy Chief Medical Examiner
Tarrant County Medical Examiner's District

**BIOGRAPHICAL DATA:**

Date of Birth:
Place of Birth
Family Status:
Home Address:

**EDUCATION:**

Undergraduate:

Lawrence D. Bell High School, Bedford, Texas
September 1967 – May 1970
Diplomat: May 1970

Texas A & M University, College Station, Texas
September 1970 – December 1972
Bachelor of Science, Zoology (Summa cum Laude)

Tarrant County Junior College, Fort Worth, Texas
January 1973 – May 1973 (no degree)

Graduate:

University of Texas Southwestern Medical School
Dallas, Texas
September 1973 – March 1977
Doctor of Medicine

Postgraduate:

> Baylor University Medical Center, Dallas, Texas
> April 1977 – March 1981
> Anatomic and Clinical Pathology Residency

BOARD CERTIFICATIONS:

> American Board of Pathology, Tampa, Florida
>
> > Anatomic and Clinical Pathology
> > November 1981
> >
> > Forensic Pathology, Special Competency Certificate
> > May 1984

PROFESSIONAL EXPERIENCE:

> Deputy Medical Examiner
>
> > Tarrant County Medical Examiner
> > July 1978 – September 1983
> >
> > Tarrant – Parker Medical Examiner's District
> > October 1983 – September 1985
>
> Deputy Chief Medical Examiner
>
> > Tarrant – Parker Medical Examiner's District
> > October 1985 – September 1989
> >
> > Tarrant County Medical Examiner's District
> > (Tarrant, Denton Johnson, and Parker Counties)
> > October 1989 – Present

TEACHING APPOINTMENTS AND AFFILIATIONS:

> University of North Texas Health Sciences Center
> Texas College of Osteopathic Medicine
> Fort Worth, Texas:
>
> Clinical Assistant Professor of Pathology
> > September 1981 – August 1984
>
> Assistant Professor of Pathology
> > September 1984 – August 2001

John Peter Smith Hospital Family Practice Residency
        Program, Fort Worth, Texas
        April 1982 – Present

        Pathology Staff (Teaching)
        March 1990 – August 2000

Fort Worth Police and Fire Training Academy
        Fort Worth, Texas
        Visiting Lecturer, April 1981 – Present

Baylor University Medical Center, Dallas Texas
        Supervisor, Pathology Residents (Forensic
        Electives and Required Forensics)
        Consultant, Forensic Pathology
        1981 – Present

Baylor College of Dentistry, Dallas, Texas
        Elective Senior Rotation, Forensic Odontology
        1982 – 1992

Saint Paul Hospital Pathology Residency Program
Dallas, Texas
        Senior Resident Rotation, Forensic Pathology
        1982 – 1995 (Hospital program terminated)

Methodist Hospitals of Dallas Pathology Residency
Program, Dallas, Texas
        Senior Resident Rotation, Forensic Pathology
        1983 – 1995 (Hospital program terminated)

Regional Police Academy, Arlington Police Training
        Center, Arlington, Texas
        Visiting Lecturer, 1986 – Present

U.S. Treasury Department, Alcohol, Tobacco, and Firearms
Training Lecturer (Explosives Workshop)
1989, 1990, 1991, 1992, 1993, 1994, 1995

Kentucky Coroners' Update
        Air Crash Investigation – 1989
        The Branch Davidian Siege and Aftermath – 1994

University of New Orleans Forensic Sciences Seminar
      1998 – Present

Indiana Coroners' Annual Meeting – 2001 (Response and Investigation of the
      Branch Davidian Tragedy)

Tarrant County Medical Examiner – Annual Forensic Science Update
      December 2002 - Present

International Forensic Institute, Tarrant County Medical Examiner
      2007 – 2011 – Physicians for Human Rights Training

SOCIETY AND FRATERNAL MEMBERSHIPS:

Pre-Med, Pre-Dent Society, Texas A&M University
      September 1970 – December 1972
      Tutor Program 1971 – 1972

Phi Beta Pi Theta Kappa Psi Medical Fraternity
      September 1973 – Present
      Faculty Advisor 1986 – 2001

American Society of Clinical Pathologists
      1977 – 1993

American Chemical Society
      1983 – 1995

American Academy of Forensic Sciences
      Provisional Member, February 1984
      Member, February 1988
      Fellow, February 1991
      Nominating Committee, Pathology/Biology Section, 1991 –
          1992

National Association of Medical Examiners
      March 1984 – March 2017, Present
      Board of Directors:  1990-1992, 1993-1995
      Committees:
          Program, 1986 – 1993, 1994 – 2001
          Medical Device Malfunction, 1987 – 2001
          Membership and Credentials, Subcommittee to
             Clarify Affiliate Membership, 1987-88
          Liaison and Information, Tissue Banking
             Subcommittee, 1987 – 1992

Liaison and Information, 1990 – 2000
State Coordinator May 1992 – Present
CDC Project, 1990
Human Rights, 1990
Nominating, 2001
Oversight, 2002

Program Director, 1993 Annual Meeting (Fort Worth, Texas)

Editorial Board of The American Journal of Forensic
Medicine and Pathology (Vincent J.M. DiMaio, Editor-in-Chief),
May 1992 – December 1996

Physicians for Human Rights, 2014
Investigation of death of Palestinian student, June 2014

Association for the Advancement of Automotive Medicine – 2004 – present

Tarrant County Society of Pathologists
June 1984 – 1993 (organization terminated 1993)
Secretary-Treasurer, September 1988 – 1993
President 1992

Texas Medical Association
November 1986 – December 1997
June 2002 – present

Tarrant County Medical Society
November 1986 – December 1997, June 2002 – present
Museum of Science and History Liaison Committee – 1992

Texas Society of Pathologists
January 1989 – December 1997
Medical Examiner Council, 1989 – 1997
Alternate Delegate, 1990 – 1993 term

American Medical Association
1989- 1997

American Association for the Advancement of Science
September 1984 – 2002

American Association for Clinical Chemistry
1986 – 1993

American Association of Physical Anthropology
1987 – 2007

Paleopathology Association
1988 – 1996

State Bar of Texas (lecturer)
October 2015

AWARDS:

National Honor Society, L.D. Bell High School
1967 – 1970

Eagle Scout, Boy Scouts of America
(Sea Explorer Ship 324, Longhorn Council)
February 1970

National Merit Scholar, Texas A&M University
September 1970 – December 1972

American Airlines Administrative Association
Scholarship – 1970

Phi Eta Sigma, Texas A&M University, 1971

Dean's List, Texas A&M University
Fall 1970 – Fall 1972

Texas College of Osteopathic Medicine
Best Instructor in Pre-Clinical Sciences, 1985
Class Appreciation Awards
Class of 1987
Class of 1989

PUBLICATIONS:

Marcus, Peter B., Martin, James H., Green, Robert H. and Krouse, Marc A., "Glycocalyceal Bodies and Microvillous Core Rootlets:  Their Value in Tumor Typing", Archives of Pathology and Laboratory Medicine, 103, February 1979.

Ritzmann, Steven E. and Krouse, Marc A., "Electrophoresis Assays", Chapter 27 in: Clinical Medicine, John A. Spittell, Jr. (ed), Harper and Row, Hagerstown, Maryland, 1980-1984.

Brown, Robert E. and Krouse, Marc A., "Polysorbates and Renal Oxalate Crystals in the E-Ferol Syndrome": (letter), Journal of the American Medical Association, 255:18, May 9, 1986 p2445.

PAPER PRESENTATIONS (Peer Reviewed):

Crow, RM, Peerwani, N and Krouse, MA, "A Practical Technique for Freeing the Mandible in a Viewable Body with Fixed Rigor Mortis", presented by Dr. Crow at AAFS 35th Annual Meeting, Odontology Section, February 1983.

Peerwani, Crow and Krouse, "One Body … Three Techniques … Three Positive Identifications", presented by Dr. Peerwani at AAFS 36th Annual Meeting, Odontology Section, February 1984.

Peerwani, Crow, Krouse and Springfield, AS, "Intravenous Sedation Results in Death in Oral Surgeon's Office", presented by Drs. Peerwani and Springfield at AAFS 36th Annual Meeting, Odontology Section, February 1984.

Crow, Peerwani and Krouse, "A Dislodged Endotracheal Tube Results in Death of Oral Surgery Patient", presented by Dr. Crow at AAFS 36th Annual Meeting, Odontology Section, February 1984.

Krouse and Peerwani, "Vitreous Gasses as an Indicator of Postmortem Interval", (poster), at AAFS 40th Annual Meeting, Pathology/Biology Section, February 1988.

"Air Crash Scene Investigation", at Kentucky Coroners' Conference, Louisville, Kentucky, April 1989.

Krouse, Peerwani, Harvey, CM and Putthoff, SL, "Clinical Forensics: Evolution of a New Area of Public Service in an Urban Medical Examiner System", presented by Dr. Krouse at AAFS 42nd Annual Meeting, General Section, February 1990.

Peerwani, Krouse, Harvey, Putthoff, and Bodiford, EA, "Who Helps the Helper? A Model for Critical Incident Debriefing", presented by Dr. Peerwani at AAFS 42nd Annual Meeting, General Section, February 1990.

Harvey, Krouse, Putthoff and Peerwani, "Pheochromocytoma Presenting Clinically as Acute Respiratory Distress:  A Case Report", presented by Dr. Harvey at AAFS 42nd Annual Meeting, Pathology/Biology Section, February 1990.

Peerwani, Krouse, Harvey, Putthoff and Moses, DG, "Polyarteritis Nodosa Presenting as Sudden Death: A case Report and Review of Literature", presented by Dr. Peerwani at AAFS 42nd Annual Meeting, Pathology/Biology Section, February 1990.

Krouse, Peerwani and Harvey, "A Problematic Cause of Death: Unusual Septic Death of a Splenectomized Person", presented by Dr. Krouse at AAFS 42nd Annual Meeting, Pathology/Biology Section, February 1990.

Krouse, M.A., "A Probable Case of Tubercuolosis in a Northern Sinagua Burial at Elden Pueblo", presented as a poster at 50th Pecos Archaeology Conference, August 1990, Blanding, Utah and at AAFS 42nd Annual Meeting, Pathology/Biology Section, February 1991.

Krouse, M.A., and Peerwani, N., "Sudden Death due to Interaction of Phenochromocytoma and Brevital/Depomedrol", presented as a poster at AAFS 43rd Annual Meeting, Pathology/Biology Section, February 1991.

Krouse, M.A., Peerwani, N., Harvey, C.M., Putthoff, L.L. and Sisler, G.S., "Unusual Injury Pattern due to Separation from a Moving Motor Vehicle: Even Landlocked Texas Surfers Can Die", presented by Dr. Krouse at AAFS 43rd Annual Meeting, Pathology/Biology section, February 1991.

Gill-King, H., and Krouse M.A., "Traumatic Erbs Palsy in Skeletonized Human Remains", presented as a poster at AAFS 44th Annual Meeting, Physical Anthropology Section, February 1992.

Peerwani, N., Krouse, M.A., Crow, R.M., Ubelaker, D.W., Houck, M.M., Springfield, A.S., Eisenberg, A.J., and Singer, R.L., "Devilish Doings in the Heart of Texas – The Branch Davidian Siege" at NAME 27th Annual Meeting, 1993.

Krouse, M.A. and Jentzen, J, "Starvation Child Abuse in Tarrant County, Texas and Milwaukee County, Wisconsin" at NAME 27th Annual Meeting, 1993.

Krouse, M.A. and Ernst, R., "Case Wounding Characteristics versus Laboratory Studies of Newer Ammunition Types – The Black Talon Strikes" at NAME 27th Annual Meeting, 1993.

Krouse, M.A., "Fatalities from Explosions in Tarrant County, Texas" at NAME 27th Annual Meeting, 1993.

Peerwani, M., Krouse, M.A., and Crow, R.M., "Firearm Injury Patterns in the Branch Davidian Raid", presented by Dr. Krouse at AAFS 46th Annual Meeting, Multidisciplinary Section, February 1994.

Krouse, et al, "A Case of Unusual Adipocere Formation in a Body with Prolonged Submersion", presented by Dr. Krouse at NAME 35th Annual Meeting, 2001.

Krouse, M.A., "Spontaneous Coronary Artery Dissection – Case Presentations and a Brief Literature Review", presented at NAME 37th Annual Meeting, 2003.

Austin, D. and Krouse, M., "Incidence of Hyoid and Laryngeal Fractures in Hangings", presented by Dr. Krouse at AAFS 58th Annual Meeting, Pathology/Biology Section, February 2006.

Krouse, M.A. and Becker, J., "Suicide Using an Unusual Improvised Firearm", presented by Dr. Krouse at AAFS 61st Annual Meeting, General Section, February 2009

Krouse, M.A., "Sudden Death due to Kawasaki-like Arteritis in a Surgically Repaired Coronary Artery Fistula", presented at AAFS 61st Annual Meeting, Pathology-Biology Section, February 2009

CONTINUING MEDICAL EDUCATION:

37th Annual Pathology Seminar:  Bone Tumors.  Univ. of Texas Health Science Center, San Antonio, Texas, November 1980

Update on Hepatitis and Review of Gastrointestinal Pathology, Snowmass, Colorado, January 1981

Review of Obstetrical and Gynecologic Pathology, Snowmass, Colorado, January 1982

Review of Coagulation and Hemostasis, Vail, Colorado, February 1982

Review of Coagulation and Hemostasis; Head and Neck Pathology, Snowmass, Colorado, January 1983

ASCP Programs, Saint Louis, Missouri, October, 1983:
        Mechanisms of Death
                Diseases Induced by Drugs, Nutritional Supplements and
        Environmental Toxins
        The Autopsy:  Labor-saving Devices and Techniques
        Man and Machine: Evaluating the Auto Accident Victim
        Forensic Pathology Dinner Seminar
        Extranodal Lymphoma and Lymphoma-like Lesions

General Surgical Pathology and Hematology Review, Snowmass, Colorado, February 1984

Mechanisms of Injury in Motor Vehicular Crashes – Indianapolis, Indiana, September 2000

National Association of Medical Examiners Annual Meetings:
San Antonio, Texas, November 1984
New Orleans, Louisiana, February 1986 (interim)
Tucson, Arizona, November 1986
San Diego, California, February 1987 (interim)
San Francisco, California, September 1987
Philadelphia, Pennsylvania, February 1988 (interim)
Boston, Massachusetts, November 1988
Las Vegas, Nevada, February 1989 (interim)
Sanibel Island, Florida, October 1989
Cincinnati, Ohio, February 1990 (interim)
Denver, Colorado, September 1990
Anaheim, California, February 1991 (interim)
Honolulu, Hawaii, September 1991
New Orleans, Louisiana, February 1992 (interim)
Milwaukee, Wisconsin, September 1992
Boston, Massachusetts, February 1993 (interim)
Fort Worth, Texas, September 1993 (Program Director)
Charleston, South Carolina, September 1994
Seattle, Washington, February 1995 (interim)
Baltimore, Maryland, September 1997
San Francisco, California, February 1998 (interim)
Orlando, Florida, February 1999 (interim)
Reno, Nevada, February 2000 (interim)
Indianapolis, Indiana, September 2000
Seattle, Washington, February 2001 (interim)
Richmond, Virginia, October 2001
San Jose, California, September 2003
Washington, DC, February 2013 (interim)


American Academy of Forensic Sciences Annual Meetings (Workshops in parentheses):
New Orleans, Louisiana, February 1986
San Diego, California, February 1987
(Designer Drugs)
Philadelphia, Pennsylvania, February 1988
Las Vegas, Nevada, February 1989
(Facial Reconstruction)
Cincinnati, Ohio, February 1990
(Special Issues in Child Abuse and Neglect)
Anaheim, California, February 1991
New Orleans, Louisiana, February 1992

San Antonio, Texas, February 1994
Seattle, Washington, February 1995
    (Pathology-Biology Section Moderator)
San Francisco, California, February 1998
Orlando, Florida, February 1999
Reno, Nevada, February 2000
Seattle, Washington, February 2001
Chicago, Illinois, February 2003
Dallas, Texas, February 2004
New Orleans, Louisiana, February 2005
Seattle, Washington, February 2006
San Antonio, Texas, February 2007
Denver, Colorado, February 2009
Washington, DC, February 2013
    (Indirect Postmortem Ophthalmoscopy)
Seattle, Washington, February 2014
Baltimore, Maryland, February 2017

International Association of Forensic Sciences
    Vancouver, British Columbia, August 1987

Armed Forces Institute of Pathology – Forensic Anthropology Workshop,
    February 1988

Smithsonian Institute Forensic Anthropology Workshop
    September 1988

Mountain, Desert and Coastal Forensic Anthropologists
    June 1990, June 1991, June 1992

Association for the Advancement of Automotive Medicine
    Annual Scientific Meeting, October 2004
    Annual Scientific Meeting, October 2006

Surgical Pathology for the Practicing Pathologist (Harvard Medical School)
    Scottsdale, Arizona, January 2008

Current Concepts in Asbestos and Lung Disease (Harvard Medical School)
    Massachusetts General Hospital, April 2008

Surgical Pathology for the Practicing Pathologist (Harvard Medical School)
    Fort Myers, Florida, March 2010

OTHER PROFESSIONAL ACTIVITIES:

Tarrant County Disaster Response Program
Director of Morgue Facilities
1980 – Present
>Note:  This unit has responded to two commercial air crashes at D/FW International Airport, in 1985 and 1988 and to the Branch Davidian mass fatality in 1993 and currently assists in planning for response to acts of terrorism involving chemical or biologic agents)

Phi Beta Pi Kappa Psi Chapter Faculty Advisor
1986 – 2001

Fort Worth Boys' Club
Board of Directors January 1987 – December 1989

Boys' and Girls' Clubs of Greater Fort Worth
Board of Directors January 1990 – 1993
1990 Auction Co-chair (Decorations)

Boy Scouts of America, Longhorn Council:
>Order of the Arrow 1968- 1972, 1988 – Present
>Troop 326
>>Troop Committee 1987 – 1991
>>Troop Committee Chairman 1988- 1989
>Trinity Trails District
>>District Committee 1990 – 1992
>>District Activities Chairman 1990 – 1991
>>District Health & Safety Officer 1991 – 1993

United States Forest Service Volunteer Work:
>Paleopathology and Paleodemography Study of Sinagua Anasazi Peoples, 1989 – 1991

El Paso Police Department and El Paso County Sheriff's Department Workshop:
Recovery of Buried Human Remains
>July 1990, July 1991

Homicide Investigators of Texas Workshops
>June 1991
>April 1992

Southwest Association of Forensic Scientists Workshop
>April 1993

Fort Worth Museum of Science and History, Advisory Committee and Principal Advisor for special exhibit "Whodunnit? The Science of Criminalistics" (Exhibit opened May 1993)

# EXHIBIT 19



ASCLD/LAB-/ntemationa/
Application for Accreditation
Attachment 2

## Statement of Qualifications

| Name | Beryl Landry | | Date | 01/15/2021 |
|---|---|---|---|---|

| [ Forensic ServiceProvider | Tarrant County Medical Examiner |
|---|---|

| Job Title | [ Toxicologist |
|---|---|

Indicate all disciplines in which you currently perform testing or calibration work:

| | | | |
|---|---|---|---|
| ☐ | Drug Chemistry | ☐ | Biology |
| ☐ | FirearmsfT oolmarks | ☐ | Questioned Documents |
| ☐ | Trace Evidence | ☐ | Crime Scene |
| ☐ | Latent Prints | 181 | Toxicology• Testing |
| ☐ | Digital & Multimedia Evidence | ☐ | Toxicology• Calibration |

For each discipline checked in the table above, list all category(ies) in which you perform work:

**Education:** List all higher academic institutions attended {list high school only if no college degree has been attained).

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| Southwestern Adventist College | 1979–1984 | Medical Technology | B. S. |
| | | | |
| | | | |
| | | | |

**Continuing Education:** List formal coursework, conferences, workshops, in-service and other training received applicable to past and current forensic related positions.

| Course Title | Source ofTrainina | Date/sl ofTrainina |
|---|---|---|
| Abbott TDX Training Seminar | Abbott | 1986 |
| Abbott TDX Maintenance Seminar | Abbott | 1987 |
| Gas Chromatooraoh Trainina | Perkin Elmer | 1988 |
| GCMS Ion Trap Seminar | FinnaQan | 1989 |
| Abbott TDX Maintenance, Minor Repair& Problem Salvino | Abbott | 1991 |
| Review and Updates in the Department of Toxicology | American Association of Clinical Chemistry | 1992 |
| Microsoft Windows Technical Seminar | Tarrant County | 1993 |
| Microsoft Word 3 . 0 | Tarrant Countv | 1994 |
| Word Perfect 6 . 0 | Tarrant County | 1995 |
| Microsoft Word 6 . 0 | Tarrant County | 1996 |
| GCQ Operations Trainina Course | Finnaqan Institute | 1996 |
| CAT/WAFS/SWAFs/SAT Joint Meetina | Las Veaas, Nevada | 1997 |
| a. Windows 95 ; b)Power Point 97 | Tarrant County Data Services | 1998 |
| Southwestern Association of Toxicologist | Soring Meetina | 1998 |
| X-Caliber Trainina Course | Finnaoan Institute | 2000 |
| Forensic Toxicoloov Primer Analytical Toxicoloqy | Southwestern Association of ToxicoloQist | 2001 |
| Southwestern Association of Toxicoloaist | Fall Meetina-Galveston, Texas | 2002 |
| Southwestern Association ofToxicoloqist | Fall Meetinq- Oklahoma Citv, Oklahoma | 2004 |
| Expert Testimony Course | | 2004 |
| Southwestern Association ofToxicolooist | Soring Meetina-Dallas, Texas | 2005 |
| Southwestern Association of ToxicoloQist | Fall Meetinq- San Antonio, Texas | 2005 |
| Pharmacology and Toxicology of Alcohols | Continuina Education | 2006 |
| Southwestern Association of Toxicologist | Sprinq Meetinq - Fort Worth, Texas | 2008 |
| Fundamentals of LC/MS/MS | Continuing Education | 2008 |

| | | |
|---|---|---|
| Expert Testimony Training for the Prosecutor and Scientist | Continuing Education | 2008 |
| SOP Writing for ISO 17025 Accreditation | Continuing Education | 2008 |
| Southwestern Association of Toxicoloaist | Fall Meeting-Austin, Texas | 2008 |
| Society of Forensic Toxicoloaist | Annual Meetina, Oklahoma City, Oklahoma | 2009 |
| Scientific Presentation Best Practices and Use of Power Point | Continuing Education | 2009 |
| Newer Prescription Drugs: Impairment Potential Identified Polypharmacy's | Continuing Education | 2009 |
| Getting the Most from ELISHA: Tips and Tricks for the Professional Toxicoloaist | Continuing Education | 2010 |
| Society of Forensic Toxicoloaist | Annual Meetina, Richmond, Virainia | 2010 |
| A Stroll through the Cannabinoid Field: Pharmacology, Therapeutics and Untoward Effects | Continuing Education | 2010 |
| Basic Toxicoloav | Continuina Education - Ames, IA | 2011 |
| Advanced Toxicoloav | Continuina Education - Ames, IA | 2011 |
| AAFS 64th Annual Scientific Meetina | Atlanta, GeorQia | 2012 |
| The Anatomy of Error: Dissecting Adverse Events to Strenathen the Forensic | Continuing Education | 2012 |
| AAFS 65th Annual Scientific Meetinq | Washinqton, DC USA | 2013 |
| Developments in Emerging and Designer Drug Markets | Continuing Education | 2013 |
| Southwestern Association of Toxicoloaist | Sorina Meetina, Fort Worth, Texas | 2013 |
| AAFS 66th Annual Scientific MeetinQ | Orlando, Florida | 2015 |
| Toxicology Certification Class | Center for Forensic Science Research and Education | January 2015-April 2015 |
| The Robert F. Borkenstein Course | Continuina Education, Arizona | September 2015 |
| Topics in Forensic Toxicology: Pharmacology and Trends | Southwestern Association of Forensic Scientists | October 2017 |
| Fundamental Topics in Forensic Toxicology: Present and Future | Southwestern Association of Forensic Toxicologists, INC. | November 2017 |
| Collaboration in the Fiaht Aaainst Fentanyl | Continuina Education | December 2017 |
| Virtual/Online Symposium: Current Trends in Forensic ToxicoloQy | Continuing Education | May 22-24, 2018 |
| Root Cause Analysis for Forensic Service Providers Training Course | Continuing Education | June 5-6, 2018 |
| Southwestern Association of Toxicoloqists | Fall meetina - Dallas, Texas | 2018 |
| Forensic Science Commission | Forensic Analyst (General) Non Interpretive | 2018 |
| Society of Forensic Science | Fall Meeting -San Antonio | 2019 |
| Toxicology Symposium-Current Trends in Forensic Science | Continuing Education - cfsre | June 8th-12th, 2020 |
| Oral Fluid Drug Testing in DUID cases | Continuing Education – AACC | July 22, 2020 |
| Forensic Science Commission | License Renewal-Forensic Analyst (General) Non Interpretive | 08-2020 |

**Testimony:** Complete the information below for testimony provided.

| Discipline or Category of Testimony | Period of Time in Which Testimony Occurred | Approximate Number of Times Testified |
|---|---|---|
| Testified as a fact witness in alcohol DWI cases | 2001 - Present | 10 |
| | | |
| | | |
| | | |
| | | |

**Professional Affiliations:** List professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

| Oraanization | Period of Membershio | Offices or Positions Held/Dates |
|---|---|---|
| Southwestern Association of Toxicoloqy | | |
| American Academy of Forensic Science (Associate Member) | 6 years | |
| | | |
| | | |

**Employment History:** List all scientific or technical positions held, particularly those related to forensic science. **List current position first.** Add additional sections as necessary.

Effective: July 14, 2016

Page 2 of 4



Contact us at: QualityMatters@anab.org

| | |
|---|---|
| Employer | Tarrant County Medical Examiner |
| Provide a brief description of principal duties: | |
| Responsible for specimen processing | |
| Analyze and prepare biological samples for drug | screening and confirmation usinQ GC, HPLC, and GCMS |

*ASCLD/LAB-International* Application for Accreditation Attachment 2 Statement of Qualifications          Version 4.0

Contact us at: QualityMatters@anab.org

Public relations.
Screen samples for Drugs of Abuse using TDX.
Responsible for instrument maintenance.
Courtroom testimony as a fact witness.
Prepare reagents.
Prepare and analyze biological samples for carbon monoxide using 682 CO- Oximeter.
Prepare and analyze biological samples for cyanide using the Lambda EZ-210
Screen samples for Drugs of Abuse using AxSym.
Screen samples for Drugs of Abuse using ELISA
Analyze biological samples for carbon monoxide using AVOXimeter4000
Responsible for operating laboratory instruments that include:
1. Abbott AxSym
2. Abbott TDX
3. Finnagan GCQ and Polaris
4. Perking Elmer Auto system Gas Chromatograph
5. Perking Elmer ISS 200 Autosystem HPLC
6. Perkin Elmer Lambda EZ210
7. Perkin Elmer Headspace Sampler HS40
8. Instrumentation Laboratory 682 CO-Oximeter
9. Tecan: Freedom EVO75: Elisa
10. AVOXimeter4000

| Job Title | Medical Technologist | Tenure | October 1990- July 1991 |
|---|---|---|---|
| Employer | Texas College of Osteopathic Medicine | | |

Provide a brief description of principal duties:

Responsible for specimen processing.
Responsible for dipstick and microscopic analysis of urine.
Prepared slides for Hematology differential.
Operated the Coulter S
Prepared and analyzed samples for pregnancy tests and other Serology test.

| Job Title | Toxicologist | Tenure | March 1990-October1990 |
|---|---|---|---|
| Employer | Texas College of Osteopathic Medicine | | |

Provide a brief description of principal duties:

Responsible for specimen processing.
Analyzed and prepared clinical and forensic samples for drug screening and confirmation using GC, HPLC, TDX and thin layer chromatography.
Responsible for sample preparation and analysis of mercury using Perking Elmer Atomic Absorption.
Responsible for operating laboratory instruments that include:
1. Abbott TDX
2. Hewlett Packard 5890
3. Perkin Elmer Atomic Absorption Spectrophotometer
4. Perkin Elmer 650-40 Fluorescence Spectrophotometer.
5. Perkin Elmer 559 UV/VIS Spectrophotometer.
6. Varian 240 Gas Chromatograph.
7. Monarch 2000

| Job Title | Toxicologist | Tenure | August 1986 - March 1990 |
|---|---|---|---|
| Employer | Tarrant County Medical Examiner | | |

Provide a brief description of Principal duties:

Responsible for specimen processing
Responsible for preparing reagents and standards.
Responsible for sample preparation and analysis of antimony, barium, and lead using Perkin Elmer Atomic Absorption.
Responsible for sample preparation and analysis of marijuana using the microscopic exam, colorimetric, and thin layer chromatography.
Analyzed and prepared biological samples for drug screening and confirmation using GC, HPLC, and GCMS.
Responsible for operating laboratory instruments that include:
1. Abbott TDX
2. Perkin Elmer Sigma 2000 Gas Chromatograph
3. Perkin Elmer HPLC 4 and 400
4. Perkin Elmer UV/VIS Spectrophotomer

Contact us at: QualityMatters@anab.org

*ASCLD/LAB-International* Application for Accreditation Attachment 2 Statement of Qualifications

Version 4.0



Contact us at: QualityMatters@anab.org

5. Perkin Elmer Sigma 300 Gas Chromatograph
6. Perkin Elmer Sigma 115 Gas Chromatograph
7. Perkin Elmer Atomic Absorption Spectrophotomer

| Job Title | | Tenure | |
|---|---|---|---|
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:** List below all personal certifications identifying the issuing organization and the dates; all scientific publications and/or presentations you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualifications.

Howe, S.R., Landry, B.L. and Ho, J.Y. and Springfield, A.C.; Mirtazapine in a case of mixed drug intoxication.. Southwestern Assn. of Toxicologist, Spring Meeting 1998 (Abstract)

Howe, S.R., Landry, B.L. and Ho, J.Y. and Springfield, A.C. The new antipsychotic agent: Olanzapine. Southwestern Assn. of Toxicologist Sprinci 1998 (Abstract)

ASCLD/LAB-/nlema/iona/ Application for Accreditation Attachment 2 Statement of Qualifications        Version 4.0
Effective: July 14, 2016                                                                                  Page 6 of 4

Contact us at: QualityMatters@anab.org