IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

<u>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE</u>

Pending before the Court is Defendant's Unopposed Motion to Continue Trial and Extend Deadlines (doc. 22). The government filed a response to the motion, indicating therein that it does not oppose a continuance. After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Defendant's Motion to Continue is therefore GRANTED. The trial of this cause is CONTINUED until **1:30 p.m.** on **Monday, August 16, 2021.** The pretrial conference is CONTINUED until **3:00 p.m.** on **Thursday, August 12.**

The scheduling order previously issued in this cause is hereby MODIFIED as follows:

   (1)   the deadline for filing pretrial motions is EXTENDED until **June 30, 2021;**

   (2)   the deadline for filing witness and exhibit lists is

      EXTENDED until **August 10**; and

(3) the deadline for exchanging exhibit notebooks is EXTENDED until **August 12**.

SIGNED April 6, 2021.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE