IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC PRESCOTT KAY | NO.  4:20-CR-269-Y |

NOTICE OF APPEARANCE OF COUNSEL

The United States Attorney for the Northern District of Texas respectfully advises the Court and all interested parties that, in addition to Assistant United States Attorney for the Northern District of Texas Lindsey Beran, Assistant United States Attorney for the Northern District of Texas, Errin Martin, has been assigned to this matter.

ACCORDINGLY, the Clerk of the Court is hereby requested to add Errin Martin as counsel of record for the United States.

Respectfully submitted,

PRERAK SHAH
United States Attorney

  s/ Errin Martin
Errin Martin
Assistant United States Attorney
Texas Bar No. 24032572
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Phone: 214/659-86000

Notice of Appearance of Counsel - Page 1

## Certificate of Service

I hereby certify that on May 19, 2021, a copy of the foregoing was served on counsel for Defendant Eric Kay via CM/ECF.

                                                                                                                                                                                                                 /s/ Errin Martin
                                                                                                                                                                                                                 Errin Martin
                                                                                                                                                                                                                 Assistant United States Attorney