IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:20-CR-269-Y |
| ERIC PRESCOTT KAY | |

## NOTICE OF APPEARANCE AS COUNSEL
## FOR THE UNITED STATES OF AMERICA

Jonathan Bradshaw, Assistant United States Attorney, enters his appearance as co-counsel, along with Lindsey Beran and Errin Martin, for the United States of America. The United States requests that Jonathan Bradshaw be added as counsel of record for the United States and that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

PRERAK SHAH
Acting United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
E-mail: jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 10, 2021, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas through the electronic filing system which will generate service to all counsel of record.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
