UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br><br> v. <br><br> ERIC PRESCOTT KAY (01) <br> *Defendant* | § <br> § <br> § <br> § <br> § Case No. CRIMINAL NO. 4:20-CR-269-Y <br> § <br> § <br> § <br> § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Molfetta Law                                                                                          , with offices at

3070 Bristol Street, Suite 580,
(Street Address)

Costa Mesa                                    CA                       92626
(City)                                        (State)                  (Zip Code)

949-391-2399
(Telephone No.)                               (Fax No.)


II.  Applicant will sign all filings with the name Michael A. Molfetta                         .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

ERIC PRESCOTT KAY




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 151992     Admission date: 1/8/1991

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Santa Ana Central District of CA | January 1991 | Active |
| | | |
| | | |
| | | |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

WILLIAM REAGAN WYNN, who has offices at

5049 EDWARDS RANCH ROAD, FLOOR 4
(Street Address)

FORT WORTH          TX           76109
(City)              (State)      (Zip Code)

817-900-6800          N/A
(Telephone No.)       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☐ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 19th day of July, 2021.

MICHAEL MOLFETTA
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.