```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

### ORDER DENYING MOTION FOR SUBMISSION OF JUROR QUESTIONNAIRE

Pending before the Court is Defendant's Motion for Court to Submit Written Questionnaire to Potential Jurors (doc. 36). After review, the Court concludes that the motion should be DENIED.

The Court does not believe that the submission of a questionnaire to the jury panel is necessary to ensure that a fair and impartial jury is selected in this case. Rather, prior to the commencement of jury selection, the attorneys will be presented with an information sheet about the panel members with basic information, such as the city in which each lives, his occupation, marital status, and, if applicable, his spouse's marital status. The Court will then initially conduct voir dire, inquiring about the panel members' backgrounds, experiences with the judicial system, possible knowledge of the case and the attorneys and parties involved, the extent to which each has seen pretrial publicity regarding the case, and the like. Counsel will then be permitted a brief opportunity to ask additional or follow-up questions. If inquiries are made on sensitive subjects, the Court will permit any panel member so desiring to approach the bench for private voir dire regarding that subject. The Court believes this procedure will sufficiently ensure the selection of a fair and impartial jury in an efficient manner.

Nevertheless, the Court will entertain asking during its portion

of voir dire any questions that the parties might prefer to be asked of the panel by the Court rather than counsel. Any party who wishes to file such a list should keep it brief and file it no later than **November 1, 2021.**

SIGNED August 26, 2021.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE