```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION


UNITED STATES OF AMERICA      §
                              §
VS.                           §    ACTION NO. 4:20-CR-269-Y
                              §
ERIC PRESCOTT KAY (1)         §
```

## ORDER DENYING MOTION FOR EXPEDITED BRIEFING

Pending before the Court is the government's Motion to Compel Production of Materials and Information Demanded by Subpoena (doc. 37). Buried within the text and prayer for relief in that motion is a request for expedited briefing. Initially, the Court concludes that this request should be and hereby is DENIED due to the government's failure to include in the title of the document that the document included a motion for expedited briefing. *See* N.D. TEX. L. CRIM. R. 49.2(c). Furthermore, the Court discerns no basis for requiring expedited briefing. Any response to the motion shall be filed, as required by Local Criminal Rule 47.1(e) and paragraph six of the October 30, 2020 scheduling order previously issued in this case, no later than **September 7, 2021.**

SIGNED August 27, 2021.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE