IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC PRESCOTT KAY (1) | CRIMINAL NO. 4:20-CR-269-Y |

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED DESIGNATION OF WITNESSES PURSUANT TO FEDERAL RULE OF EVIDENCE 702**
**(With Special Instructions to the Clerk of the Court)**

Pending before the Court is Government's Motion for Leave to File Supplemental and Amended Designation of Witnesses Pursuant to Federal Rule of Evidence 702 (doc. 33). As of the date of this order, there has been no response in opposition to the motion. As a result, and after reviewing the motion, the Court concludes that the motion should be and it is hereby GRANTED. As a result, the government's Supplemental and Amended Designation of Witnesses Pursuant to Federal Rule of Evidence 702 is deemed filed this same day, and the clerk of the Court is directed to file a copy of the document, which was attached as an exhibit to the motion for leave. *Cf.* N.D. Tex. L. Civ. R. 15.1(b).

SIGNED September 7, 2021.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE