IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC PRESCOTT KAY | No.    4:20-CR-269-Y |

**ANGELS BASEBALL LP'S NOTICE OF LODGING OF PROPOSED REDACTED VERSION OF SEALED ORDER DENYING MOTION TO COMPEL PRODUCTION [ECF NO. 67]**

Ariel A. Neuman
*Admitted Pro Hac Vice*
aneuman@birdmarella.com
Nicole R. Van Dyk
*Admitted Pro Hac Vice*
nvandyk@birdmarella.com
Oliver Rocos
*Admitted Pro Hac Vice*
orocos@birdmarella.com
Naomi S. Solomon
*Admitted Pro Hac Vice*
nsolomon@birdmarella.com
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

John H. Cayce
State Bar No. 04035650
john.cayce@kellyhart.com
Ryan M. Roper
State Bar No. 24098347
ryan.roper@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Philip H. Hilder
State Bar No. 09620050
philip@hilderlaw.com
Q. Tate Williams
State Bar No. 24013760
tate@hilderlaw.com
Stephanie K. McGuire
State Bar No. 11100520
stephanie@hilderlaw.com
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 655-9111
Facsimile: (713) 655-9112

**ATTORNEYS FOR ANGELS BASEBALL, LP**

Interested Party Angels Baseball LP hereby lodges by hardcopy delivery to the chambers of the Hon. Terry Means, Senior District Judge of this Court, a copy of the Sealed Order Denying Motion to Compel Production (ECF No. 67) containing its proposed redactions, as referenced in its concurrently filed Request to Unseal Order Denying Motion To Compel Production (ECF No. 67) Or Issue Redacted Version.

Respectfully Submitted,

*/s/ Ariel A. Neuman*
Ariel A. Neuman
*Admitted Pro Hac Vice*
aneuman@birdmarella.com
Nicole R. Van Dyk
*Admitted Pro Hac Vice*
nvandyk@birdmarella.com
Oliver Rocos
*Admitted Pro Hac Vice*
orocos@birdmarella.com
Naomi S. Solomon
*Admitted Pro Hac Vice*
nsolomon@birdmarella.com
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

*/s/ John H. Cayce*
John H. Cayce
State Bar No. 04035650
john.cayce@kellyhart.com
Ryan M. Roper
State Bar No. 24098347
ryan.roper@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

Philip H. Hilder
State Bar No. 09620050
philip@hilderlaw.com
Q. Tate Williams
State Bar No. 24013760
tate@hilderlaw.com
Stephanie K. McGuire
State Bar No. 11100520
stephanie@hilderlaw.com
**HILDER & ASSOCIATES, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 655-9111
Facsimile: (713) 655-9112

**ATTORNEYS FOR ANGELS BASEBALL, LP**

## CERTIFICATE OF SERVICE

I certify that on October 14, 2021, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas through the electronic filing system which will generate service to all counsel of record.

*/s/ Ariel A. Neuman*
Ariel A. Neuman

**SEALED ECF NO. 67 with Proposed Redactions**