IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §   CRIMINAL NO. 4:20-CR-269-Y
                                  §
ERIC PRESCOTT KAY (1)             §

ORDER RESCHEDULING TIME OF JURY SELECTION

Jury selection in the above-styled and -numbered cause will commence at 10:00 a.m. on Monday, November 8, 2021, instead of 1:30 p.m., in the second floor district court courtroom of the Eldon B. Mahon United States Courthouse, Fort Worth, Texas.

SIGNED November 1, 2021.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE