IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

ORDER GRANTING REQUEST TO UNSEAL
(With Special Instructions to the Clerk of the Court)

Pending before the Court is the "Request to Unseal Order Denying Motion to Compel Production (ECF No. 67) or Issue Redacted Version" (doc. 68) filed by Angels Baseball, LP.  After review of the motion, the government's response,[1] and the record in this case, the Court concludes that the motion should be and hereby is GRANTED.  The clerk of the Court is DIRECTED to unseal the Court's Order Denying Motion to Compel Production (doc. 67) filed on October 7, 2021.

SIGNED November 9, 2021.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1]The government agrees to the request as long as certain other related documents are unsealed.  The Court is not inclined to unseal other matters, however,  without a specific motion seeking such relief.