IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL NO.  4:20-CR-269-Y |
| v. | |
| ERIC PRESCOTT KAY (1) | |

**ORDER GRANTING MOTION TO FILE WITNESS AND EXHIBIT
LISTS UNDER SEAL UNTIL CONCLUSION OF TRIAL TESTIMONY**

Pending before the Court is the government's Unopposed Motion to File Witness and

Exhibit Lists Under Seal (doc. 73).  The title of the motion and the certificate of conference

indicate that Defendant does not oppose the motion.  As a result, and after having considered

the motion, the Court concludes that it should be and hereby is GRANTED.  The government's

witness and exhibit lists are DEEMED filed UNDER SEAL this same day, and the clerk of

the Court is DIRECTED to file a copy of the lists, which were attached as an exhibit to the

motion, and maintain the lists and the government's motion UNDER SEAL until the conclusion

of testimony in the trial in this case.  *See* N.D. Tex. L. Civ. R. 15.1(b).

SIGNED November 9, 2021.

_Terry R. Means_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE