IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:20-CR-269-Y |
| ERIC PRESCOTT KAY | |

### ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND

Pending before the Court is the government's Unopposed Motion to Extend Time to Respond to Los Angeles Times Communications LLC's Motions to Intervene and Unseal Judicial Records (doc. 92). Having considered the unopposed motion, the Court concludes that this request should be and hereby is GRANTED. All responses in opposition to the Los Angeles Times motion must be filed on or before **January 7, 2022.**

SIGNED January 4, 2022.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE