IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:20-CR-269-Y |
| | § |
| ERIC PRESCOTT KAY (1) | § |

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is a motion for leave to proceed without local counsel (doc. 91) filed by attorneys James A. Hemphill and Christopher C. Cyrus on behalf of proposed intervenor Los Angeles Times Communications LLC ("LATC").

Local Criminal Rule 57.10(a) requires local counsel in all cases where an attorney appearing in a case does not reside or maintain an office in this district. LATC's counsel maintain their principal office in Austin, Texas. Counsel represent, however, that they are both admitted to this Court; frequently practice in this area; are familiar with the rules of this Court; and will be available to travel to this Court for any necessary hearings.

The Court GRANTS leave to LATC's counsel to proceed in this cause without local counsel. However, should the geographical distance between counsels' office and the Northern District of Texas cause a delay or hinder counsels' ability to fully and timely comply with the orders of this Court, the Court may revoke its waiver of the local-counsel requirement.

SIGNED January 6, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE