IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:20–CR–269–Y-1 |
| | § | |
| ERIC PRESCOTT KAY | § | |

### LOS ANGELES TIMES COMMUNICATIONS LLC'S MOTION TO INTERVENE OR FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION TO FILE WITNESS AND EXHIBIT LISTS UNDER SEAL

The public and the press have a right to access criminal proceedings, which is infringed when judicial records are withheld from public view when doing so is not necessitated by compelling countervailing interests. Moreover, the Court has already cautioned the Government that its "amended witness and exhibit lists to be filed on February 1 will not be sealed absent extremely good cause." [Dkt. 104 at 3]. Despite that, the Government has filed a Motion to Seal its amended witness and exhibit lists with arguments so threadbare that accepting them would effectively gut the public and the press's First Amendment and common law rights to access judicial records in any case that has attracted media attention—the very cases where such rights are most likely to be exercised.

Los Angeles Times Communications LLC (the "Los Angeles Times") therefore files this Motion to Intervene or For Leave to File a Response in Opposition to the Government's Motion to Seal Judicial Records.[1]

---

[1] The Court has already granted the Los Angeles Times' Motion to Intervene, [Dkt. 104 at 2], which requested permission "to intervene in this case for the limited purpose of seeking the unsealing of judicial records," [Dkt. 89 at 1]. But the Government has previously argued that the scope of the Los Angeles Times' intervention does not extend to filing responses to the Government's own motions. And it would appear the Government maintains that position, as it failed to comply with Northern District of Texas Local Criminal Rule 47.1(a) by conferring with the Los Angeles Times (which is listed as an Interested Party on the Court's docket sheet) prior to filing its nominally "unopposed" motion to seal, [Dkt. 105 at 10]. Thus, to ensure that the substantive merits of this dispute are squarely presented to

Respectfully submitted,

*/s/ James A. Hemphill*
James A. Hemphill
Texas State Bar No. 00787674
jhemphill@gdhm.com
Christopher C. Cyrus
Texas State Bar No. 24097110
ccyrus@gdhm.com

GRAVES, DOUGHERTY, HEARON & MOODY P.C.
401 Congress Avenue, Suite 2700
Austin, TX  78701-3790
Telephone:     (512) 480-5704
Fax:               (512) 480-5804

ATTORNEYS FOR LOS ANGELES TIMES COMMUNICATIONS LLC

---

the Court, the Los Angeles Times files this Motion to Intervene or for Leave to File a Response in Opposition to the Government's Motion to File Witness and Exhibit Lists Under Seal.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on February 1, 2022, I conferred with counsel for Interested Party Angels Baseball LP, which has opted to "take no position," and the Government, which is unopposed, regarding the foregoing motion. I also attempted to confer with counsel for Defendant Eric Prescott Kay regarding the foregoing motion, but he has not provided a response.

Under Northern District of Texas Local Rule 47.1(a), "[c]onferences are not required . . . when a conference is not possible." Because the judicial records that the Government seeks to seal are due today, and the Court could rule on the Government's Motion to Seal at any moment, it is not possible to both preserve my client's opportunity to respond to the Government's Motion to Seal and continue to await a response from the party that has yet to answer to my attempts to confer regarding the foregoing motion.

*/s/ Christopher C. Cyrus*
Christopher C. Cyrus

## CERTIFICATE OF SERVICE

  I hereby certify that on February 1, 2022, a true and correct copy of the foregoing document was served on the following counsel of record via the Court's electronic service process.

Lindsey E Beran
Jonathan Glen Bradshaw
Joseph T. Lo Galbo
Errin Martin
UNITED STATES ATTORNEY'S OFFICE
1100 Commerce Street, Suite 300
Dallas, Texas 75242
lindsey.beran@usdoj.gov
Jonathan.bradshaw@usdoj.gov
joseph.lo.galbo@usdoj.gov
errin.martin@usdoj.gov

Michael D Anderson
John H. Cayce, Jr.
Ryan Roper
KELLY HART & HALLMAN
201 Main Street, Suite 2500
Fort Worth, Texas 76102-3194
michael.anderson@kellyhart.com
john.cayce@kellyhart.com
ryan.roper@kellyhart.com

Philip H Hilder
Stephanie K. McGuire
Quentin Tate Williams
HILDER & ASSOCIATES PC
819 Lovett Blvd
Houston, Texas 77006-3905
philip@hilderlaw.com
stephanie@hilderlaw.com
tate@hilderlaw.com

Michael Alessandro Molfetta
MOLFETTA LAW
3070 Bristol Street, Suite 580
Costa Mesa, California 92626
michael@michaelmolfettalaw.com

Ariel A Neuman
Oliver Rocos
Naomi S. Solomon
Nicole Rodriguez Van Dyk
BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW PC
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
aneuman@birdmarella.com
orocos@birdmarella.com
nsolomon@birdmarella.com
nrv@birdmarella.com

William Reagan Wynn
REAGAN WYNN LAW, PLLC
5049 Edwards Ranch Rd., Floor 4
Fort Worth, Texas 76109
rw@reaganwynn.law

/s/ Christopher C. Cyrus
Christopher C. Cyrus