```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION

UNITED STATES OF AMERICA      §
                              §
VS.                           §     ACTION NO. 4:20-CR-269-Y
                              §
ERIC PRESCOTT KAY (1)         §
```

ORDER CONTINUING PRETRIAL CONFERENCE

Due to the inclement weather anticipated to arrive in the Dallas/Fort Worth area this Wednesday night and Thursday, the pretrial conference previously scheduled for 3:00 p.m. on Thursday, February 3, 2022, is CONTINUED until 10:00 a.m. on Monday, February 7. The conference will be held in this Court's fifth-floor courtroom, Room 501 of the Eldon B. Mahon United States Courthouse.

SIGNED February 1, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE