IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:20-CR-269-Y |
| ERIC PRESCOTT KAY | |

## GOVERNMENT'S UNOPPOSED AND AGREED MOTION TO EXTEND TIME TO ELECTRONICALLY FILE PARTIES' WITNESS AND EXHIBIT LISTS

The parties are required to file witness and exhibit lists in this matter on February 1, 2022. On January 31, 2022, the government filed a motion to file its witness and exhibit lists under seal. (Dkt. 105.) For the reasons expressed in its Unopposed Motion to File the Witness and Exhibit Lists under seal, the government respectfully requests that the Court extend time for the parties to electronically file their witness and exhibit lists until the conclusion of trial testimony. The government conferred with the defendant, who indicated that he does not oppose and agrees to the relief requested in this motion. In order to continue trial preparation and in spirit of the Court's Order, the parties have agreed to exchange their witness and exhibit lists via email on February 1, 2022.

For the foregoing reasons, the government respectfully requests that the parties' deadline to electronically file witness and exhibit lists be extended to the conclusion of testimony in this trial.[1]

---

[1] The government recognizes that should the Court grant this motion, its Motion to File Witness and Exhibit Lists Under Seal would be moot.

Respectfully submitted,

CHAD E. MEACHAM
United States Attorney

*s/ Lindsey Beran*
LINDSEY BERAN
Assistant United States Attorney
Texas State Bar No. 24051767
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
JOSEPH LO GALBO
Assistant United States Attorney
New Jersey Bar No. 072452014
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600

## CERTIFICATE OF CONFERENCE

I certify that on February 1, 2022, the government conferred with Michael Molfetta, counsel for defendant Eric Kay, and he indicated that he did not oppose, and agreed with, the relief requested in this filing.

*s/ Lindsey Beran*
Lindsey Beran
Assistant United States Attorney