UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

VS.

ERIC PRESCOTT KAY

CRIMINAL NO. 4:20-CR-00269-Y

GOVERNMENT'S EXHIBIT LIST[1]

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1 | Delaney Green or Thomas Roberson | T.S. phone [physical exhibit] | _____ | _____ | _____ |
| 2 | Stefan Hare | T.S. phone extraction | _____ | _____ | _____ |
| 2b | Stefan Hare | T.S. phone extraction report [for record purposes only] | _____ | _____ | _____ |

[1] The government filed an exhibit list on November 1, 2021, consistent with the Court's scheduling order at that time. (Dkt. 42, 86.)  The Court continued the trial and reset the deadline for filing exhibit lists to February 1, 2022.  (Dkt. 79.)  At the government's request, the Court withdrew the government's previously-filed exhibit list (Dkt. 104), and the instant filing replaces the previously-filed witness list for purposes of the trial in this matter scheduled to begin on February 8, 2022.

| | | | | | |
|---|---|---|---|---|---|
| 2c | Stefan Hare | T.S. phone report of forensic examination [for record purposes only] | _____ | _____ | _____ |
| 3 | Stefan Hare | T.S. contact list | _____ | _____ | _____ |
| 4 | Stefan Hare | T.S. phone timeline from 12:00 am PT on June 30, 2019 to 2:23 pm CT on July 1, 2019 (UTC) | _____ | _____ | _____ |
| 5 | Stefan Hare | T.S. text messages from 12:00 am PT on June 30, 2019 to 2:23 pm CT on July 1, 2019 (UTC) | _____ | _____ | _____ |
| 6 | Delaney Green | Photos of T.S.'s phone from June 30, 2019 to July 1, 2019 | _____ | _____ | _____ |
| 7 | Stefan Hare and C.S. | Text messages between T.S. and C.S. from June 30, 2019 (PT) to July 1, 2019 (CT) (UTC) | _____ | _____ | _____ |
| 8 | Stefan Hare | Text messages between T.S. and T.B. on July 1, 2019 (UTC) | _____ | _____ | _____ |
| 9 | Stefan Hare and C.S. | Goodnight text messages between T.S. and C.S. on July 30, 2018 (UTC) | _____ | _____ | _____ |
| 10 | Stefan Hare and C.S. | Goodnight text messages between T.S. and C.S. on July 31, 2018 (UTC) | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Stefan Hare and C.S. | Goodnight text messages between T.S. and C.S. on June 21, 2019 (UTC) | _____ | _____ | _____ |
| 12 | Stefan Hare and A.H. | Group cowboy photo from June 30, 2019 (UTC) | _____ | _____ | _____ |
| 13 | | RESERVED | _____ | _____ | _____ |
| 14 | | RESERVED | _____ | _____ | _____ |
| 15 | Stefan Hare and Delaney Green | Text messages between T.S. and Eric Kay from June 30, 2019 to July 1, 2019 (UTC) | _____ | _____ | _____ |
| 16 | Stefan Hare and M.M. | Text messages between T.S. and M.M. on September 29, 2016 (UTC) | _____ | _____ | _____ |
| 17 | Stefan Hare and M.M. | Text messages between T.S., M.M., and Eric Kay on June 1, 2017 (UTC) | _____ | _____ | _____ |
| 18 | Stefan Hare and M.M. | Text messages between T.S. and M.M. on June 14, 2017 (UTC) | _____ | _____ | _____ |
| 19 | Stefan Hare and M.M. | Text messages between T.S., M.M., and Eric Kay on July 8, 2017 (UTC) | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 20 | Stefan Hare and M.M. | Text messages between T.S. and M.M. on March 19, 2018 (UTC) | _____ | _____ | _____ |
| 21 | Stefan Hare and M.M. | Text messages between T.S. and M.M. on March 19, 2018 (UTC) | _____ | _____ | _____ |
| 22 | Stefan Hare and C.C. | Text messages between T.S. and C.C. on May 21, 2018 (UTC) | _____ | _____ | _____ |
| 23 | Stefan Hare and C.C. | Text messages between T.S. and C.C. on May 21, 2018 (UTC) | _____ | _____ | _____ |
| 24 | Stefan Hare and C.C. | Text messages between T.S. and C.C. on July 13, 2018 (UTC) | _____ | _____ | _____ |
| 25 | Stefan Hare and C.C. | Text messages between T.S. and C.C. on August 1, 2018 (UTC) | _____ | _____ | _____ |
| 26 | Stefan Hare and C.C. | Text messages between T.S. and C.C. on May 12, 2019 (UTC) | _____ | _____ | _____ |
| 27 | Stefan Hare and M.H. | Text message between T.S. and M.H. on June 26, 2019 (UTC) | _____ | _____ | _____ |
| 28 | Stefan Hare and M.H. | Text messages between T.S. and M.H. on June 27, 2019 (UTC) | _____ | _____ | _____ |

| 29 | Stefan Hare and M.H. | T.S. Google search on June 7, 2019 (UTC) | _____ | _____ | _____ |
| 30 | Stefan Hare and C.S. | Text messages between T.S. and T.P. on September 16, 2018 (UTC) | _____ | _____ | _____ |
| 31 | Stefan Hare, R.H., and/or C.S. | Text messages between T.S. and R.H. on May 28, 2016 (UTC) | _____ | _____ | _____ |
| 32 | Stefan Hare, R.H., and/or C.S. | Text messages between T.S. and R.H. on May 28, 2016 (UTC) | _____ | _____ | _____ |
| 33 | Stefan Hare, R.H., and/or C.S. | Text messages between T.S. and R.H. on June 21, 2018 (UTC) | _____ | _____ | _____ |
| 34 | Stefan Hare, R.H., and/or C.S. | Text messages between T.S. and R.H. on July 4, 2018 (UTC) | _____ | _____ | _____ |
| 35 | Stefan Hare, R.H., and/or C.S. | Text messages between T.S. and R.H. on August 4, 2018 (UTC) | _____ | _____ | _____ |
| 36 | Stefan Hare, R.H., and/or C.S. | Text messages between T.S. and R.H. on April 12, 2019 (UTC) | _____ | _____ | _____ |
| 37 | Stefan Hare, G.R., and/or D.H. | Text messages between T.S. and G.R. on December 26, 2016 (UTC) | _____ | _____ | _____ |

| 38 | Stefan Hare, C.C., or C.B. | Group text messages (with T.S.) on December 27, 2017 (UTC) | _____ | _____ | _____ |
| 39 | Stefan Hare, Stacey Hail, and/or C.S. | Cowboy photo (live) from June 30, 2019 (UTC) | _____ | _____ | _____ |
| 39b | Stefan Hare, Stacey Hail, and/or C.S. | Cowboy photo (live) from June 30, 2019 (UTC) extraction report | _____ | _____ | _____ |
| 40 | Stefan Hare, Stacey Hail, and/or C.S. | Screenshot of cowboy photo from June 30, 2019 (UTC) | _____ | _____ | _____ |
| 41 | Mike Ferry and Mark Sedwick | 714-234-3916 Verizon phone records (BRA is Exhibit 200) | _____ | _____ | _____ |
| 42 | Mike Ferry and Mark Sedwick | 714-234-3916 Verizon subscriber information (BRA is Exhibit 200) | _____ | _____ | _____ |
| 43 | | RESERVED | _____ | _____ | _____ |
| 44 | | RESERVED | _____ | _____ | _____ |
| 45 | Mike Ferry and Mark Sedwick | 714-591-6020 T-Mobile phone records (BRA is Exhibit 201) | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 46 | Mike Ferry and Mark Sedwick | 714-591-6020 CDR mediations spreadsheet (BRA is Exhibit 201) | _____ | _____ | _____ |
| 47 | Mike Ferry and Mark Sedwick | 714-591-6020 T-Mobile subscriber information (BRA is Exhibit 201) | _____ | _____ | _____ |
| 48 | | RESERVED | _____ | _____ | _____ |
| 49 | | RESERVED | _____ | _____ | _____ |
| 50 | Mike Ferry and Mark Sedwick | 714-805-2912 T-Mobile phone records (BRA is Exhibit 202) | _____ | _____ | _____ |
| 51 | Mike Ferry and Mark Sedwick | 714-805-2912 subscriber information (BRA is Exhibit 202) | _____ | _____ | _____ |
| 52 | | RESERVED | _____ | _____ | _____ |
| 53 | | RESERVED | _____ | _____ | _____ |
| 54 | Mike Ferry, Mark Sedwick, and D.H. | 310-560-4389 Verizon phone records (BRA is Exhibit 203) | _____ | _____ | _____ |

| 55 | Mike Ferry, Mark Sedwick, and D.H. | 310-560-4389 subscriber information (BRA is Exhibit 203) | _____ | _____ | _____ |
| 56 | | RESERVED | _____ | _____ | _____ |
| 57 | | RESERVED | _____ | _____ | _____ |
| 58 | Mike Ferry, Jonathan Macheca, and/or C.L. | 310-916-7222 Verizon phone and billing records (BRA is Exhibit 204) | _____ | _____ | _____ |
| 59 | Mike Ferry, Jonathan Macheca, and/or C.L. | 310-916-7222 Verizon subscriber info (BRA is Exhibit 204) | _____ | _____ | _____ |
| 60 | Mike Ferry, Jonathan Macheca, and/or C.L. | 310-916-7222 Verizon billing records (BRA is Exhibit 204) | _____ | _____ | _____ |
| 61 | Mike Ferry | Photographs from Angel Stadium Search Warrant | _____ | _____ | _____ |
| 62 | Mike Ferry | 714-602-0688 Verizon phone records (BRA is Exhibit 205) | _____ | _____ | _____ |
| 63 | Mike Ferry | Eric Kay Controlled Substance Utilization Review & Evaluation System data (BRA is Exhibit 226) | _____ | _____ | _____ |

| 64 | Mike Ferry | CAD Operations Report, April 21, 2019 911 Call (BRA is Exhibit 227) | _____ | _____ | _____ |
| 65 | David Roose | 714-234-3916 iCloud account (BRA is Exhibit 206) | _____ | _____ | _____ |
| 65b | David Roose | 714-234-3916 iCloud account examination report [for record purposes only] | _____ | _____ | _____ |
| 66 | David Roose | Search warrant for 714-234-3916 iCloud account [for record purposes only] | _____ | _____ | _____ |
| 67 | | RESERVED | _____ | _____ | _____ |
| 68 | | RESERVED | _____ | _____ | _____ |
| 69 | | RESERVED | _____ | _____ | _____ |
| 70 | | RESERVED | _____ | _____ | _____ |
| 71 | | RESERVED | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 72 | | RESERVED | _____ | _____ | _____ |
| 73 | | RESERVED | _____ | _____ | _____ |
| 74 | | RESERVED | _____ | _____ | _____ |
| 75 | David Roose | 646-784-5562 iCloud account (BRA is Exhibit 208) | _____ | _____ | _____ |
| 75b | David Roose | 646-784-5562 iCloud account examination report [for record purposes only] | _____ | _____ | _____ |
| 76 | David Roose | Search warrant for 646-784-5562 iCloud account [for record purposes only] | _____ | _____ | _____ |
| 77 | David Roose and M.H. | M.H. internet search on April 11, 2019 (UTC) | _____ | _____ | _____ |
| 78 | | RESERVED | _____ | _____ | _____ |
| 79 | | RESERVED | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 80 | Stefan Hare | 310-916-7222 iCloud account (BRA is Exhibit 209) | _____ | _____ | _____ |
| 80b | Stefan Hare | 310-916-7222 phone report of forensic examination [for record purposes only] | _____ | _____ | _____ |
| 81 | Stefan Hare | Search warrant for 310-916-7222 iCloud account | _____ | _____ | _____ |
| 82 | | RESERVED | _____ | _____ | _____ |
| 83 | Mike Ferry and Mark Sedwick | 714-381-5308 T-Mobile subscriber information (BRA is Exhibit 207) | _____ | _____ | _____ |
| 84 | | RESERVED | _____ | _____ | _____ |
| 85 | Stefan Hare | H.V. phone [physical exhibit] | _____ | _____ | _____ |
| 86 | Stefan Hare | H.V. phone extraction | _____ | _____ | _____ |
| 86b | Stefan Hare | H.V. phone extraction report | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 87 | Stefan Hare | Text messages between H.V. and JB from July 21, 2020 to August 7, 2020 (UTC) | _____ | _____ | _____ |
| 88 | Cory Teague | Southlake Fire Department response record (BRA is Exhibit 210) | _____ | _____ | _____ |
| 89 | | RESERVED | _____ | _____ | _____ |
| 90 | T.T. | United Airlines manifest (BRA is Exhibit 211) | _____ | _____ | _____ |
| 91 | T.T. | United Airlines flight information (BRA is Exhibit 211) | _____ | _____ | _____ |
| 92 | T.T. | Gold Coast Tours bus records (BRA is Exhibit 212) | _____ | _____ | _____ |
| 93 | T.T. and A.C. | June 30, 2021 official scorecard (BRA is Exhibit 213) | _____ | _____ | _____ |
| 94 | Sarah Blum and C.K. | 911 Call [audio] (BRA is Exhibit 214) | _____ | _____ | _____ |
| 95 | Thomas Roberson and Delaney Green | Crime scene photos | _____ | _____ | _____ |

| 96 | Thomas Roberson and Weston Wood | White plastic pen tube – Item 8 [physical exhibit] | _____ | _____ | _____ |
| 97 | Thomas Roberson and Weston Wood | Photos of white plastic pen tube – Item 8 evidence package | _____ | _____ | _____ |
| 98 | Thomas Roberson and Weston Wood | Keycard – Item 1 [physical exhibit] | _____ | _____ | _____ |
| 99 | Thomas Roberson and Weston Wood | Photos of Keycard – Item 1 evidence package | _____ | _____ | _____ |
| 100 | Thomas Roberson and Weston Wood | Keycard – Item 2 [physical exhibit] | _____ | _____ | _____ |
| 101 | Thomas Roberson and Weston Wood | Photos of Keycard – Item 2 evidence package | _____ | _____ | _____ |
| 102 | Thomas Roberson and Weston Wood | White pill bottle – Item 4 [physical exhibit] | _____ | _____ | _____ |
| 103 | Thomas Roberson and Weston Wood | Photos of white pill bottle – Item 4 evidence package | _____ | _____ | _____ |
| 104 | Thomas Roberson and Weston Wood | White substance on tape – Item 5 [physical exhibit] | _____ | _____ | _____ |

| 105 | Thomas Roberson and Weston Wood | Photos of white substance on tape – Item 5 evidence package | _____ | _____ | _____ |
| 106 | Thomas Roberson and Weston Wood | White powder residue from desk – Item 3 [physical exhibit] | _____ | _____ | _____ |
| 107 | Thomas Roberson and Weston Wood | Photos of white powder residue from desk – Item 3 evidence package | _____ | _____ | _____ |
| 108a-c | Delaney Green and Jonathan Macheca | Recording of Angels player and staff interviews from July 1, 2019 [audio] [for record purposes only] | _____ | _____ | _____ |
| 109 | Delaney Green and Jonathan Macheca | Recording of Eric Kay's interview from July 1, 2019 | _____ | _____ | _____ |
| 110 | Delaney Green and Jonathan Macheca | Transcription of Eric Kay's interview from July 1, 2019 | _____ | _____ | _____ |
| 111 | C.L., Mike Ferry, or Jonathan Macheca | C.L.'s Chase bank records (BRA is Exhibit 215) | _____ | _____ | _____ |
| 112 | C.L., Mike Ferry, or Jonathan Macheca | C.L.'s Chase bank records (BRA is Exhibit 216) | _____ | _____ | _____ |
| 113 | Lisa Garcia Nunez, Jaso Gaines, Robert Johnson, | TCME file (BRA is Exhibit 217) | _____ | _____ | _____ |

|  | Mark Krouse, or other qualified witness |  |  |  |  |
|---|---|---|---|---|---|
| 114 | Lisa Garcia Nunez and Mark Krouse | TCME file: additional notes (BRA is Exhibit 218) | _____ | _____ | _____ |
| 115 | Adriana Wood | TCME scene photos | _____ | _____ | _____ |
| 116 | Jaso Gaines | Blood [physical exhibit] | _____ | _____ | _____ |
| 117 | Jaso Gaines | Photographs from autopsy | _____ | _____ | _____ |
| 118 | Mark Krouse | Autopsy report | _____ | _____ | _____ |
| 119 | Robert Johnson | Toxicology report | _____ | _____ | _____ |
| 120 | Robert Johnson and Jonathan Bishop | TCME pill analysis | _____ | _____ | _____ |
| 121 | William Walker | Latent prints lab report from August 7, 2019 | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 122 | William Walker | Latent prints lab report from April 30, 2021 | _____ | _____ | _____ |
| 123 | Jonathan Bishop and Robert Johnson | TCME laboratory report on white residue | _____ | _____ | _____ |
| 124 | Stacey Hail | Expert report | _____ | _____ | _____ |
| 125 | M.H., G.B., and M.C. | Hilton room list (BRA is Exhibit 219) | _____ | _____ | _____ |
| 126 | M.H., G.B., and M.C. | Hilton status report (BRA is Exhibit 219) | _____ | _____ | _____ |
| 127 | M.H., G.B., and M.C. | Room 367 access records (BRA is Exhibit 219) | _____ | _____ | _____ |
| 128 | M.H., G.B., and M.C. | Room 469 access records (BRA is Exhibit 219) | _____ | _____ | _____ |
| 129 | M.H., G.B., and M.C. | Shitf4 transactions and accompanying receipts (BRA is Exhibit 220) | _____ | _____ | _____ |
| 130 | Mike Ferry, A.C., and Susannah Herkert, or other qualified Angels records custodian | Eric Kay Angels email hard drive [for record purposes only] (records affidavit is Exhibit 221) | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 131 | Mike Ferry, A.C., and M.B., or other qualified Angels records custodian | Angels Suspension Letter (BRA is Exhibit 225) | _____ | _____ | _____ |
| 132 | Mike Ferry, A.C., and M.B., or other qualified Angels records custodian | Anonymous Letter to Angels | _____ | _____ | _____ |
| 133 | Mike Ferry | Razor blade [physical exhibit] | _____ | _____ | _____ |
| 134 | Mike Ferry | Small metal cylinder with screw cap [physical exhibit] | _____ | _____ | _____ |
| 135 | Mike Ferry | Brown sunglasses case [physical exhibit] | _____ | _____ | _____ |
| 136 | Mike Ferry, A.C., and Susannah Herkert | OfferUp emails involving Eric Kay (records affidavit is Exhibit 221) | _____ | _____ | _____ |
| 137 | Mike Ferry, Susannah Herkert, and Jonathan Macheca | OfferUp Eric Kay user account information dated October 1, 2019 (BRA is Exhibit 222) | _____ | _____ | _____ |
| 138 | Mike Ferry, Susannah Herkert, and Jonathan Macheca | OfferUp Eric Kay user account information and communications dated August 9, 2021 (BRA is Exhibit 223) | _____ | _____ | _____ |
| 139 | Mike Ferry and Susannah Herkert | OfferUp search warrant [for record purposes only] | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 140 | Mike Ferry or Mark Sedwick | Summary exhibit of communication between 714-234-3916, 714-591-6020, 714-805-2912, and 310-560-4389 | _____ | _____ | _____ |
| 141 | Mike Ferry or Mark Sedwick | Summary exhibit of communication between 714-234-3916 and 714-381-5308 | _____ | _____ | _____ |
| 142 | Mike Ferry or Mark Sedwick | Summary exhibit of communication between 714-381-5308, 714-591-6020, 714-234-3916, 310-560-4389, and 714-805-2912 | _____ | _____ | _____ |
| 143 | Mike Ferry or Mark Sedwick | Summary exhibit of communication between 714-381-5308, 714-805-2912 and 714-591-6020 | _____ | _____ | _____ |
| 144 | Mike Ferry and Susannah Herkert | T.S.'s Venmo records (BRA is Exhibit 224) | _____ | _____ | _____ |
| 145 | Mike Ferry and Susannah Herkert | Eric Kay's Venmo records (BRA is Exhibit 224) | _____ | _____ | _____ |
| 146 | Mike Ferry | Search warrant for physical items in Angels Stadium of Anaheim [for record purposes only] | _____ | _____ | _____ |
| 147 | Angela DeTulleo | Lab report of razor blade | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 148 | Angela DeTulleo | Case detail report for razor blade | _____ | _____ | _____ |
| 149 | Angela DeTulleo | Lab report of small metal cylinder with screw cap | _____ | _____ | _____ |
| 150 | Angela DeTulleo | Case detail report for small metal cylinder with screw cap | _____ | _____ | _____ |
| 151 | Angela DeTulleo | Lab report of brown sunglasses case | _____ | _____ | _____ |
| 152 | Angela DeTulleo | Case detail report for brown sunglasses case | _____ | _____ | _____ |
| 153 | Angela DeTulleo | Lab report of pink pills | _____ | _____ | _____ |
| 154 | Mohan Aruva and Mike Ferry | KVK-Tech, Inc. report | _____ | _____ | _____ |
| 155 | C.B. | Proffer Agreement from October 8, 2019 | _____ | _____ | _____ |
| 156 | M.M. | Immunity Letter from February 7, 2020 | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 157 | B.P. | Immunity Letter from February 7, 2020 | _____ | _____ | _____ |
| 158 | C.C. | Immunity Letter from July 17, 2020 | _____ | _____ | _____ |
| 159 | M.H. | Grand Jury immunity order | _____ | _____ | _____ |
| 160 | M.H. | Trial immunity order | _____ | _____ | _____ |
| 161 | Mark Sedwick | CAST FBI cellular analysis report | _____ | _____ | _____ |
| 162 | Mike Ferry, Jonathan Macheca, and/or C.L. | C.L. location data summary [demonstrative] | _____ | _____ | _____ |
| 163 | C.S. | Photo of T.S. and C.S. | _____ | _____ | _____ |
| 164 | D.H. | Photo of T.S. and D.H. | _____ | _____ | _____ |
| 165 | C.S. and A.C. | Angels Stadium of Anaheim schematic (BRA is Exhibit 213) | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 166 | C.S. and A.C. | Schematic of Anaheim office layout (BRA is Exhibit 225) | _____ | _____ | _____ |
| 167 | Mike Ferry, A.C., M.B., and Susannah Herkert | Eric Kay separation agreement (BRA is Exhibit 225) | _____ | _____ | _____ |
| 168 | Susannah Herkert | Schedule I-V controlled substances [demonstrative] | _____ | _____ | _____ |
| 169 | Susannah Herkert | Patterns of drug users [demonstrative] | _____ | _____ | _____ |
| 170 | Susannah Herkert | Progression of drug addiction [demonstrative] | _____ | _____ | _____ |
| 171 | Susannah Herkert | Patterns of drug distributors [demonstrative] | _____ | _____ | _____ |
| 172 | Susannah Herkert | Types of legitimate fentanyl [demonstrative] | _____ | _____ | _____ |
| 173 | Susannah Herkert | Counterfeit pills vs. legitimate pills [demonstrative] | _____ | _____ | _____ |
| 174 | Susannah Herkert | Fentanyl potency [demonstrative] | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 175 | [Ongoing Demonstrative] | Progressive timeline | _____ | _____ | _____ |
| 176 | C.S. | Summary chart timeline | _____ | _____ | _____ |
| 177 | Robert Johnson or TCME records custodian | Photos of Exhibit 7: toxicology specimens | _____ | _____ | _____ |
| 178 | Robert Johnson or TCME records custodian | Photos of Exhibit 7.1: subclavian blood | _____ | _____ | _____ |
| 179 | Robert Johnson or TCME records custodian | Photos of Exhibit 7.2: femoral blood | _____ | _____ | _____ |
| 180 | Robert Johnson or TCME records custodian | Photos of Exhibit 7.3: femoral blood | _____ | _____ | _____ |
| 181 | Robert Johnson or TCME records custodian | Photos of Exhibit 7.4: urine | _____ | _____ | _____ |
| 182 | Robert Johnson or TCME records custodian | Photos of Exhibit 7.5: vitreous humor | _____ | _____ | _____ |
| 183 | A.C. or A.H. | 2019 Angels baseball schedule | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 184 | Stacey Hail | Opioid Potency Chart | _____ | _____ | _____ |
| 185 | Stacey Hail | Toxidrome Chart | _____ | _____ | _____ |
| 186 | Susannah Herkert | Baby aspirin [physical exhibit] | _____ | _____ | _____ |
| 187 | Senora Spencer or Thomas Roberson | Southlake Police Department Item History | _____ | _____ | _____ |
| 188 | C.S., C.L., or Matt Desaracho | Map of Los Angeles and surrounding cities | _____ | _____ | _____ |
| 189 | Jonathan Macheca, Mike Ferry, or C.L. | C.L. June 27-30 Timeline [demonstrative] | _____ | _____ | _____ |
| 190 | | RESERVED | _____ | _____ | _____ |
| 191 | | RESERVED | _____ | _____ | _____ |
| 192 | | RESERVED | _____ | _____ | _____ |

| 193 | RESERVED | _____ | _____ | _____ |
| 194 | RESERVED | _____ | _____ | _____ |
| 195 | RESERVED | _____ | _____ | _____ |
| 196 | RESERVED | _____ | _____ | _____ |
| 197 | RESERVED | _____ | _____ | _____ |
| 198 | RESERVED | _____ | _____ | _____ |
| 199 | RESERVED | _____ | _____ | _____ |
| 200 | Exhibits 41 and 42 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 201 | Exhibits 45, 46, and 47 business records affidavit [for record purposes only] | _____ | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 202 | Exhibits 50 and 51 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 203 | Exhibits 54 and 55 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 204 | Exhibits 58, 59, and 60 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 205 | Exhibit 62 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 206 | Exhibit 65 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 207 | Exhibit 83 business records affidavit [for records purposes only] | _____ | _____ | _____ |
| 208 | Exhibit 75 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 209 | Exhibit 80 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 210 | Exhibit 88 business records affidavit [for record purposes only] | _____ | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 211 | Exhibits 90 and 91 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 212 | Exhibit 92 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 213 | Exhibits 93 and 165 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 214 | Exhibit 94 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 215 | Exhibit 111 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 216 | Exhibit 112 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 217 | Exhibit 113 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 218 | Exhibit 114 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 219 | Exhibits 125, 126, 127, and 128 business records affidavit [for record purposes only] | _____ | _____ | _____ |

| 220 | Exhibit 129 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 221 | Exhibits 130 and 136 records affidavit of Al Castro [for record purposes only] | _____ | _____ | _____ |
| 222 | Exhibit 137 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 223 | Exhibit 138 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 224 | Exhibits 144 and 145 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 225 | Exhibits 131, 166, and 167 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 226 | Exhibit 63 business records affidavit [for record purposes only] | _____ | _____ | _____ |
| 227 | Exhibit 64 business records affidavit [for record purposes only] | _____ | _____ | _____ |

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Lindsey Beran*
LINDSEY BERAN
Assistant United States Attorney
Texas State Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Lindsey.Beran@usdoj.gov

*s/ Errin Martin*
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Errin.Martin@usdoj.gov

*s/ Joseph Lo Galbo*
JOSEPH LO GALBO
Assistant United States Attorney
New Jersey Bar No. 0724520141100
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Joseph.Lo.Galbo@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 3rd day of February, 2022.

*s/Lindsey Beran*
Lindsey Beran
Assistant United States Attorney
