# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (01) | § | |
| | § | |
| Defendant. | § | |

## ***DEFENDANT ERIC PRESCOTT KAY'S WITNESS LIST***

| No. | Name | Subject Matter of Testimony | Sworn | Testified |
| --- | --- | --- | --- | --- |
| 1. | **Bakouris, Donna** | Defense investigator. Could possibly testify concerning statements made by other witnesses, if appropriate. | | |
| 2. | **Bedrosian, Cameron "Cam"** | Interactions with T.S. and interactions with Eric Kay. | | |
| 3. | **Bour, Justin** | Interactions and communications with T.S., including communications shortly before T.S.'s death. | | |
| 4. | **Bragg, Jackson** | Interactions and communications with T.S., including communications in late June 2019. | | |

| No. | Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|---|
| 5. | **Cahill, Trevor** | Interactions with T.S., interactions with Eric Kay, and observations of T.S. on June 30, 2019. | | |
| 6. | **Carter, Vincent** | Interactions and communications with T.S. | | |
| 7. | **Cron, Christopher "C.J."** | Interactions with T.S. and interactions with Eric Kay. | | |
| 8. | **Cruz, Christian** | Interactions and communications with T.S. | | |
| 9. | **Denney, Cara** | Interactions and communications with T.S., including communications on or about June 20, 2019. | | |
| 10. | **Featherstone, Christopher** | Interactions and communications with T.S. | | |
| 11. | **Gonzalez, Alonzo** | Interactions and communications with T.S. | | |
| 12. | **Gonzales, Estevan** | Interactions and communications with T.S. | | |
| 13. | **Hadland, Gillian L.** | DEA Diversion Investigator. Could possibly testify concerning statements allegedly made by Eric Kay, if appropriate. | | |

| No. | Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|---|
| 14. | Hare, Stefan | Performing download and extraction of T.S.'s iPhone, and extraction and analysis of: iCloud accounts, cloud storage accounts, cell phones, evidence extracted from phones, and data from internet service providers. | | |
| 15. | Hetman, Debbie | Could possibly testify concerning events surrounding the unlocking of T.S.'s iPhone, conversations with Garet Ramos, and/or conversations with Chris Leanos, if appropriate. | | |
| 16. | Hutchinson, Mike | Southlake Hilton key card and room information; hotel layout; explanation of contents of Hilton records. | | |
| 17. | Johnson, Dr. Robert | Analysis of T.S.'s blood, urine, and other fluids and items collected during the autopsy and from the crime scene. | | |
| 18. | Krouse, Dr. Mark | Former Deputy Tarrant County Medical Examiner. Will testify concerning autopsy of T.S., findings from autopsy, and autopsy report. | | |
| 19. | Leanos, Chris | Interactions and communications with T.S., interactions with Eric Kay, and discussions with Garet Ramos, if appropriate. | | |

| No. | Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|---|
| 20. | **Mancini, Leonardo** | Interactions and communications with T.S. | | |
| 21. | **Lezner, Will** | Interactions and communications with T.S. | | |
| 22. | **Mancini, Raymond** | Interactions and communications with T.S. | | |
| 23. | **Miles, Nina** | Turning T.S.'s cell phone and password over to law enforcement and conversations with Noe Ramirez, if appropriate. | | |
| 24. | **Parker, Blake** | Interactions with T.S. and interactions with Eric Kay. | | |
| 25. | **Ramirez, Noe** | Events on the Angels' flight from California to Texas on the night of June 30, 2019. | | |
| 26. | **Ramos, Garet** | Interactions and communications with T.S., handling of T.S.'s iPhone on or about July 2, 2019, and communications with Chris Leanos, if appropriate. | | |
| 27. | **Ryal, Rusty** | Interactions and communications with T.S. | | |
| 28. | **Saffron, Cody** | Interactions and communications with T.S. | | |
| 29. | **Saffron, Garret** | Interactions and communications with T.S. | | |

| No. | Name | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|---|
| 30. | **Saffron, Gunner** | Interactions and communications with T.S. | | |
| 31. | **Schoeny, Rebecca** | Interactions and communications with T.S. | | |
| 32. | **Simmons, Andrelton** | Interactions with T.S. on June 30, 2019. | | |
| 33. | **Skaggs, Carli** | Layout of Angels Stadium; interaction with T.S. before and after games, interaction with T.S. on June 30 through July 1, 2019; T.S.'s demeanor and relationship with T.S.; traveling to Texas to identify the body of her husband; interactions with Southlake P.D., unlocking T.S.'s iPhone, interactions with Eric Kay, and conversations with Noe Ramirez, if appropriate. | | |
| 34. | **Smith, Eric** | Interactions and communications with T.S.; interactions with Eric Kay. | | |
| 35. | **Taylor, Tom** | Events of June 30-July 1, 2019, Eric Kay's behavior and demeanor at work, layout of Angels Stadium, description of Eric Kay's responsibilities at work, observations of T.S.'s behavior, and travel and lodging logistics. | | |

Respectfully Submitted,

*/s/ Michael A. Molfetta*
Michael A. Molfetta
California Bar Number: 151992
Molfetta Law
3070 Bristol Street, Suite 580
Costa Mesa, California 92626
Telephone: (949) 391-2399
michael@michaelmolfettalaw.com

*/s/ Wm. Reagan Wynn*
WM. REAGAN WYNN
Texas State Bar Number: 00797708
Reagan Wynn Law, PLLC
5049 Edwards Ranch Road, Floor 4
Fort Worth, Texas 76109
Telephone: (817) 336-5600
rw@reaganwynn.law

**ATTORNEYS FOR ERIC PRESCOTT KAY**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, I electronically filed the foregoing document using the Court's CM/ECF system, thereby effecting service on all counsel of record.

*/s/ Wm. Reagan Wynn*
WM. REAGAN WYNN