# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (01), | § | |
| | § | |
| Defendant. | § | |

### *DEFENDANT ERIC PRESCOTT KAY'S EXHIBIT LIST*

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-1 | John Carpino<br>Adam Chodzko<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Aerial image of Angels Stadium | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-2 | John Carpino<br>Adam Chodzko<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Aerial image of Angels Stadium | _____ | _____ | _____ |
| DX-3 | John Carpino<br>Adam Chodzko<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Aerial image of Angels Stadium | _____ | _____ | _____ |
| DX-4 | John Carpino<br>Adam Chodzko<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Aerial image of Angels Stadium | _____ | _____ | _____ |
| DX-5 | John Carpino<br>Adam Chodzko<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Aerial image of Angels Stadium | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-6 | John Carpino Adam Chodzko Tim Mead Jim Saenz Tom Taylor Will Lezner Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight | Aerial image of Angels Stadium | _____ | _____ | _____ |
| DX-7 | Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | Photo of T.S. Hotel Room - door | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-8 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – from hall | _____ | _____ | _____ |
| DX-9 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-10 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |
| DX-11 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-12 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |
| DX-13 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-14 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |
| DX-15 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-16 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |
| DX-17 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bathroom | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-18 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – closet from bathroom | _____ | _____ | _____ |
| DX-19 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - closet | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-20 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - closet | _____ | _____ | _____ |
| DX-21 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room -coffee nook from closet | _____ | _____ | _____ |
| DX-22 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight | Photo of T.S. Hotel Room – into room from closet | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | | | | |
| DX-23 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – bed and nightstand | _____ | _____ | _____ |
| DX-24 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood | Photo of T.S. Hotel Room - nightstand | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Weston Wood | | | | |
| DX-25 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - nightstand | _____ | _____ | _____ |
| DX-26 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - bed | _____ | _____ | _____ |
| DX-27 | Mike Hutchinson<br>Chris Branham | Photo of T.S. Hotel Room – bed, nightstand, and couch | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | | | | |
| DX-28 | Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | Photo of T.S. Hotel Room - nightstand | _____ | _____ | _____ |
| DX-29 | Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music | Photo of T.S. Hotel Room – nightstand and couch | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | | | | |
| DX-30 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – couch and coffee table | _____ | _____ | _____ |
| DX-31 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – coffee table | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-32 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – coffee table | _____ | _____ | _____ |
| DX-33 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - couch | _____ | _____ | _____ |
| DX-34 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight | Photo of T.S. Hotel Room – desk chair and desk | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | | | | |
| DX-35 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - desk | _____ | _____ | _____ |
| DX-36 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood | Photo of T.S. Hotel Room - desk | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Weston Wood | | | | |
| DX-37 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - desk | _____ | _____ | _____ |
| DX-38 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - desk | _____ | _____ | _____ |
| DX-39 | Mike Hutchinson<br>Chris Branham | Photo of T.S. Hotel Room - desk | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | | | | |
| DX-40 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - desk | _____ | _____ | _____ |
| DX-41 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music | Photo of T.S. Hotel Room – dresser and tv | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Thomas Roberson Randy Thomas Adriana Wood Weston Wood | | | | |
| DX-42 | Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | Photo of T.S. Hotel Room – dresser, tv, and desk | _____ | _____ | _____ |
| DX-43 | Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | Photo of T.S. Hotel Room – underneath bed | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-44 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – underneath bed | _____ | _____ | _____ |
| DX-45 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – bag from underneath bed | _____ | _____ | _____ |
| DX-46 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight | Photo of T.S. Hotel Room – bag from underneath bed | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
|  | Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood |  |  |  |  |
| DX-47 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room - couch | _____ | _____ | _____ |
| DX-48 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood | Photo of T.S. Hotel Room - couch | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Weston Wood | | | | |
| DX-49 | Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | Photo of T.S. Hotel Room - couch | _____ | _____ | _____ |
| DX-50 | Mike Hutchinson Chris Branham Gary Burleson Delaney Green Charles Knight Jonathan Macheca Gaylon Music Thomas Roberson Randy Thomas Adriana Wood Weston Wood | Photo of T.S. Hotel Room - couch | _____ | _____ | _____ |
| DX-51 | Mike Hutchinson Chris Branham | Photo of T.S. Hotel Room - couch | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | | | | |
| DX-52 | Mike Hutchinson<br>Chris Branham<br>Gary Burleson<br>Delaney Green<br>Charles Knight<br>Jonathan Macheca<br>Gaylon Music<br>Thomas Roberson<br>Randy Thomas<br>Adriana Wood<br>Weston Wood | Photo of T.S. Hotel Room – behind couch | _____ | _____ | _____ |
| DX-53 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office - desk | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-54 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office – desk and couch | _____ | _____ | _____ |
| DX-55 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office - couch | _____ | _____ | _____ |
| DX-56 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office – TV wall | _____ | _____ | _____ |
| DX-57 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor | Photo of Eric Kay office - desk | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Will Lezner | | | | |
| DX-58 | John Carpino Adam Chodzko SA Michael Ferry Tim Mead Jim Saenz Tom Taylor Will Lezner | Photo of Eric Kay office – cylinder on desk | _____ | _____ | _____ |
| DX-59 | John Carpino Adam Chodzko SA Michael Ferry Tim Mead Jim Saenz Tom Taylor Will Lezner | Photo of Eric Kay office – cylinder on desk | _____ | _____ | _____ |
| DX-60 | John Carpino Adam Chodzko SA Michael Ferry Tim Mead Jim Saenz Tom Taylor Will Lezner | Photo of Eric Kay office – desk drawer tray | _____ | _____ | _____ |
| DX-61 | John Carpino Adam Chodzko SA Michael Ferry | Photo of Eric Kay office – desk drawer tray | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| | Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | | | | |
| DX-62 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office – desk drawer tray | _____ | _____ | _____ |
| DX-63 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office – eyeglass case on desk | _____ | _____ | _____ |
| DX-64 | John Carpino<br>Adam Chodzko<br>SA Michael Ferry<br>Tim Mead<br>Jim Saenz<br>Tom Taylor<br>Will Lezner | Photo of Eric Kay office – ID on desk | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-65 | Delaney Green Stefan Hare | Photo of text messages on T.S.'s phone | _____ | _____ | _____ |
| DX-66 | Delaney Green Stefan Hare | Photo of text messages on T.S.'s phone | _____ | _____ | _____ |
| DX-67 | Delaney Green Stefan Hare | Photo of text messages on T.S.'s phone | _____ | _____ | _____ |
| DX-68 | John Carpino Adam Chodzko SA Michael Ferry Tim Mead Jim Saenz Tom Taylor Will Lezner | Photo of bathroom in Angels Clubhouse | _____ | _____ | _____ |
| DX-69 | John Carpino Adam Chodzko SA Michael Ferry Tim Mead Jim Saenz Tom Taylor Will Lezner | Photo of bathroom in Angels Clubhouse | _____ | _____ | _____ |
| DX-70 | | mlb.com box score for 06.29.19 LAA v. OAK game (record only) | _____ | _____ | _____ |
| DX-71 | | mlb.com box score for 06.30.19 LAA v. OAK game (record only) | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-72 | | | _____ | _____ | _____ |
| DX-73 | | | _____ | _____ | _____ |
| DX-74 | | | _____ | _____ | _____ |
| DX-75 | | | _____ | _____ | _____ |
| DX-76 | | | _____ | _____ | _____ |
| DX-77 | | | _____ | _____ | _____ |
| DX-78 | | | _____ | _____ | _____ |
| DX-79 | | | _____ | _____ | _____ |
| DX-80 | | | _____ | _____ | _____ |
| DX-81 | | | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-82 | | | _____ | _____ | _____ |
| DX-83 | | | _____ | _____ | _____ |
| DX-84 | | | _____ | _____ | _____ |
| DX-85 | | | _____ | _____ | _____ |
| DX-86 | | | _____ | _____ | _____ |
| DX-87 | | | _____ | _____ | _____ |
| DX-88 | | | _____ | _____ | _____ |
| DX-89 | | | _____ | _____ | _____ |
| DX-90 | | | _____ | _____ | _____ |
| DX-91 | | | _____ | _____ | _____ |

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-92 | | | _____ | _____ | _____ |
| DX-93 | | | _____ | _____ | _____ |
| DX-94 | | | _____ | _____ | _____ |
| DX-95 | | | _____ | _____ | _____ |
| DX-96 | | | _____ | _____ | _____ |
| DX-97 | | | _____ | _____ | _____ |
| DX-98 | | | _____ | _____ | _____ |
| DX-99 | | | _____ | _____ | _____ |
| DX-100 | | | _____ | _____ | _____ |

Respectfully Submitted,

/s/ *Michael A. Molfetta*
Michael A. Molfetta
California Bar Number: 151992
Molfetta Law
3070 Bristol Street, Suite 580
Costa Mesa, California 92626
Telephone: (949) 391-2399
michael@michaelmolfettalaw.com

/s/ *Wm. Reagan Wynn*
WM. REAGAN WYNN
Texas State Bar Number: 00797708
Reagan Wynn Law, PLLC
5049 Edwards Ranch Road, Floor 4
Fort Worth, Texas 76109
Telephone: (817) 900-6800
rw@reaganwynn.law

**ATTORNEYS FOR ERIC PRESCOTT KAY**

## ***CERTIFICATE OF SERVICE***

I hereby certify that on February 5, 2022, I electronically filed the foregoing document using the Court's CM/ECF system, thereby effecting service on all counsel of record.


*/s/ Wm. Reagan Wynn*
WM. REAGAN WYNNNN