IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | NO. 4:20-CR-00269-Y |
|---|---|
| v. | |
| ERIC KAY | |

### GOVERNMENT'S AMENDED WITNESS LIST[1]

The United States of America (the "government") hereby submits the following proposed witness list:

| Probable Witnesses | | | |
|---|---|---|---|
| No. | Name / Position | Subject Matter of Testimony | Expert |
| 1 | Mohan Aruva<br>Quality Control Analyst<br>KVK-Tech, Inc. (former) | Analysis of pink pills found in T.S.'s room matches commercially approved lot manufactured by KVK-Tech, were not counterfeit, and did not contain fentanyl. | X |
| 2 | Cameron Bedrosian<br>Los Angeles Angels<br>Anaheim, California | Interactions with T.S. and interactions with Eric Kay. Will testify that Eric Kay distributed drugs believed to be oxycodone to T.S. and others; and lingo used when referring to oxycodone pills. | |

---

[1] This list is amended to reflect the correct division and to include one additional witness, Geoffrey Lindenberg-Drug Enforcement Administration, for potential testimony regarding witness interviews and investigative steps.

Government's Witness List—Page 1

| | | | |
|---|---|---|---|
| 3 | Matthew Birch<br>Los Angeles Angels<br>Anaheim, California | Eric Kay's demeanor and performance of work duties before and after the death of T.S.; travel duties for Angels Communications Department staff; Communications Department interaction with players and staff while in California and while traveling with the Angels team. | |
| 4 | Jonathan Bishop<br>Forensic Chemist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Analysis of blue and pink pills and white powder residue collected from the crime scene. | X |
| 5 | Sarah Blum<br>Southlake Police Department 911 Center<br>Southlake, Texas | Custodian of records. | |
| 6 | Chris Branham<br>Officer<br>Southlake Police Department<br>Southlake, Texas | Response to 911 call at Hilton Hotel in Southlake, Texas on July 1, 2019. | |
| 7 | Kevin Brown<br>Group Supervisor/Task Force Officer<br>Drug Enforcement Administration<br>Tarrant County District Attorney's Office<br>Fort Worth, Texas | Details of the investigation; potential rebuttal; statements of the defendant. | |
| 8 | Gary Burleson<br>Assistant General Manager (former)<br>Southlake Hilton | Southlake Hilton hotel payment records and other Hilton hotel records. | |

**Government's Witness List—Page 2**

| 9 | Al Castro, or other qualified Angels records custodian<br>Senior Director, Information Technology<br>Angels Baseball, LP<br>Anaheim California | Identification, description, location, and authentication of documents and records of the Los Angeles Angels organization. | |
|---|---|---|---|
| 10 | Adam Chodzko<br>Los Angeles Angels<br>Anaheim, California | Eric Kay's demeanor and performance of work duties before and after the death of T.S.; Eric Kay's statements about attending rehab for opioid addiction; layout of Angels Stadium and pre- and post-game procedures for communications department; travel duties for communications department; actions taken on July 1, 2019 after learning of the death of T.S.; statements made and actions taken by Eric Kay after the death of T.S. | |
| 11 | Christina Couke-Garza<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Chain of custody. | |
| 12 | Mark Coulter<br>General Manager<br>Southlake Hilton | Southlake Hilton hotel payment records and other Hilton hotel records. | |
| 13 | Christopher Cron<br>Los Angeles Angels (former)<br>Anaheim, California | Interactions with T.S. and interactions with Eric Kay. Will testify that Eric Kay provided drugs believed to be oxycodone to T.S. and others; lingo used when referring to oxycodone pills; and communications with T.S. and Eric Kay about oxycodone. | |

| | | | |
|---|---|---|---|
| 14 | Matthew Desaracho<br>Special Agent<br>Drug Enforcement Administration<br>Fort Worth, Texas | Investigation of Eric Kay for distribution of controlled substances resulting in death of T.S., investigative records, including phone and bank records; potential rebuttal. | |
| 15 | Angela DeTulleo<br>Senior Forensic Chemist<br>Drug Enforcement Administration<br>South Central Laboratory<br>Dallas, Texas | The lab results of substances found on items in Eric Kay's desk; analysis of pink pills and blue pill found in T.S.'s room. | X |
| 16 | Michael Ferry<br>Special Agent (retired)<br>Drug Enforcement Administration<br>Fort Worth, Texas | Investigation of Eric Kay for distribution of controlled substances resulting in death of T.S.; investigative records related to the investigation regarding the death of T.S.; search of Eric Kay's office; potential testimony related to interviews conducted by the DEA and investigative team; and news coverage of investigation. | |
| 17 | Dr. Richard Fries<br>Deputy Chief Medical Examiner<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Review of the autopsy of T.S.; the critical case review procedures before finalizing the T.S. autopsy and the critical case review of the T.S. autopsy. | X |
| 18 | Jaso Gaines<br>Tarrant County Medical Examiner's Office (former)<br>Fort Worth, Texas | Details regarding the autopsy of T.S., including taking samples for further testing. | |
| 19 | Kaleb Gillian<br>Southlake Fire EMT (former)<br>Southlake, Texas | Response to 911 call at Hilton Hotel in Southlake, Texas and death determination. | |

| | | | |
|---|---|---|---|
| 20 | Delaney Green<br>Corporal<br>Southlake Police Department<br>Southlake, Texas | Investigation into the death of T.S. on July 1, 2019; interviews with Angels team and staff, including Eric Kay; chain of custody; interviews of family; statement of the defendant and evidence collection and review. | |
| 21 | Dr. Stacey Hail, MD, FACMT<br>Emergency Medical Physician<br>Board Certified Medical Toxicologist<br>Parkland Memorial Hospital<br>UT Southwestern<br>Dallas, Texas | Will provide medical toxicology expert testimony that the fentanyl ingested by T.S. was a but-for cause of his death; contents of expert report. | X |
| 22 | Ryan Hamill<br>Los Angeles, California | T.S.'s injuries and difficulty managing and playing through pain; contract status; potential rebuttal. | |
| 23 | Stefan Hare<br>United States Secret Service<br>Las Colinas, Texas | Performing download and extraction of iPhones, including the iPhone of T.S. and others; and extraction and analysis of: iCloud accounts, cloud storage accounts, cell phones, evidence extracted from phones, and data from internet service providers. | X |
| 24 | John Harris<br>Senior Forensic Chemist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Review of forensic analysis of white powder residue collected at the crime scene. | X |

| | | | |
|---|---|---|---|
| 25 | Matthew Harvey<br>Los Angeles Angels (former)<br>Anaheim, California | Interactions with T.S. and interactions with Eric Kay. Will testify that Eric Kay provided drugs believed to be oxycodone to T.S. and others; knowledge of T.S. oxycodone use; lingo used when referring to oxycodone pills; and communications with Eric Kay about oxycodone. | |
| 26 | LeAnne Hazard<br>Forensic Toxicologist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Analysis of T.S.'s body fluid samples collected during the autopsy, including for the presence of oxymorphone, oxycodone, and fentanyl. | X |
| 27 | Andrew Heaney<br>Los Angeles Angels (former)<br>Los Angeles, California | Attempts to contact T.S. on July 1, 2019, background on T.S. and interactions with T.S. and Eric Kay. | |
| 28 | Susannah Herkert<br>Senior Director<br>Guidepost Solutions<br>Washington, D.C. | Pharmaceutical diversion and compliance expert will testify regarding oxycodone and fentanyl distribution; methods employed by individuals engaged in the illegal distribution of controlled substances; the monetary value of illegally diverted controlled substances; "tools of the trade" used by individuals involved in the illegal distribution of controlled substances; the manner and methods by which individuals obtain and use controlled substances as well as indicators that an individual may be illegally obtaining and using controlled substances. | X |

| | | | |
|---|---|---|---|
| 29 | Debbie Hetman<br>Santa Monica, California | Traveling to Texas to see her son's body, providing code to unlock T.S.'s iPhone, communications with T.S., T.S.'s history, and her interactions with SLPD. | |
| 30 | Leticia Hidalgo<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Chain of custody. | |
| 31 | Burshuana Hill<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Chain of custody. | |
| 32 | Susan Howe<br>Crime Laboratory Director<br>Tarrant County Medical Examiner<br>Fort Worth, Texas | Review of analysis of examination of Southlake Hilton key cards and Bic pen for latent prints. | X |
| 33 | Mike Hutchinson<br>Hotel Manager (former)<br>Southlake Hilton<br>Southlake, Texas | Southlake Hilton key card and room information and related records; hotel layout; payment transaction records; and absence of video cameras. | |
| 34 | Logan Jamison<br>Forensic Chemist<br>Drug Enforcement Administration<br>South Central Laboratory<br>Dallas, Texas | Review of lab analysis of substances on items found in Eric Kay's desk. | X |
| 35 | Dr. Robert Johnson<br>Toxicologist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Analysis of T.S.'s blood, urine, and other fluids and items collected during the autopsy and from the crime scene. | X |
| 36 | Charles Knight<br>Head of Security<br>Los Angeles Angels<br>Tennessee | Events of June 30-July 1, 2019, welfare check on T.S., travel and security procedures, contents of room and T.S. personal items; interactions with Eric Kay. | |

| | | | |
|---|---|---|---|
| 37 | Dr. Marc Krouse<br>Tarrant County Medical Examiner's Office (former)<br>Fort Worth, Texas | Preparation of the autopsy report of T.S. and cause of death included in report. | X |
| 38 | Beryl Landry<br>Forensic Toxicologist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Performed ELISA toxicology screening and results of the screening. | X |
| 39 | Chris Leanos<br>Santa Monica, California | Leanos's whereabouts on June 27-30, 2019, phone records, travel, and interactions with T.S. | |
| 40 | Baldomero Leanos<br>Santa Monica, California | Potential rebuttal. | |
| 41 | Connie Lewis<br>Senior Forensic Toxicologist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Analysis of body fluid samples collected during T.S.'s autopsy, including base toxicology screening. | X |
| 42 | Geoffrey Lindenberg<br>Special Agent<br>Drug Enforcement Administration<br>Fort Worth, Texas | Potential witness regarding witness interviews, investigative steps, and rebuttal. | |
| 43 | Dr. Richard Luceri<br>Cardiologist<br>Ft. Lauderdale, Florida | Will provide expert testimony that a cardiac-initiated event did not play any role in the death of T.S. | X |
| 44 | Jonathan Macheca<br>Sergeant<br>Southlake Police Department<br>Southlake, Texas | Investigation into the death of T.S. on July 1, 2019; interviews with Angels team and staff; chain of custody; interviews of family, statements of the defendant and evidence collection; and news coverage of investigation. | |

| | | | |
|---|---|---|---|
| 45 | Aria McCall<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Chain of custody; process and procedures of evidence intake and analysis; policy and procedures relating to case assignment and analyses. | |
| 46 | John W. McIllroy<br>Senior Forensic Chemist<br>Drug Enforcement Administration<br>South Central Laboratory<br>Dallas, Texas | Review of lab analysis of substances found on items in Eric Kay's desk. | X |
| 47 | Tim Mead<br>Former Head of Public Relations<br>Los Angeles Angels<br>Anaheim, California | Eric Kay's performance of his duties in the communications department; Eric Kay's hospitalization for opioid addiction; communications after the death of T.S. | |
| 48 | John Menon<br>KVK-Tech, Inc. | Reviewed analysis of pink pills found in T.S.'s room that found the pills match commercially approved lot manufactured by KVK-Tech, were not counterfeit, and did not contain fentanyl. | X |
| 49 | Nina Miles<br>Santa Monica, California | Travel to Texas after the death of T.S.; interactions at SLPD; turning T.S.'s cell phone and password over to law enforcement; potential rebuttal. | |
| 50 | Michael Morin<br>Los Angeles Angels (former)<br>Anaheim, California | Interactions with T.S. and interactions with Eric Kay. Will testify that Eric Kay provided drugs believed to be oxycodone to T.S. and others; lingo used when referring to oxycodone pills; and communications with Eric Kay about oxycodone. | |

| 51 | Michael Morley<br>Supervisory Forensic Chemist<br>Drug Enforcement Administration<br>South Central Laboratory<br>Dallas, Texas | Review of lab analysis of substances found in Eric Kay's desk. | X |
|---|---|---|---|
| 52 | Scott Mosley<br>Accucare Mortuary Service (former)<br>Decatur, Texas | Transportation of T.S.'s body to the Tarrant County M.E.'s Office. | |
| 53 | Gaylon Music<br>Sergeant<br>Southlake Police Department<br>Southlake, Texas | Response to 911 call at Hilton Hotel in Southlake, Texas on July 1, 2019. | |
| 54 | Lisa Garcia Nunez<br>Records Manager<br>Tarrant County Medical Examiner | Custodian of Records: Tarrant County Medical Examiner's report and records with respect to the death of T.S. | X |
| 55 | Dan Ogden<br>DOJ Cyber Crime Lab<br>Washington, D.C. | Analysis and extraction of data from cell phone, network, and internet providers. | X |
| 56 | Michelle O'Neal<br>Forensic Chemist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Review of forensic analysis of blue and pink pills collected from the crime scene. | X |
| 57 | Blake Parker<br>Los Angeles Angels (former)<br>Anaheim, California | Interactions with T.S. and interactions with Eric Kay. Will testify that Eric Kay provided drugs believed to be oxycodone to T.S. and others; lingo used when referring to oxycodone pills. | |

| 58 | Vishnuvardhana Polisetti<br>KVK-Tech, Inc. (former) | Approved analysis of pink pills found in T.S.'s room that found the pills match commercially approved lot manufactured by KVK-Tech, were not counterfeit, and did not contain fentanyl. | X |
|---|---|---|---|
| 59 | Garet Ramos<br>Phoenix, Arizona | History and relationship with T.S., traveling to Texas after T.S.'s death, unlocking T.S.'s iPhone, and T.S.'s text messages. | |
| 60 | Garrett Richards<br>Los Angeles Angels (former)<br>Anaheim, California | Interactions with T.S. and interactions with Eric Kay. Will testify that Eric Kay asked him for unused oxycodone pills. | |
| 61 | Thomas Roberson<br>Detective<br>Southlake Police Department<br>Southlake, Texas | Evidence collection and crime scene investigation of the death of T.S. at the Southlake Hilton Hotel on July 1, 2019. | |
| 62 | David Roose<br>Drug Enforcement Agency<br>Computer Lab | Acquisition, extraction, and analysis of data from cell phone, network, and internet providers. | X |
| 63 | Jim Saenz<br>Team Staff<br>Los Angeles Angels<br>Anaheim, California | Travel security procedures for the Los Angeles Angels and whether items were removed from room 469 at the Hilton Hotel in Southlake on July 1, 2019. | |
| 64 | Rebecca Schoeny<br>Anaheim, California | Layout of Angels Stadium; location of players and staff after games. | |
| 65 | Kathryn Scott<br>Forensic Toxicologist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Analysis for the presence of ethanol in body fluid samples collected from T.S.'s body. | X |

**Government's Witness List—Page 11**

Case 4:20-cr-00269-Y   Document 124   Filed 02/07/22   Page 12 of 15   PageID 1212

| | | | |
|---|---|---|---|
| 66 | Madison Sedlak<br>Tarrant County Medical Examiner's Office (former)<br>Fort Worth, Texas | Transportation and acceptance of T.S.'s body to the Tarrant County M.E.'s Office. | |
| 67 | Mark Sedwick<br>Special Agent<br>Federal Bureau of Investigation<br>Dallas, Texas | Collection of phone toll and location records; analysis of phone records and location data to determine locations of phones during time periods relevant to the investigation and prior to the death of T.S. | X |
| 68 | Carli Skaggs<br>Santa Monica, California | Layout of Angels Stadium; interaction with T.S. before and after games; interaction with T.S. on June 30 through July 1, 2019; T.S.'s demeanor and relationship with T.S.; traveling to Texas to identify the body of her husband; interactions with Southlake P.D. and unlocking T.S.'s iPhone. | |
| 69 | Senora Spencer<br>Evidence Technician<br>Southlake Police Department<br>Southlake, Texas | Chain of custody for evidence collected in the T.S. death investigation. | |
| 70 | Tom Taylor<br>Traveling Secretary<br>Los Angeles Angels<br>Anaheim, California | Events of June 30-July 1, 2019; Eric Kay's behavior and demeanor at work; layout of Angels Stadium; and travel and lodging logistics. | |
| 71 | Cory Teague<br>EMT<br>Southlake Fire Department<br>Southlake, Texas | Response to 911 call at Hilton Hotel in Southlake, Texas and death determination. | |

Government's Witness List—Page 12

| 72 | Randy Thomas<br>Captain<br>Southlake Police Department<br>Southlake, Texas | Securing and investigating crime scene regarding the death of T.S. at the Southlake Hilton Hotel on July 1, 2019. | |
| --- | --- | --- | --- |
| 73 | William Walker<br>Senior Latent Print Examiner<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Examination of Southlake Hilton key cards and Bic pen for latent prints. | X |
| 74 | Shirley Welch<br>Accucare Mortuary Service<br>Fort Worth, Texas | Transportation of T.S.'s body to the Tarrant County M.E.'s Office. | |
| 75 | Cheryl Wheeler<br>Forensic Toxicologist<br>Tarrant County Medical Examiner's Office<br>Fort Worth, Texas | Reviewed toxicology case folder for T.S.'s autopsy and quality control processes for the lab. | X |
| 76 | Devron Williams<br>Supervisory Special Agent<br>Drug Enforcement Administration<br>Fort Worth, Texas | Potential rebuttal; statements of the defendant. | |
| 77 | Adriana Wood<br>Death Investigator<br>Tarrant County Medical Examiner<br>Fort Worth, Texas | Processing and photographing of the crime scene at Southlake Hilton Hotel on July 1, 2019. | |
| 78 | Weston Wood<br>Officer<br>Southlake Police Department<br>Southlake, Texas | Evidence collection and crime scene investigation of the death of T.S. at the Southlake Hilton Hotel on July 1, 2019. | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Lindsey Beran*
LINDSEY BERAN
Assistant United States Attorney
Texas State Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Lindsey.Beran@usdoj.gov

*s/ Errin Martin*
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Errin.Martin@usdoj.gov

*s/ Joseph T. Lo Galbo*
Joseph T. Lo Galbo
Assistant United States Attorney
New Jersey State Bar No. 072452014
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: 214-659-8805
Email: Joseph.Lo.Galbo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 6th day of February, 2022.

                                                     *s/Lindsey Beran*
                                                   Lindsey Beran
                                                   Assistant United States Attorney