# United States District Court
## Northern District of Texas
### Fort Worth Division

**MINUTE ORDER - PRETRIAL CONFERENCE**

**FILED**
February 7, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

JUDGE: Terry R. Means

DEPUTY: Michelle Moon

COURT REPORTER: Debbie Saenz        Law Clerk: Cheryl Raper

Case No.: 4:20-CR-269-Y U.S.A. v. Eric Prescott Kay

Date Held: February 7, 2022

Time in Court: 51 min.

Hearing Concluded: ☒ Yes  ☐ No

**Defense Counsel:**

William R. Wynn, Retained
Michael A. Molfetta, Retained

**Counsel for USA:**

Lindsey E. Beran, AUSA
Errin Martin, AUSA
Joseph T. Lo Galbo, AUSA

**OTHER INFORMATION:**