MO-2 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE: Terry R. Means, Presiding
DEPUTY CLERK: Michelle Moon     COURT REPORTER: Debbie Saenz
LAW CLERK: Cheryl Raper     USPO:
INTERPRETER:

UNITED STATES OF AMERICA    CR. No. 4:20-CR-269-Y   ( 1 ) Lindsey E. Beran, Errin Martin, AUSA
v.                                                        Joseph Lo Galbo, AUSA

ERIC PRESCOTT KAY                        William R. Wynn, (R), Michael Molfetta, (R)
Defendant(s) Name and Number(s)          Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

**2nd DAY OF** ☒ **JURY** ☐ **COURT TRIAL**

Date Held: 2-9-22
Time in Court: 5 hrs. 11 min.
Trial as to Counts: 1s and 2s of superseding indictment

Trial Status:
☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☒ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea

Days in Trial: 2
Hearing Concluded: ☐ Yes  ☒ No

☐ Deft. _____ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☐ Voir dire begins.    ☐ Bench trial begins.    ☐ Waiver of Jury Trial.
☐ Jury impaneled.   ☐ Jury selected   ☐ Jury sworn
☒ Jury trial held.   ☐ . . . . . Bench trial held.
☒ Govt  ☐ Deft evidence presented.
☐ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
☐ Govt motion for _____ ☐ granted ☐ denied.
☐ Deft _____ motion _____ taken under advisement.
☐ Deft _____ motion _____ ☐ granted ☐ denied.
☐ Evidence concluded.
☐ Final arguments.  ☐ . . . . Court deliberating.
☐ Court's charge to the jury.
☐ Jury deliberating.  ☐ . . . . Jury questions filed.
☐ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☐ Jury trial ends.
☐ Order for PSI, Disclosure and Sentencing dates entered.
☐ Sentencing set for _____ at _____ .
☒ Bond ☒ continued  ☐ revoked
☐ Deft bond set to $ _____   ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR.
☐ Defendant Custody/Detention continued.
☐ Defendant REMANDED to custody.

**FILED**
February 9, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

STATUS OF EXHIBITS: In possession of the attorneys.
OTHER PROCEEDINGS: _____

Adjourned until. 9:30 a.m., February 10, 2022