IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  4:20-CR-269-Y |
| v. | |
| ERIC PRESCOTT KAY | **Filed Under Seal** |

## Sealed and Ex Parte Order

Having considered the United States' Motion for Compulsion Order, pursuant to Title 18,  U.S.C. §  6003, and having found it well-founded, this Court hereby finds as follows:

1.      That Christopher Leanos has been called to testify or provide other information in the trial in this matter;

2.      Mr. Leanos has stated that he will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3.      That in the judgment of the United States Attorney, the testimony or other information from Mr. Leanos is or may be necessary to the public interest; and

4.      That this Motion has been made with the approval of the Deputy Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003, and 28 C.F.R. § 0.175.

IT IS THEREFORE ORDERED, pursuant to Title 18, United States Code, Section 6002, that Christopher Leanos give testimony or provide other information which he

stated he would not give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be questioned in the trial in this matter.

IT IS FURTHER ORDERED that the government may provide a copy of this Order to Mr. Leanos prior to his trial testimony; however, Mr. Leanos is ORDERED that this Order may not be shared with anyone.

IT IS FURTHER ORDERED that the government may provide a copy of this Order to counsel for defendant Eric Kay; however, counsel for Mr. Kay are ORDERED that this Order may be shared only with Mr. Kay and consistent with the Protective Order issued in this case.

IT IS FURTHER ORDERED that this Order may be unsealed for the limited purpose of use as an exhibit at trial.

IT IS FURTHER ORDERED that except as specified in this order, the clerk of the Court shall maintain the government's motion and this order under SEAL.

IT IS FURTHER ORDERED that in accordance with the provisions of Title 18, United States Code, Section 6002, Mr. Leanos shall be forever immune from the use of such testimony against him in any Federal and State prosecution, penalty or forfeiture; but the witness shall not be exempt from prosecution for perjury, giving a false statement, or contempt committed while giving testimony or producing evidence under this Order.

Dated: February 14, 2022

_Terry R. Means_

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

& e