# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (01), | § | |
| | § | |
| Defendant. | § | |

## ***DEFENDANT ERIC PRESCOTT KAY'S EXHIBIT LIST***

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-1 | Tom Taylor | Aerial image of Angels Stadium | 2/9/22 | 2/9/22 | 2/9/22 |
| DX-2 | Tom Taylor | Aerial image of Angels Stadium | 2/9/22 | 2/9/22 | 2/9/22 |

*DEFENDANT KAY'S FIRST AMENDED EXHIBIT LIST*
*CRIMINAL NO. 4:20-CR-269-Y*
*PAGE 1 OF 4*

| Exhibit Number | Sponsoring Witness | Description of Exhibit | Identified | Offered | Admitted |
|---|---|---|---|---|---|
| DX-4 | Tom Taylor | Aerial image of Angels Stadium | 2/9/22 | 2/9/22 | 2/9/22 |
| DX-5 | Tom Taylor | Aerial image of Angels Stadium | 2/9/22 | 2/9/22 | 2/9/22 |
| DX-77 | Self-authenticating | Garet Ramos Grand Jury Transcript | 2/16/22 | 2/16/22 | 2/16/22 |
| DX-78 | Herkert | Photo of Signature Flight Support FBO | 2/15/22 | 2/15/22 | 2/15/22 |
| DX-79 | Herkert | Photo of Signature Flight Support FBO | 2/15/22 | 2/15/22 | 2/15/22 |
| DX-80 | Hazard | TCME Forensic Toxicology Report with Notations from LeAnne Hazard | 2/11/22 | 2/11/22 | 2/11/22 |
| DX-82 | Hare | Applications Usage Log Data Matching Data on Tyler Skaggs' Phone | 2/16/22 | 2/16/22 | 2/16/22 |
| DX-83 | Hare | Timeline Data Matching Data on Tyler Skaggs' Phone | 2/16/22 | 2/16/22 | 2/16/22 |

Respectfully Submitted,

*/s/ Michael A. Molfetta*
Michael A. Molfetta
California Bar Number: 151992
Molfetta Law
3070 Bristol Street, Suite 580
Costa Mesa, California 92626
Telephone: (949) 391-2399
michael@michaelmolfettalaw.com

*/s/ Wm. Reagan Wynn*
WM. REAGAN WYNN
Texas State Bar Number: 00797708
Reagan Wynn Law, PLLC
5049 Edwards Ranch Road, Floor 4
Fort Worth, Texas 76109
Telephone: (817) 900-6800
rw@reaganwynn.law

**ATTORNEYS FOR ERIC PRESCOTT KAY**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 16, 2022, I electronically filed the foregoing document using the Court's CM/ECF system, thereby effecting service on all counsel of record.

                                      */s/ Wm. Reagan Wynn*
                                      WM. REAGAN WYNNNN