UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO. 4:20-CR-00269-Y

ERIC PRESCOTT KAY

GOVERNMENT'S ADMITTED EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | T.S. phone | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 2 | T.S. phone extraction | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 2b | T.S. phone extraction report | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 2c | T.S. phone report of forensic examination | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 2d | Directions to Open Exhibit 2 | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 3 | T.S. contact list | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 4 | T.S. phone timeline from 12:00 am PT on June 30, 2019 to 2:23 pm CT on July 1, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 5 | T.S. text messages from 12:00 am PT on June 30, 2019 to 2:23 pm CT on July 1, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 6 | Photos of T.S.'s phone from June 30, 2019 to July 1, 2019 | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 7 | Text messages between T.S. and C.S. from June 30, 2019 (PT) to July 1, 2019 (CT) (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |

| | | | | |
|---|---|---|---|---|
| 8 | Text messages between T.S. and T.B. on July 1, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 9 | Goodnight text messages between T.S. and C.S. on July 30, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 10 | Goodnight text messages between T.S. and C.S. on July 31, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 11 | Goodnight text messages between T.S. and C.S. on June 21, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 12 | Group cowboy photo from June 30, 2019 (UTC) | 2/8/2022 | 2/8/2022 | 2/8/2022 |
| 15 | Text messages between T.S. and Eric Kay from June 30, 2019 to July 1, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 16 | Text messages between T.S. and M.M. on September 29, 2016 (UTC | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 17 | Text messages between T.S., M.M., and Eric Kay on June 1, 2017 (UTC | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 18 | Text messages between T.S. and M.M. on June 14, 2017 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 19 | Text messages between T.S., M.M., and Eric Kay on July 8, 2017 (UTC | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 20 | Text messages between T.S. and M.M. on March 19, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 21 | Text messages between T.S. and M.M. on March 19, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 22 | Text messages between T.S. and C.C. on May 21, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |

| | | | | |
|---|---|---|---|---|
| 23 | Text messages between T.S. and C.C. on May 21, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 24 | Text messages between T.S. and C.C. on July 13, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 25 | Text messages between T.S. and C.C. on August 1, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 26 | Text messages between T.S. and C.C. on May 12, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 27 | Text message between T.S. and M.H. on June 26, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 28 | Text messages between T.S. and M.H. on June 27, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 29 | T.S. Google search on June 7, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 30 | Text messages between T.S. and T.P. on September 16, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 31 | Text messages between T.S. and R.H. on May 28, 2016 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 32 | Text messages between T.S. and R.H. on May 28, 2016 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 33 | Text messages between T.S. and R.H. on June 21, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 34 | Text messages between T.S. and R.H. on July 4, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 35 | Text messages between T.S. and R.H. on August 4, 2018 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |

| 36 | Text messages between T.S. and R.H. on April 12, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
|---|---|---|---|---|
| 37 | Text messages between T.S. and G.R. on December 26, 2016 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 38 | Group text messages (with T.S.) on December 27, 2017 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 39 | Cowboy photo (live) from June 30, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 39b | Cowboy photo (live) from June 30, 2019 (UTC) extraction report | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 40 | Screenshot of cowboy photo from June 30, 2019 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 41 | 714-234-3916 Verizon phone records | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 42 | 714-234-3916 Verizon subscriber information | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 45 | 714-591-6020 T-Mobile phone records | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 46 | 714-591-6020 CDR mediations spreadsheet | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 47 | 714-591-6020 T-Mobile subscriber information | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 50 | 714-805-2912 T-Mobile phone records | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 51 | 714-805-2912 subscriber information | 2/11/2022 | 2/11/2022 | 2/11/2022 |

| | | | | |
|---|---|---|---|---|
| 54 | 310-560-4389 Verizon phone records | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 55 | 310-560-4389 subscriber information | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 59 | 310-916-7222 Verizon subscriber info | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 60 | 310-916-7222 Verizon billing records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 61 | Photographs from Angel Stadium Search Warrant | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 62 | 714-602-0688 Verizon phone records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 63 | Eric Kay Controlled Substance Utilization Review & Evaluation System data | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 83 | 714-381-5308 T-Mobile subscriber information | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 85 | H.V. phone | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 86 | H.V. phone extraction | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 86b | H.V. phone extraction report | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 86c | Directions to Open Exhibit 86 | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 87 | Text messages between H.V. and JE from July 21, 2020 to August 7, 2020 (UTC) | 2/10/2022 | 2/10/2022 | 2/10/2022 |

| | | | | |
|---|---|---|---|---|
| 88 | Southlake Fire Department response record | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 90 | United Airlines manifest | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 91 | United Airlines flight information | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 92 | Gold Coast Tours bus records | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 93 | June 30, 2021 official scorecard | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 94 | 911 Call [audio] | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 95 | Crime scene photos | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 96 | White plastic pen tube – Item 8 | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 97 | Photos of white plastic pen tube – Item 8 evidence package | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 98 | Keycard – Item 1 | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 99 | Photos of Keycard – Item 1 evidenc package | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 100 | Keycard – Item 2 | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 101 | Photos of Keycard – Item 2 evidenc package | 2/9/2022 | 2/9/2022 | 2/9/2022 |

| | | | | |
|---|---|---|---|---|
| 102 | White pill bottle – Item 4 | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 103 | Photos of white pill bottle – Item 4 evidence package | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 104 | White substance on tape – Item 5 | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 105 | Photos of white substance on tape – Item 5 evidence package | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 106 | White powder residue from desk – Item 3 | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 107 | Photos of white powder residue fror desk – Item 3 evidence package | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 109 | Recording of Eric Kay's interview from July 1, 2019 | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 110 | Transcription of Eric Kay's interview from July 1, 2019 | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 111 | C.L.'s Chase bank records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 112 | C.L.'s Chase bank records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 113 | TCME file | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 114 | TCME file: additional notes | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 117 | Photographs from autopsy | 2/10/2022 | 2/10/2022 | 2/10/2022 |

| | | | | |
|---|---|---|---|---|
| 118 | Autopsy report | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 119 | Toxicology report | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 120 | TCME pill analysis | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 123 | TCME laboratory report on white residue | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 125 | Hilton room list | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 126 | Hilton status report | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 127 | Room 367 access records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 128 | Room 469 access records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 129 | Shitf4 transactions and accompanying receipts | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 133 | Razor blade | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 134 | Small metal cylinder with screw cap | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 135 | Brown sunglasses case | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 136 | OfferUp emails involving Eric Kay | 2/14/2022 | 2/14/2022 | 2/14/2022 |

| | | | | |
|---|---|---|---|---|
| 137 | OfferUp Eric Kay user account information dated October 1, 2019 | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 138 | OfferUp Eric Kay user account information and communications dated August 9, 2021 | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 140 | Summary exhibit of communication between 714-234-3916, 714-591-6020, 714-805-2912, and 310-560-4389 | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 141 | Summary exhibit of communication between 714-234-3916 and 714-381-5308 | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 142 | Summary exhibit of communication between 714-381-5308, 714-591-6020, 714-234-3916, 310-560-4389 and 714-805-2912 | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 143 | Summary exhibit of communication between 714-381-5308, 714-805-2912 and 714-591-6020 | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 145 | Eric Kay's Venmo records | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 147 | Lab report of razor blade | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 148 | Case detail report for razor blade | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 149 | Lab report of small metal cylinder with screw cap | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 150 | Case detail report for small metal cylinder with screw cap | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 151 | Lab report of brown sunglasses case | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 152 | Case detail report for brown sunglasses case | 2/14/2022 | 2/14/2022 | 2/14/2022 |

| | | | | |
|---|---|---|---|---|
| 153 | Lab report of pink pills | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 159 | Grand Jury immunity order | 2/15/2022 | 2/15/2022 | 2/15/2022 |
| 160 | Trial immunity order | 2/15/2022 | 2/15/2022 | 2/15/2022 |
| 161 | CAST FBI cellular analysis report | 2/11/2022 | 2/11/2022 | 2/11/2022 |
| 162 | C.L. location data summary | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 163 | Photo of T.S. and C.S. | 2/15/2022 | 2/15/2022 | 2/15/2022 |
| 164 | Photo of T.S. and D.H. | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 165 | Angels Stadium of Anaheim schematic | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 166 | Schematic of Anaheim office layout | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 167 | SEALED | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 176 | Summary chart timeline | 2/15/2022 | 2/15/2022 | 2/15/2022 |
| 177 | Photos of Exhibit 7: toxicology specimens | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 178 | Photos of Exhibit 7.1: subclavian blood | 2/10/2022 | 2/10/2022 | 2/10/2022 |

| 179 | Photos of Exhibit 7.2: femoral blood | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 180 | Photos of Exhibit 7.3: femoral blood | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 181 | Photos of Exhibit 7.4: urine | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 182 | Photos of Exhibit 7.5: vitreous humor | 2/10/2022 | 2/10/2022 | 2/10/2022 |
| 183 | 2019 Angels baseball schedule | 2/14/2022 | 2/14/2022 | 2/14/2022 |
| 188 | Map of Los Angeles and surrounding cities | 2/9/2022 | 2/9/2022 | 2/9/2022 |
| 190 | Stipulations of Fact | 2/15/2022 | 2/15/2022 | 2/15/2022 |
| 191 | C.L. Compulsion to Testify | 2/14/2022 | 2/14/2022 | 2/14/2022 |

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Lindsey Beran*

LINDSEY BERAN
Assistant United States Attorney
Texas State Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Lindsey.Beran@usdoj.gov

*s/ Errin Martin*

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Errin.Martin@usdoj.gov

*s/ Joseph Lo Galbo*

JOSEPH LO GALBO
Assistant United States Attorney
New Jersey Bar No. 0724520141100
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Joseph.Lo.Galbo@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 16th day of February, 2022.

*s/ Joseph Lo Galbo*_____

JOSEPH LO GALBO
Assistant United States Attorney
