ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 4:20-CR-269-Y

ERIC PRESCOTT KAY

**VERDICT OF THE JURY**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 17 2022
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

**Count One**:

As to the offense charged in count one of the superseding indictment, we, the jury, find the defendant, Eric Kay ___Guilty___.

(Guilty or ~~Not~~ Guilty)

**Count Two**:

As to the offense charged in count two of the superseding indictment, we, the jury, find the defendant, Eric Kay ___Guilty___.

(Guilty or Not Guilty)

If you have found the defendant, Eric Kay, not guilty as to count two, please notify the court security officer that you are finished with your deliberations. The presiding juror should sign page two of the verdict form, but do not answer the question on page two.

If you have found the defendant, Eric Kay, guilty as to count two, you must answer the question on page two of the verdict form, and then the presiding juror should sign the verdict form.

Do you find beyond a reasonable doubt that Tyler Skaggs's death resulted from the use of the specific fentanyl that Eric Kay distributed to him in the Northern District of Texas?

_____Yes_____

(Answer: Yes or No)

SIGNED _____February 17, 2022_____

_____
Presiding Juror

2