MO-2 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means**, Presiding
DEPUTY CLERK: Michelle Moon
LAW CLERK: Cheryl Raper
INTERPRETER:

COURT REPORTER: Debbie Saenz
USPO:

---

UNITED STATES OF AMERICA
v.
ERIC PRESCOTT KAY
Defendant(s) Name and Number(s)

CR. No. 4:20-CR-269-Y ( 1 )

AUSA: Lindsey Beran, Errin Martin, & Joseph Lo Galbo

Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F): William R. Wynn, (R), Michael Molfetta, (R)

---

**8th DAY OF** ☒ **JURY** ☐ **COURT TRIAL**

Date Held: 2-17-22
Time in Court: 2 hrs. 3 min.
Trial as to Counts: 1s and 2s of superseding indictment

Trial Status:
☒ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea

Days in Trial: 8
Hearing Concluded: ☒ Yes ☐ No

**FILED**
February 17, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

☐ Deft. ___ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☐ Voir dire begins. ☐ Bench trial begins. ☐ Waiver of Jury Trial.
☐ Jury impaneled. ☐ Jury selected ☐ Jury sworn
☒ Jury trial held. ☐ . . . . . Bench trial held.
☐ Govt ☐ Deft evidence presented.
☐ Deft ___ motion for ___ ☐ granted ☐ denied ☐ moot.
☐ Govt motion for ___ ☐ granted ☐ denied.
☐ Deft ___ motion ___ taken under advisement.
☐ Deft ___ motion ___ ☐ granted ☐ denied.
☐ Evidence concluded.
☒ Final arguments. ☐ . . . .Court deliberating.
☒ Court's charge to the jury.
☒ Jury deliberating. ☐ . . . .Jury questions filed.
☒ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☒ Jury trial ends.
☒ Order for PSI, Disclosure and Sentencing dates entered.
☒ Sentencing set for June 28, 2022 at 10:00 a.m. .
☐ Bond ☐ continued ☐ revoked
☐ Deft bond set to $ ___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Defendant Custody/Detention continued.
☒ Defendant REMANDED to custody.

STATUS OF EXHIBITS: In possession of the judicial assistant.
OTHER PROCEEDINGS:

Adjourned until.