IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | ACTION NO. 4:20-CR-269-Y |
| § | |
| ERIC PRESCOTT KAY (1) § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Pending before the Court is Defendant Eric Prescott Kay's Unopposed Motion to For Extension of Time to File Motion for Judgment of Acquittal and Motion for New Trial (doc. 144). After review of the Motion, the Court concludes, under Federal Rule of Criminal Procedure 45(b)(1)(A), that good cause exists to extend the deadlines for the filing of any motion for judgment of acquittal or for new trial.

It is, therefore, ORDERED that the motion for extension is GRANTED. Defendant shall have until **Tuesday, March 15, 2022,** to file any motion for judgment of acquittal pursuant to Rule 29(c) and/or motion for new trial pursuant to Rule 33.

SIGNED March 10, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE