IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

ORDER GRANTING MOTION TO SEAL MOTION FOR HEARING AND TO CONTINUE,
REFERRING MOTION FOR HEARING TO MAGISTRATE JUDGE,
<u>AND GRANTING MOTION TO CONTINUE SENTENCING DEADLINES AND HEARING</u>

Pending before the Court is the parties' Joint Motion to Seal Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR (doc. 151). After review, the Court concludes that the motion should be, and it is hereby, GRANTED. The Motion for Hearing and to Continue Deadlines for Filing Objections to the PSR is DEEMED filed under seal this same day, and the clerk of the Court is DIRECTED to file a copy of the motion, which was attached as an exhibit to the motion to seal, and maintain **both** motions **UNDER SEAL**. *Cf.* N.D. Tex. L. Civ. R. 15.1(b).

Additionally, the Court concludes that the Motion for Hearing should be, and it is hereby, REFERRED to Magistrate Judge Jeffrey Cureton for determination as to: (1) whether the matters referenced in the motion are sufficient to warrant the removal of either or both of Defendant's attorneys; (2) if so, whether Defendant is now eligible for the appointment of counsel; and (3) if so, for such appointment.

It is further ORDERED that the deadlines for filing objections to the PSR, any concomitant sentencing deadlines, and the sentencing hearing previously scheduled for June 28 are hereby CONTINUED pending further order of the Court, to be issued after Magistrate Judge

Cureton issues his decision.

SIGNED April 29, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE