IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

### ORDER DENYING AS MOOT MOTION FOR AUTHORIZATION

Pending before the Court is Defendant's Motion for Authorization of Transcript Order (doc. 162). In the motion, Defendant's newly appointed counsel requests preparation and payment for the transcripts of most of the proceedings previously held in this case.

After review of the motion, the Court concludes that it should be and hereby is DENIED as moot. Defendant may obtain the transcripts he requests by completing a transcript order form[1] and delivering it to the Court's reporter, Debbie Saenz (817-850-6661). Defendant may obtain payment for the transcripts by completing an Authorization and Voucher for Payment of Transcript form[2] on the Court's CJA eVoucher system.

SIGNED July 7, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Form AO-435 (https://www.txnd.uscourts.gov/attorneys/criminal-forms).

[2] Form CJA-24 (https://www.txnd.uscourts.gov/attorneys/cja-forms).