IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

<u>ORDER RESCHEDULING TIME OF HEARING</u>

The sentencing hearing in the above-styled and -numbered cause is rescheduled to 2:00 p.m. instead of 10:00 a.m., on October 11, 2022.

SIGNED October 3, 2022.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE