IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

**ORDER GRANTING MOTION FOR LEAVE**
**TO SUBMIT SENTENCING MATERIALS**

Before the Court is the defendant's unopposed motion for leave to submit sentencing materials filed September 26, 2022. After review, the Court grants the motion, and the defendant may submit any character letters or other sentencing materials referred to in paragraphs eleven, twelve, and thirteen of the order granting defendant's unopposed motion to extend sentencing deadlines, filed August 23, 2022, no later than October 7, 2022.

SIGNED October 4, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE