UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth DIVISION

HONORABLE Terry R. Means PRESIDING  COURT REPORTER/TAPE: Debbie Saenz
DEPUTY CLERK Michelle Moon   USPO Angela French
LAW CLERK _____  INTERPRETER _____

CR. No. 4:20-CR-269-Y   DEFT. No. (1)

UNITED STATES OF AMERICA   §   Errin Martin and Joe Lo Galbo, AUSA
§
v.   §
§
ERIC PRESCOTT KAY   §   Cody L. Cofer, (A)
Defendant's Name   Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

SENTENCING

Date Held: 10-11-22
Hearing Type: ☒ Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary
Time in Court: 1 hr. 2 min.
Trial Status: ☒ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea ☐ None
Days in Trial: 7
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☒ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of see remarks below*
☒ .. Deft. placed on: Supervised Released for see remarks below**
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____
☒ .. Count(s) 1, 2 of indictment dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ 200.00 special assessment on Count(s) 1s, 2s
of ☐ Complaint ☐ Indictment ☐ Information ☒ Superseding Indictment ☐ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____.
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked
☒ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
☐ ...... Deft Custody/Detention continued.
☒ ...... Deft REMANDED to custody.   Court recommends incarceration at a facility within the state of California

**FILED**
October 11, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: *235 months on count 1s and 264 months on count 2s to run concurrently with count 1s, for an aggregate sentence of 264 months.
**term of supervised release of 3 years on count 1s and 3 years on count 2s to run concurrently
Govt. Exhibit 1 admitted.