# UNITED STATES DISTRICT COURT

NORTHERN **DISTRICT OF** TEXAS

UNITED STATES OF AMERICA

V.

ERIC PRESCOTT KAY

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*
*OCT 11 2022*
*CLERK, U.S. DISTRICT COURT*
*By_____ Deputy*

**EXHIBIT AND WITNESS LIST**

Case Number: 4:20-CR-269-Y (1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TERRY R. MEANS | ERRIN MARTIN, AUSA | CODY L. COFER, APPOINTED |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| SENTENCING HEARING 10/11/2022 | DEBBIE SAENZ | MICHELLE MOON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/11/2022 | X | X | CD containing audio of jail phone call between Eric Prescott Kay and his mother |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages