IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY | § | |

## NOTICE OF APPEAL

To the Honorable Court:

    Under Federal Rule of Appellate Procedure 4(b), Eric Prescott Kay notifies the Court and counsel for the United States of America that he appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence imposed on October 11, 2022.

    Respectfully submitted,

    /s/ Brett Ordiway
BRETT ORDIWAY
Texas Bar No. 24079086
brett@udashenanton.com

MADISON MCWITHEY
Texas Bar No. 24119481
madison@udashenanton.com

UDASHEN|ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
(214) 468-8100

1

(214) 468-8104 (fax)

*Counsel for Defendant-Appellant*

### Certificate of Service

I certify that this document will be electronically filed with the Clerk of the Court for the United States District Court, Northern District of Texas, on October 13, 2022, using the electronic case-filing system of the Court and that counsel of record for the United States of America will be electronically served.

/s/ Brett Ordiway
Brett Ordiway
