IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:20-CR-269-Y |
| | § | |
| ERIC PRESCOTT KAY (1) | § | |

## ORDER DENYING MOTION AS MOOT

Pending before the Court is the Motion for Leave to File Reply to Angels Baseball LP's Objection to Motion to Intervene and Unseal Judicial Records (doc. 227), which was filed by Carli Skaggs on June 20, 2023. The Court ruled on Skaggs's Motion to Intervene and Unseal Judicial Records, however, on June 21, prior to becoming aware of the filing of Skaggs's June 20 motion for leave to file a reply. Because the underlying motion has been ruled on in a manner largely granting the relief Skaggs sought, the Court concludes that the motion for leave to file reply should be, and it is hereby, DENIED as moot.

SIGNED June 26, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE